**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 4:24-cv-00438-MW-MAF |
| ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida, | ) ) ) ) ) | |
| *Defendant*. | ) | |

**DECLARATION OF ALEXANDRA N. VEITCH IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION**

I, Alexandra N. Veitch, declare as follows:

1.      I am the Director of Public Policy for the Americas at YouTube. As part of my role, I lead a team that monitors and assesses the U.S. legislative and regulatory landscape, including policy proposals and legislation, such as Florida House Bill 3 ("HB3" or "Act") that would affect YouTube's ability to provide services and content to users in Florida—and perhaps worldwide.[1] My team also leads external advocacy for YouTube's policies and practices with government leaders and policy stakeholders, advises the company on public policy issues as it relates to online, user-generated content, and represents the company in public-policy forums, across a broad region.

2.      I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I am over the age of 18 and am competent to make the statements herein. I have personal

---

[1] I understand that the Act may distinguish between "user[s]" and "account holder[s]." *See, e.g.*, Fla. Stat. § 501.1736(1)(a) (defining account holder), (1)(e) (defining Act's coverage in terms of "users"). Unless necessary to distinguish between the two for potential compliance purposes, this declaration will use the term "user" to encompass both statutory terms.

knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

3. YouTube is an online service that allows users to create, upload, and share videos with others around the world. YouTube strives to be a community that fosters self-expression on an array of topics as diverse as its user base, and to nurture a thriving creative and informational ecosystem. As a result, YouTube has a wealth of highly valuable and enriching user-generated content, providing users with a wide array of news, educational content, and entertainment.

4. People in Florida use YouTube's services.

5. I understand that YouTube may be subject to the Act, as one or more of its services may meet the definition of "social media platform." Fla. Stat. § 501.1736(1)(e).

## I. YouTube's Principled Approach to Minors and Responsibility

6. On YouTube, "[c]hildren and teenagers today can access a world of possibilities": "Whether it's exploring important topics around the world or looking up a video to help with algebra homework, they've never known a reality without this world at their fingertips." Neal Mohan, *YouTube's Principled Approach for Children and Teenagers*, YouTube Official Blog (Oct. 16, 2023), https://perma.cc/FD9S-HGTA. We believe that "[f]amilies everywhere deserve the same safe, high-quality experience online, no matter where they live. And all children and teenagers ought to have the same access to the opportunities the internet provides." *Id.*

7. YouTube has invested, and continues to invest, immense resources in developing and fostering age-appropriate services, features, and policies, making age-appropriate user-generated content accessible for its users. Five principles guide YouTube's approach to minors:

- "The privacy, physical safety, mental health, and wellbeing of children and teenagers require special protections online";
- "Parents and caregivers play an important role in setting the rules for their family's online experiences, particularly for the youngest children";

DocuSign Envelope ID: D2C4E59AE-8ED6-413B-B8C6-6875A746B45B

- "All children and teenagers deserve free access to high-quality and age appropriate content that meets their individual interests and needs";
- "The developmental needs of children differ greatly from those of teenagers and should be reflected in their online experiences"; and
- "With appropriate safeguards, innovative technologies can benefit children and teenagers."

*Id.*

8.      These Youth Principles are just one part of the work we do to foster a vibrant, safer, and open community for users. To successfully support this community, YouTube must constantly balance disseminating a wide range of user-generated content against addressing objectionable and harmful speech. On one hand, the Internet is a force for creativity, learning, and access to information. The world is a better place when we listen, share, and build community through our stories. We strive to empower users to access, create, and share information. We believe that a free flow of ideas fosters opportunity, community, and learning, and enables diverse and authentic voices to break through.

9.      As a result, YouTube is full of valuable and enriching content for minors. They can encounter educational content, spanning lectures on history from leading universities across the world to step-by-step instructions on how to solve calculus problems. They can watch performances of centuries' old musical compositions and clips of the latest Broadway plays. Indeed, YouTube's open approach ensures that people across the world can interact across language, geography, and culture—breaking down the barriers to information.

