# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida,<br><br>*Defendant*. | Case No. 4:24-cv-00438-MW-MAF<br><br>**DECLARATION OF DAVID BOYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, David Boyle, declare as follows

1. I am over 18 years of age and am competent in all respects to make this Declaration.

2. I am currently employed as Senior Director, Product at Snap Inc. ("Snap"). I have held this role since 2018. I make this declaration based on personal knowledge including information and belief obtained from performing my job duties in the ordinary course of business.

3. Snap's flagship application is Snapchat, a camera and communications service that allows users to communicate with friends and family using text, audio and video calls, photos, and short videos. Snapchat is typically used for direct, private communications between small groups of people who already know each other in real life. By default, friendship and the ability to communicate on Snapchat must be "bidirectional," meaning that two users cannot communicate with one another unless both parties have requested and/or agreed to accept the other as a friend or both users have each other in their contact books.

4. Snapchat opens to the user's camera and allows the user to send texts (called "chats") and images (called "Snaps") that delete by default after being opened. This default ephemerality feature is designed to mirror real-life interactions. It affords users a digital way to show a more authentic, unpolished, and spontaneous side of themselves. Snapchat also offers users a variety of tools to add effects to

their photos, such as adding puppy dog ears to a face or augmented reality effects on a landmark (like rainbows coming out of the Eiffel tower). Since October 2013, users have been able to compile photos and videos into "Stories" generally available for 24-hours which, by default, are viewable only by a user's friends. Through Snapchat's "Discover" feature, users also have access to vetted content from trusted partners (e.g., NBC News). In November 2020, Snap introduced "Spotlight," a feature that allows users to make videos that anyone can view. Over 430 million people globally use Snapchat every day to communicate with friends and stay in touch.

5. When creating an account on Snapchat, users are required to provide their date of birth, as well as to provide either an email address or phone number. Individuals under age 13 are not allowed to create an account. If Snap learns that a registered user is under 13, it takes action to terminate the account.

6. Snap takes numerous precautions to protect minors (age 13-17) who use the service. For example, minors can only view direct messages from users with whom they are already friends on the platform or already have in their phone's contacts. Even so, whenever a teen is embarking on a 1:1 chat conversation with a friend with whom they do not share multiple mutual friends, the teen will receive an in-app warning that this person is outside the teen's network and to remind the teen to only chat with people they know and trust and giving them the option to block the

2

user before chatting.  Snap also empowers users to report harmful images or videos, and it employs technology to identify known illegal images and videos of child sexual abuse materials, which it then reports to the relevant authority.  Snap also takes steps to safeguard the mental health of its users.  For instance, in 2020, Snap launched Here For You which surfaces resources from expert organizations to Snapchat users when they search for a range of mental-health related topics.

7. In addition, Snap launched Family Center to empower parents with tools and resources to make what they believe are the right choices for their teen – based on their teen's age, maturity level, and their family values. Through Snapchat's Family Center, a parent or guardian can link their Snapchat account to their teen's account to see which friends the teen has been recently communicating with on Snapchat, view their list of friends, restrict sensitive content, and report suspicious accounts.  Family Center is designed to mirror the oversight that parents have over their teens' actions in real life.  For instance, parents typically know who their teen spends time with in-person, but they generally do not hear all the in-person conversations that their teens have with their friends.

8. Parents and legal guardians of Snapchatters under 18 may submit privacy requests on their teen's behalf.  These requests may include options to access, download, and delete their teen's information, including the deletion of their teen's Snapchat account.  The easiest way for a parent to access their teen's

3

data would be through the Download My Data tool or, if they would like to delete their teen's account, the account deletion process. Snap's Privacy FAQ provides more information about the tools available to the Snapchat community. Snap continuously reviews its policies and procedures to ensure our community is able to submit and fulfill privacy requests.

9. I am familiar with Florida's HB3 (the "Act") and believe that Snap may be covered by the scope of the law. This Act implicates fundamental aspects of Snap's services and requires extensive modifications to Snapchat code that would fundamentally alter the nature of those services. This includes implementing an age verification process for adults and minors alike, implementing parental identification and verifiable parental consent processes on an application or feature-by-feature basis, disabling and/or removing various features of the app for certain minor users, and potentially requiring other changes depending on how the law is interpreted and enforced. These changes will impede users' – minors and adults alike – access to Snap's services and their enjoyment of the ability to communicate with friends and family, and make those services less helpful to users. These changes are also costly from a monetary and privacy perspective and will require a significant amount of budget, resources, and staff investment over many months and possibly longer.

10. Conducting parental verification poses two unique challenges. First, Snap has to confirm that the person claiming to be the parent is who they claim to

4

be. This may require collecting government-issued or other forms of identification that contain personal information. Snap typically does not collect, let alone store, more personal information about its users than necessary and does not collect government-issued or other forms of identification. Snap does not currently have a process in place to collect and verify identity through forms of government-issued identification, or otherwise verify a person's identity. Second, even if Snap could verify a person's identity, there are separate challenges with establishing whether that person is a parent or legal guardian of the minor user and maintaining that information. These challenges include establishing a parent or legal guardian for minor users whose parents are not their biological parents, minor users whose parents are not their legal guardians, minor users who have different last names than their parents, or those whose parents share joint custody. Although Snap has a multi-step process set up in Family Center to establish a parent/teen association between accounts, Snap does not have a system in place to verify the familial relationship between two individuals to the specifications described in the law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this __24th__ day of October 2024, in Santa Monica, California.

*David Boyle*

David Boyle