**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,**

       *Plaintiffs,*

**v.**                             **Case No.:  4:24cv438-MW/MAF**

**ASHLEY BROOKE MOODY,**

       *Defendant.*

_____/

## ORDER SETTING CONFERENCE SCHEDULE

Pending before this court are Plaintiff's Complaint, ECF No. 1, and Plaintiff's Motion for Preliminary Injunction, ECF No. 4. In order to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1.    Plaintiffs shall serve Defendant with a copy of this Order, the Complaint, and the Motion for Preliminary Injunction before noon, 12:00 p.m. (ET) on **Friday, November 1, 2024,** so the parties can confer prior to the scheduling conference.

2.    The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive

issues relating to the motion, including briefing deadlines for the parties' responses and replies, if any, the need for live testimony, and the admissibility of declarations.

3. The parties shall file a proposed briefing schedule with respect to the motion for preliminary injunction by **Wednesday, November 6, 2024**. The parties should refer to ECF No. 26 in Case No.: 1:23cv111-MW/HTC as a template for the information to include in their proposed briefing schedule.

4. The Clerk shall set this matter for a telephonic scheduling conference **on Friday, November 8, 2024, at 4:00 p.m. (ET).**

**SO ORDERED on October 29, 2024.**

**s/Mark E. Walker**
**Chief United States District Judge**