# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE<br><br>*Plaintiffs*,<br><br>v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida,<br><br>*Defendant*. | Case No. 4:24-cv-00438-MW-MAF |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs NETCHOICE, a District of Columbia organization, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a non-stock Virginia corporation, pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby disclose that (1) NETCHOICE is a 501(c)(6) District of Columbia organization, and has no parent corporation, nor does any publicly held corporation own 10% or more of its stock; and (2) COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA is a 501(c)(6) non-stock Virginia corporation, and has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

|  |  |
|---|---|
| | Respectfully submitted, |
| | /s/ *Douglas L. Kilby* |
| Paul D. Clement | Douglas L. Kilby |
| Erin E. Murphy | Florida Bar No. 73407 |
| James Y. Xi | Hannah E. Murphy |
| Joseph J. DeMott | Florida Bar No. 1032759 |
| Mitchell K. Pallaki | Abigail Corbett |
| CLEMENT & MURPHY, PLLC | Florida Bar No. 31332 |
| 706 Duke Street | STEARNS WEAVER MILLER |
| Alexandria, VA 22314 | WEISSLER ALHADEFF & |
| (202) 742-8900 | SITTERSON, P.A. |
| paul.clement@clementmurphy.com | Highpoint Center |
| erin.murphy@clementmurphy.com | 106 East College Avenue, Suite 700 |
| james.xi@clementmurphy.com | Tallahassee, FL 32301 |
| joseph.demott@clementmurphy.com | (850) 580-7200 |
| mitchell.pallaki@clementmurphy.com | dkilby@stearnsweaver.com |
| | hmurphy@stearnsweaver.com |
| | acorbett@stearnsweaver.com |
| | boneal@stearnsweaver.com |
| | lrussel@stearnsweaver.com |
| | mperez@stearnsweaver.com |

*Counsel for Plaintiffs Computer & Communications Industry Association and NetChoice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will electronically send a notice of electronic filing to all counsel of record who are active participants to receive such notifications.

/s/ *Douglas L. Kilby*
Douglas L. Kilby