UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>ASHLEY BROOKE MOODY, in her official capacity as Attorney General of the State of Florida,<br><br>  *Defendant*. | Case No. 4:24-cv-00438-MW-MAF |

## FIRST JOINT STATUS REPORT ON DISCOVERY

As required by this Court's Initial Scheduling Order entered November 15, 2024, DE32, the Parties met and conferred via email and videoconference. As the result of those conferences, the Parties submit the following joint report as follows:

**I.**  **Plaintiffs' Discovery as of December 16, 2024:**

Plaintiffs have conferred with counsel for Defendant about the State's intended declarants and anticipate noticing the following depositions:

1. Deposition of Adam Alter on January 23, 2025 in New York, New York;

2. Deposition of Tony Allen on January 27, 2025 in Tallahassee, Florida;

1

3. Deposition of Jean M. Twenge on January 29, 2025 in San Diego, California.

**II.   Defendant's Discovery as of December 16, 2024:**

A.   Defendant served Notices and Amended Notices of Depositions of Plaintiffs' Declarants as follows:

1. Deposition of Bartlett Cleland (NetChoice) on December 10, 2024 in Washington, DC;

2. Deposition of David Boyle (Snap) on December 12, 2024 in Las Angelas, California;

3. Deposition of Alexandra Veitch (YouTube) on December 18, 2024 in Washington, DC (pending); and

4. Deposition of Matthew Schreurs (CCIA) on December 19, 2024 in Washington, DC (pending).

B.   On November 26, 2024, Defendant served discovery to Plaintiffs as follows:

1. Request for Production of Documents to NetChoice;

2. Interrogatories to NetChoice;

3. Request for Admissions to NetChoice;

4. Request for Production of Documents to CCIA;

5. Interrogatories to CCIA; and

6. Request for Admissions to CCIA.

Dated December 16, 2024

Respectfully submitted,

ASHLEY MOODY
*Attorney General of Florida*

*/s/ Christine E. Lamia*
Counsel for Defendant

Douglas L. Kilby
Florida Bar No. 73407
Hannah E. Murphy
Florida Bar No. 1032756
Abigail Corbett
Florida Bar No. 31332
STEARNS WEAVER MILLER
WEISSLER ALHADEFF
& SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com
acorbett@stearnsweaver.com

Paul D. Clement
Erin E. Murphy
James Y. Xi
Joseph J. DeMott
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
joseph.demott@clementmurphy.com
mitchell.pallaki@clementmurphy.com

*Counsel for Plaintiffs CCIA and NetChoice, LLC*

John M. Guard (FBN 374600)
Chief Deputy Attorney General
Henry C. Whitaker (FBN 1031175)
*Solicitor General*
Daniel W. Bell (FBN 1016188)
*Chief Deputy Solicitor General*
Kevin A. Golembiewski (FBN 1002339)
*Senior Deputy Solicitor General*
Darrick W. Monson (FBN 1041273)
*Assistant Solicitor General*
Anita J. Patel (FBN 0070214)
*Special Counsel*
Christine E. Lamia (FBN 745103)
*Special Counsel*
James Waczewski (FBN 0154989)
*Senior Assistant Attorney General*
Sara E. Spears (FBN 1054270)
*Assistant Attorney General*

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
(850)414-3300
Anita.Patel@myfloridalegal.com

*Counsel for Defendant
Ashley Brooke Moody*

3

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of December 2024, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

*/s/ Douglas L. Kilby*
Douglas L. Kilby