# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,**

    *Plaintiffs,*

v.                      Case No.:  4:24cv438-MW/MAF

**ASHLEY BROOKE MOODY,**

    *Defendant.*

_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

This Court has considered, without hearing, Plaintiffs' unopposed motion for protective order. ECF No. 44. The unopposed motion is **GRANTED**. The proposed protective order, ECF No. 44-1 is incorporated by reference and binding on the parties as of the date of this Order.

**SO ORDERED on December 23, 2024.**

                                      s/Mark E. Walker_____
                                      **Chief United States District Judge**