IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,**

    *Plaintiffs,*

v.    Case No.:  4:24cv438-MW/MAF

**ASHLEY BROOKE MOODY,**

    *Defendant.*

_____/

## ORDER ON JOINT SCHEDULING REPORT

This Court has considered, without hearing, the parties' joint report of their Rule 26(f) conference. ECF No. 48. The parties disagree about the timing and scope of additional discovery. Plaintiffs ask this Court to stay "merits discovery" pending the resolution of their motion for preliminary injunction, including any related appeal. Defendant asserts discovery, generally, should proceed through the preliminary injunction phase. This Court previously rejected Plaintiffs' objections to certain depositions being taken to prepare for the motion for preliminary injunction. The spirit of this Court's ruling was that limited discovery may proceed for purposes of preparing for the motion for preliminary injunction. To the extent this Court was not clear in its prior ruling, including the discussion this Court held with the parties on the record at a telephonic scheduling conference on November

19, 2024, this Court will make itself clear now. The parties' focus at this juncture must be limited to preparing for the motion for preliminary injunction. That's it. The parties should complete their scheduled depositions and respond to any pending written discovery that is pertinent to the motion for preliminary injunction. All other discovery is on hold until the hearing on the motion for preliminary injunction. This Court will take the parties' joint report under advisement and issue a scheduling and mediation order following the hearing on February 28, 2025. To the extent the parties still cannot agree on the scope of discovery that has already been propounded, the complaining party must file the appropriate motion to address its concerns.

**SO ORDERED on January 13, 2025.**

**s/Mark E. Walker**
**Chief United States District Judge**