10.     But on the other hand, an open Internet poses challenges. Bad actors exploit the Internet, including YouTube, for their own personal gain or for purposes of causing harm, even as we invest in the policies and systems to stop and deter them. Objectionable and harmful content on our website also makes YouTube less open, not more, by creating a space where creators and users may not feel safe to share, learn, and experience. We believe that, in order to have and protect

openness, a service should attempt to strike the right balance between fostering freedom of expression and decreasing the likelihood that users will encounter harmful user-generated content on our service.

11.    Consequently, working to keep harmful and illegal content off our services is core to the work of many different teams across Google and YouTube. When it comes to the information and user-generated content on our services, we discharge that responsibility based on clear, transparent policies and processes.

**A. YouTube's Age-Appropriate Experiences and Policies for Minors**

12.    YouTube has long invested in research, policies, and practices to offer age-appropriate ways for minors to explore, learn, and participate in the online world. Such efforts are designed with consideration of our youngest users' wellbeing. We also provide tools and guidance that offer families flexibility to choose the right experience for them, enabling them to create healthy and positive digital habits at home and in school. We believe that appropriate safeguards can empower young people and help them learn, grow, and prepare for the future. Accordingly, we (1) invest in age-appropriate services and features that align with children's and teens' developmental stages and needs; (2) offer tools that give families flexibility to manage their relationships with technology; (3) implement policies, protections, and programs that aim to increase online safety for children and teens; and (4) provide resources that teach the fundamentals of digital citizenship and media literacy to allow for confident, safer online exploration.

13.    We also prioritize making robust resources and guides available for children, teens, and their parents so they can better understand YouTube's services. *E.g.*, YouTube Help, Understand Your Choices as a Family, https://perma.cc/BK42-3TUR; YouTube Help, What is a Supervised Experience on YouTube?, https://perma.cc/CP6V-ZMEW ("YouTube Help, What is a Supervised Experience").

14.    YouTube offers "Supervised Experiences for Teens." With this experience:

[P]arents and teens will be able to link their YouTube accounts in our new Family Center hub. In Family Center, parents can see shared insights into their teens' channel activity on YouTube including the number of uploads, subscriptions and comments. Parents (and teens) will also receive proactive email notifications at key events, like when teens upload a video or start a livestream, providing an opportunity to offer advice on responsible creation supported by resources created with Common Sense Networks, an affiliate of Common Sense Media.

James Beser, *A Collaborative Approach to Teen Supervision on YouTube*, YouTube Official Blog (Sept. 4, 2024), https://perma.cc/S73H-R3QL.

15.    Using these features, parents can (1) receive email notifications when a teen uploads a video or starts a livestream, which "provid[es] an opportunity to offer advice on responsible creation supported by resources created with Common Sense Networks, an affiliate of Common Sense Media," *id.*; (2) gain insights into their teen's channel activity (such as "the number of uploads, subscriptions[,] and comments") *id.*; and (3) link accounts between a parent and teen, YouTube, My Family, https://tinyurl.com/msddw866.

16.    In addition, users known to be under the age of 13 are required to have their parent's consent to their having an account. Further, the parent's account remains linked to their child's account so that they can help manage their child's YouTube experience. When a parent sets up a child's Google Account, the parent is given the option to either allow the child to access only YouTube Kids (a standalone service described in detail below) or set up a "Supervised Experience" on YouTube. YouTube offers varying content levels and features that are meant to align with kids' developmental stages and give families tools to supervise children's use of the website. Developed in partnership with child-development experts, these services and experiences reach more than 100 million active viewers worldwide every month:

a.    **YouTube Kids:** YouTube's standalone service "YouTube Kids" is a filtered version of YouTube built specifically to let children under the age of 13 explore age-

appropriate content, with additional tools for parents and caregivers to moderate the content children see. YouTube Kids, A Safer Online Experience for Kids, https://perma.cc/8FZJ-9UBE. YouTube Kids features a carefully curated selection of "content that is age-appropriate, adheres to our quality principles, and is diverse enough to meet the varied interests of kids globally." *Id.* YouTube works "with a variety of external specialists in child development, children's media, and digital learning and citizenship" to determine what content should be available on YouTube Kids. *Id.* As a result, kids have access to a broad range of high-quality content. *See* James Beser, *Enabling a High Quality Kids Experience & Helping Kids Creators Thrive on YouTube*, YouTube Official Blog (Dec. 16, 2022), https://perma.cc/2G7Y-9JQB ("Beser, *Enabling a High Quality Kids Experience & Helping Kids Creators Thrive on YouTube*"). The content on YouTube Kids has been approved by YouTube in collaboration with its partners and is sorted into age-appropriate collections that parents can further curate. YouTube Kids, Tips and Tools for Your Family, https://tinyurl.com/yc272vsw. Videos on YouTube Kids include popular children's videos, educational content, and content from trusted partners. We have invested heavily over the years to make YouTube Kids a safer, family-friendly place for kids to explore their imagination and curiosity. In addition to other tools discussed below, our built-in timer in YouTube Kids lets parents or caregivers, at their discretion, "limit screen time by telling kids when it's time to stop watching." *See* YouTube for Families Help, Limit Screen Time on YouTube Kids, https://perma.cc/9T3X-J5M5. "The timer will display a friendly alert and stop the app when the session is over" so that parents or caregivers do not have to. *Id.* Similarly, parents can control their minor children's privacy settings. YouTube for Families Help, Manage YouTube Kids Profile Settings,

https://tinyurl.com/mr2esjwk. In short, YouTube Kids provides a simplified version of the service that is attuned to the needs of younger users, providing primarily a service for viewing age-appropriate content, while removing many features that may be less useful for these age groups, such as content uploads and commenting.

b.    **Supervised Accounts:** YouTube also provides "supervised accounts" that are linked to parents' accounts for children (up to the relevant age of consent) whose parents decide their children are ready to explore some of YouTube's vast universe of user-generated content. In these parent-managed accounts, and at the parent or caregiver's discretion, "parents [can] select a content setting that limits the videos and music [their] children under 13 can find and play." YouTube Help, What is a Supervised Experience. For example, parents can, among other things, (1) "block specific channels"; (2) change their minor child's permissible "content level settings," including "Explore" (generally for viewers 9+), "Explore More" (generally for viewers 13+), and "Most of YouTube" (almost all videos on YouTube except for videos marked only for adults or otherwise not appropriate); and (3) review their child's watch history from their device as well as pause and clear their child's search and watch history in parent tools. YouTube Help, Parental Controls & Settings for Supervised Experiences on YouTube, https://perma.cc/XJ2P-AXF9 ("YouTube Help, Parental Controls & Settings for Supervised Experiences on YouTube"); *see also* YouTube Help, Choose Content Settings for Pre-teen Supervised Experiences, https://perma.cc/X67E-5PTE. "Supervised accounts also change the features they can use, the default account settings, and the ads they see." YouTube Help, What is a Supervised Experience. For instance, functionalities like creating content and posting content are disabled on the Supervised Experience. *Id.* Further, when parents create a Google Account for

their child with Family Link and use YouTube's Supervised Experience, parents and care-givers can set screen time limits on their Android device or Chromebook. Google Family Link, FAQ, https://perma.cc/V62E-GDFW. Parents and caregivers can set their child's Android device or Chromebook to lock after the child has used it for a certain amount of time or when the parents or caregivers think their child needs downtime. Google for Families Help, Manage Your Child's Screen Time, https://perma.cc/K74X-QL3M. Parents set up their own accounts to serve as managing accounts. YouTube for Families Help, Get Started with Supervised Accounts, https://perma.cc/LAL7-YHQN.

17. YouTube also offers a suite of digital wellbeing tools that encourage children and teens to be mindful of their screen time. These include:

a. **Autoplay:** YouTube's autoplay feature is turned off by default for all users we know to be under 18 across all of YouTube's services. YouTube Help, Autoplay Videos, https://perma.cc/UK5U-MXCM. Parents or caregivers can choose to disable autoplay on YouTube Kids and YouTube's Supervised Experiences. *See* YouTube Help, Parental Controls & Settings for Supervised Experiences on YouTube.

b. **Recommendations on YouTube for Teens:** We have worked to refine our recommendation systems so that teens on YouTube are not overly exposed to user-generated content that, while perhaps acceptable as a single video, could be considered differently if viewed in high quantities. Through consultation with our Youth & Families Advisory Committee and with input from academic research, we "define[d] categories of videos that are innocuous in a single view, but that could be problematic if viewed in repetition for some young viewers" which "include content that": (1) "Compares physical features and ideal-izes some types over others"; (2) "Idealizes specific fitness levels or body weights"; and

(3) "Features social aggression (non-contact fights and intimidation)." YouTube, Building Content Recommendations to Meet the Unique Needs of Teens and Tweens at 3, https://perma.cc/75ZA-V8CH. We have implemented guardrails for teens to limit repeated recommendations of videos related to these topics.

c.     **"Take a Break" Reminders:** These reminders pause a video until a user dismisses or resumes playing the video. This feature is turned on by default for all users we know to be under 18 across all of YouTube's services, including on Supervised Experiences. YouTube Help, Take a Break Reminder, https://perma.cc/EK8A-DBFM.

d.     **Bedtime Reminders:** Users can set a specific time to receive a reminder to stop watching YouTube and go to bed. This reminder is turned on by default for all users we know to be under 18 across all of YouTube's services, including on Supervised Experiences. YouTube Help, Set a Bedtime Reminder, https://perma.cc/ES3D-WYY7.

## B.  Partnerships With Experts

18.     YouTube has ongoing partnerships with independent experts in fields such as child development, emerging media, and digital wellbeing. For example, we have created a set of best practices for kids and family content. *See, e.g.*, YouTube Help, Best Practices for Kids & Family Content, https://perma.cc/M9JA-6K9Z. These best practices help guide creators to create quality content that "support[s] child development and wellbeing by promoting things like . . . respect[,] healthy habits, learning and curiosity, [and] play and imagination." Beser, *Enabling a High Quality Kids Experience & Helping Kids Creators Thrive on YouTube*. They also help determine which content is recommended in the main YouTube experience and is included in YouTube Kids. "Since we have begun to incorporate our quality principles into YouTube Kids recommendations, viewership of content that reflects our high quality principles has increased by over 45% in the app." *Id.* Last year, YouTube updated our Community Guidelines to update our approach to eating

disorder-related content, including by limiting the visibility of certain content to adults. Dr. Garth Graham, *An Updated Approach to Eating Disorder-Related Content*, YouTube Official Blog (Apr. 18, 2023), https://perma.cc/D4HT-VPCD. This change was informed by independent experts such as the National Eating Disorder Association. *Id.* YouTube's Youth and Family Advisory Committee also advises YouTube on the developmental stages of teens and how content consumed online can affect their wellbeing. James Beser, *Continued Support for Teen Wellbeing and Mental Health on YouTube*, YouTube Official Blog (Nov. 2, 2023), https://perma.cc/JTC6-QKVH.

### C. YouTube's Minor-Specific Content and Safety Policies

19.     YouTube strives to provide positive online experiences for our users, and that is especially true for children and teens. Over the years, we have developed a robust set of policies and enforcement mechanisms to ensure that YouTube remains a welcoming community for our users. For minors specifically, that might require limiting their access to certain user-generated content—in addition to developing different services that better strive to reflect minors' needs.

20.     YouTube has always maintained a set of Community Guidelines that outline categories of content that are prohibited on YouTube. These Guidelines apply to all types of content on our services, including videos, comments, links, thumbnails, video descriptions, stories, posts, live streams, playlists, external links contained in uploaded content (including clickable URLs or verbal directions to users to visit other sites), and any other user-generated content. Our Community Guidelines are a key part of our broader suite of policies, and we regularly update them to keep pace with emerging challenges. *See* YouTube, Community Guidelines, https://perma.cc/PD8B-K2EB ("YouTube, Community Guidelines"). Our policies for prohibited or restricted content address a variety of issues, including:

a.     **Age-Restricted Content:** We age-restrict user-generated content that might not violate our Community Guidelines but that may be inappropriate for minors. These include

categories of content such as (1) "nudity and sexually suggestive content"; (2) content that depicts "adults participating in dangerous activities that minors could easily imitate"; (3) "violent or graphic content"; and (4) "vulgar language." YouTube Help, Age-Restricted Content, https://perma.cc/9YD5-3KU5. Age-restricted videos are not viewable to users who are known to be under 18 or any signed-out user. *Id.*

b.    **Child Safety:** YouTube has a standalone "Child Safety Policy" that prohibits "[s]exually explicit content featuring minors and content that sexually exploits minors." YouTube Help, Child Safety Policy, https://perma.cc/KVQ3-Q69Z ("YouTube's Child Safety Policy"). We report content on YouTube that contains child sexual abuse material ("CSAM") to the National Center for Missing and Exploited Children ("NCMEC"). *Id.* This policy also prohibits content: (1) showing a minor participating in "harmful or dangerous acts"; (2) that could encourage minors to participate in dangerous activities; (3) showing any infliction of physical, emotional, or sexual abuse on a child; or (4) concerning "[c]yberbullying and harassment involving minors." *Id.* The Child Safety Policy also prohibits content that targets minors and families, but contains problematic content including, but not limited to, "sexual themes, violence, [and] other [inappropriate] themes" intended to shock young audiences. *Id.* In addition, "content that doesn't violate our policies but features children may have some features disabled at both the channel and content level. These features may include":

- Comments;

- Live chat;

- Live streaming;

- Video recommendations (how and when your video is recommended);

- Community posts; and

- Shorts Video remixing.

*Id.*

### D. YouTube's General Content Moderation Policies

21.     YouTube has robust and extensive content moderation policies and enforcement. *See* YouTube, Community Guidelines.

22.     YouTube has also developed policies around "educational, documentary, scientific, and artistic content" (EDSA), dealing with topics that might otherwise violate our Community Guidelines. Michael Grosack, *A Look at How We Treat Educational, Documentary, Scientific, and Artistic Content on YouTube*, YouTube Official Blog (Sept. 17, 2020), https://perma.cc/6DK2-P3GF. Decisions about whether a piece of content qualifies for an EDSA exception "are nuanced and context is important." *Id.* As an example, YouTube "do[es] not allow content targeting minors with insults or bullying, but [YouTube] may allow content that shows this as part of an **educational** anti-bullying campaign provided the minors are actors or their identity [is] hidden." *Id.* "EDSA exceptions are a critical way we make sure that important speech stays on YouTube, while pro-tecting the wider YouTube ecosystem from harmful content." *Id.*; *see* YouTube Help, How YouTube Evaluates Educational, Documentary, Scientific and Artistic (EDSA) Content, https://perma.cc/L6QN-RJW8.

23.     YouTube has billions of monthly logged-in users, and over 500 hours of content are uploaded every minute by an extraordinarily diverse community of creators, who span more than 100 countries and 80 languages. On a daily basis, users watch more than a billion hours of video on YouTube and generate billions of views. *See* YouTube for Press, YouTube Official Blog, https://perma.cc/BT46-ZRY7.

24.     YouTube has developed robust means of addressing user-generated content that violates our policies. YouTube relies on a mix of human and automated effort to detect violative content and remove it. YouTube's first line of defense is automated systems that are trained with machine learning and/or incorporate hash-matching technology to quickly identify and take action against violative content. YouTube also relies on global teams to review flagged content and re-move it, restrict who can view it, or leave the content on the site if it does not violate any policies. YouTube employs expert teams around the world to investigate sophisticated bad actors who are adept at circumventing automated defenses. YouTube, Information Quality & Content Moderation at 12, https://perma.cc/NG6U-WJ3R. Content moderation can be human-resource intensive, even for CSAM and known violative content. YouTube verifies with human review all CSAM hashes to confirm that they are CSAM before they are reported to NCMEC. And human review becomes even more time-intensive and important for other illegal conduct like "grooming," trafficking, or harassment that requires more context to understand if illegal activity is taking place.

25.     While no system of reviewing such a high volume of content is foolproof, YouTube expends great effort and resources in removing objectionable and harmful user-generated content before most users see it. In fact, the vast majority of violative videos are seen by fewer than 10 people before they are removed. In the second quarter of 2024, approximately 59.91% of removed videos had no views before they were removed, and approximately 24.34% had between 1-10 views. *See* Google, YouTube Community Guidelines Enforcement Report – Removals, https://perma.cc/62W6-AQ45 ("Google, Community Guidelines Enforcement Report – Remov-als"). Over that same period, YouTube removed 8,497,876 videos. *Id.* YouTube has also created a metric for determining what percentage of views on YouTube comes from content that violates our policies. This metric, known as the Violative View Rate (VVR), helps us measure our

DocuSign Envelope ID: D2C4E9AF-8ED6-413B-B8C5-687EA748B45B

responsibility work. *See* Google, YouTube Community Guidelines Enforcement Report – Views, https://perma.cc/5MGX-PYPP. YouTube's VVR is calculated by taking a sample of viewed videos to a team for review. The team then determines which videos in the sample violate our policies, and YouTube uses these decisions to estimate a VVR. *Id.* In the second quarter of 2024, YouTube estimated a 0.09-0.11% VVR. *Id.* This means that out of every 10,000 views on YouTube, 9-11 come from violative content. This is down by more than 85% when compared to the final quarter of 2017 (when our teams started tracking this metric), in large part thanks to our investments in robust content moderation, including automated technologies and human review.

26.    Our practices also involve taking action against users and channels that continue to upload violative content. A YouTube channel is terminated if it accrues three Community Guidelines strikes in 90 days, has a single case of severe abuse (such as predatory behavior), or is determined to be wholly dedicated to violating our guidelines (as is often the case with spam accounts). When a channel is terminated, all of its videos are removed. In the second quarter of 2024, YouTube terminated 3,260,974 total channels. *See* Google, Community Guidelines Enforcement Report – Removals. The majority of channel terminations are a result of accounts being dedicated to spam (80.4%) or adult sexual content (4.8%) in violation of our guidelines. *Id.*

27.    Our efforts are not limited to removing objectionable and harmful user-generated content in the videos uploaded on our site. They also extend to user-generated comments. In the second quarter of 2024, YouTube removed approximately 1,372,493,981 comments. *Id.* Approximately 99.6% percent of comments removed are first detected by YouTube's automatic flagging system, and the majority of actions taken against comments (80.8%) are for spam. *Id.*

28.    Enforcing our policies takes a tremendous amount of effort. YouTube's global teams work continually to remove user-generated content from YouTube that violates our policies.

We endeavor to give our teams visibility into emerging issues before they reach, or become wide-spread on, our website. That valuable visibility is driven by our Intelligence Desk, a team within YouTube's Trust & Safety organization. These specialized analysts identify trends and the risks they pose. They also regularly monitor ongoing threats, both tracking their prevalence across media and evaluating how they morph over time. Our teams also work to provide appropriate age restrictions and other appropriate warnings on content.

29.    Given the open nature and scale of YouTube and because bad actors are constantly refining how they attempt to evade detection, detecting violative user-generated content cannot be done with perfect accuracy nor upon the moment of upload. YouTube, Information Quality & Content Moderation at 12. Nevertheless, YouTube continuously works to combat new challenges and bad actors through a multi-faceted and nuanced approach to exercising its discretion in setting its content moderation policies, working to distinguish among content that is truly objectionable or harmful, borderline content (which is content that comes close to violating, but does not quite violate our Community Guidelines), and content that contributes positively to the YouTube community. To that end, we have a diverse set of means to help us keep our community safe, including: (1) appending warning interstitials for sensitive content; (2) surfacing helpful resources for crisis management; and (3) suspending and/or terminating channels or accounts. YouTube also encourages creators to age-restrict content when appropriate. The YouTube Team, *Using Technology to More Consistently Apply Age Restrictions*, YouTube Official Blog (Sept. 22, 2020), https://perma.cc/G5Z4-UFXC. We apply age restrictions on content ourselves, when needed. We have other tools to help us provide authoritative information on our service—such as the use of information panels to show basic background information, sourced from independent, third-party partners, that give more context on a topic. For example, in partnership with third-party expert

organizations and global experts in the space, we expanded our crisis resource panels to introduce a "pause" page for queries related to suicide, self-harm, and eating-disorder topics that provides users with options with how to proceed before they are able to see search results related to these topics. These include selecting to contact third-party crisis-resource-hotline partners for support or searching for various self-help tools. We further prioritize the recommendations of authoritative content and limit the spread of borderline content to users through recommendations. Because removing content is only one way of managing content, YouTube has developed and invested in this diverse set of tools that are essential in balancing free expression and responsibility on our website. Simply put, these tools provide additional information and options compared to simply removing (or not removing) user-generated content from our website.

## II.     YouTube's Compliance Obligations Under the Act

30.     Google and YouTube support regulations designed to protect the wellbeing of minors online while ensuring that users' rights to access speech are not impeded. *See generally* Google, Legislative Framework to Protect Children and Teens Online, https://perma.cc/6SVS-M823 ("Google, Legislative Framework"). But the Act here is not well-suited to protect minors. It fails to take into account differences among online services, fails to take into account the differences among minors at different developmental levels, and ultimately will only impede minors' access to valuable information and speech online. Furthermore, it will discourage and stymie innovation that makes YouTube's services better for all.

### A. Prohibition on minors younger than 14, and potential prohibition on minors younger than 16 (Fla. Stat. § 501.1736(2), (4))

31.     I understand the Act provides that a "social media platform shall prohibit a minor who is younger than 14 years of age from entering into a 'contract' [as defined by the Act] with a

16

social media platform to become an account holder." *Id.* § 501.1736(2)(a) (internal quotation marks added). I understand the Act further provides that a "social media platform shall":

> 1. Terminate any account held by an account holder younger than 14 years of age, including accounts that the social media platform treats or categorizes as belonging to an account holder who is likely younger than 14 years of age for purposes of targeting content or advertising, and provide 90 days for an account holder to dispute such termination. Termination must be effective upon the expiration of the 90 days if the account holder fails to effectively dispute the termination.
> 2. Allow an account holder younger than 14 years of age to request to terminate the account. Termination must be effective within 5 business days after such request.
> 3. Allow the confirmed parent or guardian of an account holder younger than 14 years of age to request that the minor's account be terminated. Termination must be effective within 10 business days after such request.
> 4. Permanently delete all personal information held by the social media platform relating to the terminated account, unless there are legal requirements to maintain such information.

*Id.* § 501.1736(2)(b). An "account holder" is "a resident who opens an account or creates a profile or is identified by the social media platform by a unique identifier while using or accessing a social media platform when the social media platform knows or has reason to believe the resident is located in this state." *Id.* § 501.1736(1)(a). And the law provides that "[i]f a social media platform allows an account holder to use the social media platform, the parties have entered into a contract." *Id.* § 501.1736(8).

32.     In addition, I understand that if the Act's parental-consent requirement (addressed below) is enjoined, then the Act's prohibition on creating accounts would extend to 14- and 15-year-olds too:

> If a court enjoins the enforcement of subsection (3) or would otherwise enjoin enforcement of any other provision of this section due to subsection (3), then subsection (3) shall be severed, and the following shall come into effect:
> (a) A social media platform shall prohibit a minor who is 14 or 15 years of age from entering into a contract with a social media platform to become an account holder.
> (b) A social media platform shall:
>   1. Terminate any account held by an account holder who is 14 or 15 years of age, including accounts that the social media platform treats or categorizes as belonging to an account holder who is likely 14 or 15 years of age for purposes of targeting content or advertising, and provide 90 days for an

account holder to dispute such termination. Termination must be effective upon the expiration of 90 days if the account holder fails to effectively dispute the termination.

2. Allow an account holder who is 14 or 15 years of age to request to terminate the account. Termination must be effective within 5 business days after such request.

3. Allow the confirmed parent or guardian of an account holder who is 14 or 15 years of age to request that the minor's account be terminated. Termination must be effective within 10 business days after such request.

4. Permanently delete all personal information held by the social media platform relating to the terminated account, unless there are legal requirements to maintain such information.

*Id.* § 501.1736(4).

33.     As I understand Section 501.1736(2), it prohibits all minors younger than 14 from being an "account holder" (as defined by the Act) on any YouTube service qualifying as a "social media platform" under the Act if that use qualifies them as an "account holder."

34.     Specifically, Section 501.1736(2) could require YouTube to stop allowing minors younger than 13 from being "account holders" on YouTube Kids and the Supervised Experience—which could prohibit YouTube from offering those services to minors younger than 13 altogether. If so, parents would lose the option to provide their minor children with the family-friendly content available on those services. "Different families have different preferences so YouTube Kids has videos from science experiments, to nursery rhymes, to hula-hooping pigs, and everything in between." YouTube Kids, All Kinds of Videos for All Kinds of Kids, https://tinyurl.com/mwskdk56. For instance, YouTube Kids has partnerships with Sesame Street and Ms. Rachel—who each provide age-appropriate and enriching content for children. Thus, the Act will impede both affected minors and their parents' access to useful services.

35.     Moreover, as I understand Section 501.1736(2), it would prohibit 13-year-olds from "hold[ing]" "accounts" on YouTube's main service—and perhaps even accessing the service altogether. Although minors younger than 13 may still view content on YouTube without accounts,

DocuSign Envelope ID: D2C4E9AF-8ED6-4135-B8C5-687EA748B45B

their parents can only supervise their minor children using the tools explained above if their minor children have accounts. In addition, 13-year-olds would not be able to access all of the speech-facilitating abilities that YouTube provides.

36.      If the Act's prohibition on account creation and access is extended to 14- and 15-year-olds under Section 501.1736(4), then the harms explained above would be exacerbated.

**B. Parental consent for 14- and 15-year-olds (Fla. Stat. § 501.1736(3))**

37.      I understand that the Act provides a "social media platform shall prohibit a minor who is 14 or 15 years of age from entering into a contract with a social media platform to become an account holder, unless the minor's parent or guardian provides consent for the minor to become an account holder." *Id.* § 501.1736(3)(a). I understand the Act further provides that a "social media platform shall":

> 1. Terminate any account held by an account holder who is 14 or 15 years of age, including accounts that the social media platform treats or categorizes as belonging to an account holder who is likely 14 or 15 years of age for purposes of targeting content or advertising, if the account holder's parent or guardian has not provided consent for the minor to create or maintain the account. The social media platform shall provide 90 days for an account holder to dispute such termination. Termination must be effective upon the expiration of the 90 days if the account holder fails to effectively dispute the termination.
> 2. Allow an account holder who is 14 or 15 years of age to request to terminate the account. Termination must be effective within 5 business days after such request.
> 3. Allow the confirmed parent or guardian of an account holder who is 14 or 15 years of age to request that the minor's account be terminated. Termination must be effective within 10 business days after such request.
> 4. Permanently delete all personal information held by the social media platform relating to the terminated account, unless there are legal requirements to maintain such information.

*Id.* § 501.1736(3)(b).

38.      As I understand this provision, it will require us to secure parental consent before allowing 14- and 15-year-olds from being "account holder[s]" on YouTube's main service.

39.    Compliance with this provision will negatively affect users' experiences. Implementing such systems would significantly restrict, if not block entirely, access to information and services online. As we have said, legislatively mandating parental consent "could unnecessarily preclude some teens from accessing the basic benefits of the online world and have unintended effects on vulnerable youth." Google, Legislative Framework at 2. Among other reasons, this is because some teens may have parents who are incapacitated, abusive, not proficient in English, not technologically savvy, or otherwise not available.

### C.  Parental-verification requirement (Fla. Admin. Code § 2-43.002(2))

40.    I understand that regulations under the Act provide that "a social media platform shall conduct reasonable parental verification" in "determining whether someone is a parent . . . for a known child." Fla. Admin. Code § 2-43.002(2).

41.    It is difficult to verify the custodial arrangements of teenage users. Developing foolproof systems would require a large upfront investment of resources and would overly restrict the ability of teenagers to participate in online speech. Furthermore, operating and maintaining those systems will require substantial resources, including a large ongoing investment in the human resources necessary to evaluate the identities and familial relationships of our users. That can be complicated for many reasons, including when parents disagree with one another about providing consent.

42.    In sum, if the Act takes effect on January 1, 2025, Google and YouTube will suffer irreparable harm in the form of unrecoverable compliance costs, diminished ability to provide valuable user-generated content, and ongoing regulatory uncertainty about whether its services comply with the Act's broad prohibitions. Moreover, YouTube's users may experience a degraded service that frustrates their ability to engage with the wealth of speech available on YouTube.

DocuSign Envelope ID: D2C4E9AF-8ED6-413B-B8C5-687EA748B45B

\*       \*       \*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct to the best of my knowledge.

Executed on October 25, 2024, in WASHINGTON, D.C.

_____
ALEXANDRA N. VEITCH