## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and NETCHOICE,
LLC,

                                                    Case No.: 4:24-cv-438-MW-MAF

      Plaintiffs,

v.

ASHLEY BROOKE MOODY, in her official
capacity as Attorney General of the State of Florida,

      Defendant.

_____/

## DECLARATION OF JEAN M. TWENGE, Ph.D.

I, Jean M. Twenge, declare:

### I.      Introduction

1.  I am at least 18 years of age and am competent to testify. I have personal knowledge of the statements contained in this declaration.

2.  I have been asked by the Defendant to provide my expert opinion on trends in social media use among adolescents, connections between social media use and mental health, and the need for age restrictions on social media use as provided in Fla. Stat. 501.1736 (HB 3). The opinions expressed herein are based on my education, training, research, and years of experience as a personality and social psychologist as well as familiarity with the research literature.

### II.      Personal background and qualifications

3.  I am a Professor of Psychology at San Diego State University. I have authored or co-authored 147 peer-reviewed scientific journal articles on topics including trends in adolescent mental health, social media use and mental health, screen time and behavioral issues among children, generational differences in teen independence, causal effects of social rejection, screen media and sleep deprivation, and trends in happiness and life satisfaction. In 2021, 2022, 2023, and 2024, Clarivate Analytics included me on its list of the top .1% of highly cited scientists.

4.  I have also authored or co-authored 15 books. These include *iGen* (2017), one of the first works to document the scope of the adolescent mental health crisis and to argue it was linked to technology use. An excerpt of the book in *Atlantic* magazine was among the most-read articles of 2017. My most recent book is *Generations* (2023, paperback 2025), which details the impact of

technological change on all six living American generations. I am also the co-author of two undergraduate textbooks (*Personality Psychology* and *Social Psychology*) that are revised every few years, requiring me to keep up with the emerging research in both fields. I regularly teach a course in personality psychology and have previously taught courses in research methods (including at the graduate level), social psychology, cultural psychology, introductory psychology, and the history of psychology. In fall 2025, I will teach a course on generations and technology as a visiting professor at the University of Florida. On December 6, 2023, I gave a presentation to the Florida House of Representatives Regulatory Reform and Economic Development Subcommittee on the mental health effects of social media.

5.  I began my time at San Diego State as an assistant professor in 2001, earning tenure in 2005 and promoted to full professor in 2009. I received my Ph.D. in personality psychology from the University of Michigan, Ann Arbor, in 1998 and completed post-doctoral studies in social psychology at Case Western Reserve University from 1999 to 2001. In 1993, I graduated from the University of Chicago with a B.A. in sociology and psychology and an M.A. in social sciences. A current copy of my true and correct Curriculum Vitae is attached to this report as Exhibit A. I am compensated for my work on this case. I have not testified as an expert witness at trial or deposition in the past four years.

## III.    Summary of findings

6.   Key findings from my analysis, detailed in the report below, include:
    • Daily social media use among U.S. 13- and 14-year-olds rose sharply between 2008 and 2017. By 2023, social media use among U.S. teens averaged 4.8 hours a day.
    • Time series studies strongly suggest that increases in digital media use, including social media, are a key cause of increases in adolescent depression, loneliness, self-harm, and suicide.
    • Correlational studies find that the more hours a day a teen or child uses social media, the more likely they are to be depressed or unhappy. These links are usually stronger for social media than for other media such as TV or gaming.
    • Experimental studies demonstrate that participants who eliminate or reduce social media for two weeks or more are less lonely and less depressed than those who continue their normal use, demonstrating a causal path from social media use to lower psychological well-being.
    • Increases in self-harm, suicide, and depression since 2010 are larger among 12- to 15-year-olds than among 16- to 17-year-olds. Associations between social media use and depression/low well-being are larger among adolescents 15 or younger than among those 16 or 17 years old.
    • Thus, the research literature on social media use and mental health supports the prohibition of anyone under the age of 14 from having an account and requiring 14- and 15-year-olds to obtain parental consent to become an account holder, as required by Fla. Stat. 501.1736 (HB 3).

## IV. Overview and definitions

7. This declaration will cover the research literature on 1) trends in time spent on social media, 2) associations between time spent on social media and mental health across time series,

correlational, and experimental studies, and 3) how the association between social media use and mental health differs between younger adolescents and older adolescents. I will primarily rely on studies and datasets that are nationally representative and that have large sample sizes for all types of studies except experimental studies, where large nationally representative studies, to my knowledge, are not available.

8. Indicators of poor mental health or poor psychological well-being can include unhappiness, low life satisfaction, low self-esteem, behavioral difficulties, anxiety, loneliness, depression, and self-harm behavior. Social media is defined somewhat differently from one dataset to another, but is usually referred to as "social networks" or "social media," with examples of specific apps sometimes given (including Facebook and Instagram). For example, in the large survey of U.S. teens called Monitoring the Future, since 2018, teens are asked how much time they spend "on social networking sites like Facebook, Twitter, Instagram, etc.?" None of the studies cited below that measure social media use include streaming services (such as Disney+, Netflix, or Hulu) in the wording of their survey items on social media.

## V. Increases in social media use among teens

9. According to the Pew Center for Research, 24% of U.S. teens said they were online "almost constantly" by 2015 (Lenhart, 2015). By 2024, that had nearly doubled, to 46% (Faverio & Sidoti, 2024).

10. From 2008 to 2017, the nationally representative Monitoring the Future dataset asked U.S. teens if they used social media sites (specifically, "social networking websites (like Facebook)") "almost everyday," "at least once a week," "once or twice a month," "a few times a year," or "never." In 2008, 47% of 8th graders, 13 and 14 years old, used social media almost every day. By 2017, 78% used social media almost every day (Twenge et al., 2019b, and additional analyses performed for this declaration).

11. After 2018, Monitoring the Future asked about social media use ("social networking sites like Facebook, Twitter, Instagram, etc.") in hours per day, from none to 9 or more hours a day. Among 8th grade girls 2018-2023, 11% spent 9 or more hours a day using social media.

12. In the international PISA dataset, which employed a different measure of social media use, 9% of U.S. girls ages 15 and 16 spent 7 or more hours a day using social media in 2022. Similar or higher numbers appeared in other nations, including the UK (9%), Argentina (15%), Saudi Arabia (13%), and Thailand (10%). In contrast, the number of girls who were heavy users was lower in many European countries (5% in Germany, 7% in Italy, 6% in Ireland) and in most countries in Asia (5% in Hong Kong, 3% in Japan, 4% in South Korea).

13. According to Gallup, by 2023, U.S. teens spent an average of 4.8 hours a day using social media sites (defined as total time spent on Instagram, Facebook, Twitter/X, YouTube, TikTok, WhatsApp, and WeChat; Rothwell, 2023).

## VI. Increases in mental health issues among teens

14. In this declaration, I will review three types of evidence for the association between social media use and mental well-being: time series studies, correlational studies, and experiments. I will begin with time series studies, which examine trends over time in populations. Time series studies are sometimes called "natural experiments" as they can demonstrate the consequences of changes in the environment.

15. In the early 2010s, something began to go wrong in the lives of teens. Symptoms of depression, loneliness, and unhappiness all increased among American adolescents beginning in the early 2010s (Keyes et al., 2019; Mojtabai et al., 2016; Twenge et al., 2018, 2019a). Between 2011 and 2019, rates of major depression doubled among U.S. teens (see Figure 1). Between 2011 and 2022, rates of depression increased 132% among teen girls and 134% among teen boys.



Figure 1: Major depressive episode in the last year, U.S. 12- to 17-year-olds

4

Source: National Survey on Drug Use and Health, U.S. Department of Health and Human Services; analysis in Twenge, 2025

16. These statistics are derived from a yearly study commissioned by the U.S. Department of Health and Human Services designed to determine the rates of depression in the U.S. population as a whole, regardless of interaction with the healthcare system or physician diagnoses. Major depressive episode is defined using the criteria of the American Psychiatric Association's Diagnostic and Statistical Manual.

17. Behaviors linked to depression, such as self-harm, also increased among U.S. adolescent girls. Between 2010 and 2022, emergency room admissions for self-harm increased 192% among 15- to 19-year-old girls and young women (thus nearly tripling) and an incredible 411% among 10- to 14-year-old girls (thus more than quintupling; see Figure 2). Self-harm is assessed via emergency room admissions in data kept by the U.S. Centers for Disease Control.



Figure 2: Emergency department admissions for self-harm behaviors, U.S. girls and young women, 2001-2022

Source: WISQARS database, Centers for Disease Control

18. Suicide rates have also skyrocketed among American children and teens (see Figure 3). The suicide rate among 10- to 14-year-old boys increased 166% between 2010 and 2022 and the suicide rate among 10- to 14-year-old girls increased 217%. If the suicide rate had stayed at its 2007 low, 3,604 more American 10- to 14-year-olds would be alive today.



Figure 3: Suicide rate of U.S. 10- to 14-year-olds, 1981-2022
Source: WISQARS database, Centers for Disease Control

19. The early 2010s was also a key time for technological change. Teen smartphone ownership grew from 23% in 2011 to 37% in 2013, reaching 73% by 2015 (Lenhart, 2015; Madden et al., 2013). Smartphones with front-facing cameras (which make it easier to take selfies) were introduced in 2010. Facebook bought Instagram – dramatically increasing its user base – in 2012. Teens' social media use also increased over this time.

20. Thus, during the years teens started to spend more time on social media, their rates of depression, self-harm, and suicide began to skyrocket. This may have occurred because social media displaced time that was once spent on other activities more beneficial for mental health. For example, sleep deprivation also increased beginning around 2012, and not getting enough sleep is strongly related to depression and other mental health issues, including in experiments that can demonstrate causation from shortened sleep to mental health issues (Scott et al., 2021). Time spent on social media specifically has been linked to shortened sleep among adolescents (Hisler et al., 2020). This is especially relevant for younger age groups as children and adolescents require more sleep than adults, and the younger the child or adolescent, the more sleep they need given growth and development, especially of the brain.

21. In addition, time spent with friends in-person plummeted as social media became more popular (Twenge et al., 2017, 2019c).

22. Teen users' experiences on social media, including unflattering social comparison, cyberbullying, sexual solicitation, and other dangers, are also possible mechanisms behind why teen depression rose as teens spent more time on social media (e.g., Dönmez & Soylu, 2019; Hu et al., 2021; Steers et al., 2014).

23. Similar trends in adolescent mental health have appeared in countries outside the U.S. The number of young Australians with high levels of psychological distress skyrocketed between 2012 and 2019, in a very similar pattern to the U.S. data (see Figure 4).



Figure 4: Australians ages 16 to 24 with high or very high levels of psychological distress, by gender, 2002-2019
Source: Data tables for *Australia's Health 2022: Data insights*. Australian Government. NOTE: Psychological distress was measured using the K10, a validated 10-item measure of symptoms of anxiety and depression.

24. Similar to the trends in the U.S., self-harm behaviors increased among Australian adolescent girls beginning in the early 2010s (see Figure 5). Self-harm also increased among adolescent boys, though their base rate was lower.



Figure 5: Intentional self-poisonings among 15- to 19-year-olds, Australia, 2006-2016
Source: Cairns et al. (2019) analysis of data on calls to Poison Information Centers in New South Wales and Victoria, Australia.

25. Australia is not an isolated example. Several studies have found that loneliness and anxiety increased among teens in many countries around the world beginning after 2012, especially in Europe, Latin America, and other English-speaking countries such as Canada, the UK, and New Zealand. Teen loneliness and anxiety increased the most in countries with the largest increases in internet time and smartphone access (Boer et al., 2023; Twenge et al., 2021). These international results mean the cause of the increase in teen depression cannot be something unique to the U.S. Instead, it must be something impacting teens in many different countries. The analyses matching changes in technology use with increases in teens' anxiety and loneliness suggest that technology use is a primary cause.

26. The rise of smartphones and social media in the early 2010s is the most plausible cause of the adolescent mental health crisis. The trends in technology use had a broad impact on teens' day to day lives, radically changing the way they spent their time outside of school.

27. In fact, that was the conclusion of a focus group of adolescent girls convened by Meta as part of their internal research. "Teens blame Instagram for increases in the rate of anxiety and depression. This reaction was unprompted and consistent across all groups," noted the report (Wells et al., 2021).

28. It should be noted that the effects of social media operate at the group level, not just the individual level. Even a teen who does not use social media is impacted when most of their peers use social media: They may feel left out and excluded from some interactions, and it will be more difficult to find friends to see in person if communicating via social media is now the norm. This is a strength of the time series studies: They capture the impact of social media at the group level, demonstrating the outcomes of a natural experiment.

29. Overall, the time series data strongly supports the conclusion that changes in teens' technology use, including social media, is a primary cause of the rise in teen depression, anxiety, loneliness, self-harm, and suicide.

## VII. Correlational studies on social media use and mental well-being

30. Correlational studies, which are studies that examine people's real-life experiences, have consistently found that the more hours a day a teen spends on social media, the more likely they are to be depressed or unhappy. A meta-analysis of 21 correlational studies found that the risk of depression increased by 13% for each hour increase in social media use among adolescents (Liu et al., 2022). Nearly all correlational studies show that more time on social media is linked to more depression, unhappiness, low life satisfaction, or low well-being (Haidt et al., 2024).

31. Kelly et al. (2019) is an example of a correlational analysis in the area. The analysis used a large nationally representative sample from the U.K., the Millennium Cohort Study. In 2015, when its participants were 14 to 15 years old, the study asked them how many hours a day they spent using social media. They also answered 13 questions on a validated scale measuring symptoms of depression; teens who scored above a cutoff level were classified as having clinically relevant depression.

32. The results showed that girls who were heavy users of social media were three times more likely to be depressed than non-users, and boys were twice as likely (Kelly et al., 2019; see Figure 6).



Figure 6: Hours of social media use and depression, U.K. teens, by gender
Source: Millennium Cohort Study. Analyses by Kelly et al. (2019)

33. Particularly among girls, depression steadily increases as social media use increases in a dose-response manner. For boys, elevated risk did not appear until social media use moved beyond 3 hours a day; for girls it began to appear at less than an hour and rose from there.

34. These analyses controlled for a number of possible third variables, including family income, family structure, and age. This step ensures that the associations were not caused by these factors.. The analyses also controlled for symptoms of depression at age 11, meaning the link was not caused by depressed teens spending more time on social media (Kelly et al., 2019).

35. Participants in the Millennium Cohort Study were also asked if, in the last year, they had ever hurt themselves on purpose, a measure of self-harm behavior. Girls who were heavy users of social media were twice as likely to have self-harmed than non-users, and boys who were heavy users were nearly twice as likely (Twenge & Farley, 2021; see Figure 7).



Figure 7: Hours per day of social media use and self-harm behaviors, UK teens, by gender
Source: Millennium Cohort Study. Analyses by Twenge & Farley (2020)

36. These analyses were controlled for family income, family structure, ethnicity, parent educational attainment, parent employment, number of siblings in the household, whether the participant had a long-standing illness, and parent verbal intelligence (Twenge & Farley, 2020). That rules out these factors as third variables that might confound the results.

37. Links between TV watching and depression are considerably weaker than those between social media use and depression (Robertson et al., 2022; Twenge et al., 2018; Twenge & Farley, 2021). Links between electronic gaming hours and depression are also generally weaker than those between social media use and depression (Robertson et al., 2022; Twenge & Farley, 2021).

38. A U.S. dataset, Monitoring the Future, included a question on hours per week of social media use beginning in 2013. Teens, especially girls, who spent more hours a day on

social media were more likely to be unhappy. These analyses were controlled for race/ethnicity, grade, and mother's education level (Twenge & Martin, 2020; see Figure 8).



Figure 8: Hours per week of social media use and unhappiness, U.S. teens (8th and 10th graders) Source: Monitoring the Future. Analyses by Twenge & Martin (2020).

39. In another nationally representative U.S. sample, adolescents who spent 3 or more hours a day using social media were twice as likely to have significant symptoms of anxiety or depression than non-users (Riehm et al., 2019).

40. Similar links between social media use and depression appear among 9- and 10-year-old children. Both boys and girls who spent more than two hours a day on social media were twice as likely to suffer from depressive disorders or anxiety disorders than those who spent less time. Watching online videos more than two hours a day was also linked to a near-doubling of depressive disorders among children (Robertson et al., 2022).

41. Thus, the correlational evidence consistently demonstrates that the more time a child or teen spends on social media, the more likely it is that they will be depressed, have low well-being, or be unhappy. These associations are significant; in many studies, twice as many heavy users of social media are depressed compared to non-users.

## VIII. Experiments on social media use and mental well-being

42. To definitively show scientific causation from social media use to depression, it is necessary to do a random-assignment experiment (also known as a randomized controlled trial or an A/B test). In this design, participants are randomly assigned to an experimental or control group and outcomes are measured.

43. The most common type of experiment examining social media and mental health randomly assigns some participants to give up or reduce their social media use (the experimental group) and others to continue their usual use (the control group). One of the largest experiments using this design randomly assigned nearly 3,000 adults to deactivate their Facebook account for four weeks (the experimental group) versus keeping an active Facebook account (the control group). At the end of the four weeks, those who deactivated their Facebook account had less anxiety and depression compared to those who continued with their normal Facebook use (see Figure 9). They were also happier and had higher life satisfaction (Allcott et al., 2020).



Figure 9: Differences in psychological well-being between adults who deactivated Facebook and those who did not, standard deviations
Source: Allcott et al. (2020)

44. Another experiment randomly assigned college undergraduates to limit their social media use to 30 minutes a day or less (the experimental group) or to use social media as usual (the control group). After three weeks, those who reduced their social media use were less depressed and less lonely than the control group (Hunt et al., 2018; see Figure 10).



Figure 10: Differences in psychological well-being between college students who reduced their social media use and those who did not, standard deviations
Source: Hunt et al. (2018).
Note: Difference in standard deviations (*d*) calculated from two-group $F$ and sample size.

45. A recent experiment randomly assigned Danish families with children ages 4 to 17 to hand over smartphones and tablets and reduce their leisure screen use to three hours a week or less for a period of two weeks (the experimental group). This group received non-internet-enabled cell phones that could call and text. Others continued their screen use as usual (control group). Parents were asked to report on their children's emotional and behavioral issues using a validated measure. At the end of the two weeks, children and adolescents in the experimental group had declined more than the control group in total emotional and behavioral difficulties,

internalizing symptoms such as anxiety and depression, and externalizing symptoms such as anger and acting out (see Figure 11; Schmidt-Persson et al., 2024).



Figure 11: Differences in psychological well-being between youth who reduced screen time and those who did not, in standard deviations
Source: Schmidt-Persson et al. (2024)
Note: Difference in standard deviations (*d*) calculated from mean change and standard deviations from each group weighted by sample size

46. Nearly all experiments that follow participants for two weeks or more find improvements in mental health or well-being among those who give up or reduce social media use (Haidt, 2024).

47. These studies show a causal path from social media use to depression and low well-being. Thus, they suggest that a substantial amount of the link between social media use and depression found in correlational studies can be attributed to social media use causing depression and low psychological well-being rather than depression causing social media use or the link being caused by other factors. Most of these experiments involve adults rather than adolescents, but given the stronger links between social media use and well-being among younger populations, it is highly likely that experiments of this nature would show similar if not stronger impacts among adolescents.

16

**IX. The need for age restrictions for social media**

48. Social media is more strongly linked to negative outcomes among children and younger teens compared to older teens. This evidence comes from two primary sources: Time series studies and correlational studies.

49. First, the increases in emergency room admissions for self-harm 2010-2022 were larger among 10- to 14-year-old girls (411%, quintupling) than among 15- to 19-year-old girls and young women (192%, nearly tripling; see Figure 2, previously). Second, increases in suicide have been larger among 12- to 15-year-olds than among 16- to 17-year-olds: 140% from 2007 to 2022 for the younger group, compared to 66% for the older (see Figure 12).



Figure 12: Suicide rate among U.S. adolescents, by age group, 2001-2022
Source: Centers for Disease Control, WISQARS database



50. Third, increases in clinical-level depression since 2011 have been larger among 12- to 15-year-olds (a 172% increase 2011-2022) than among 16- to 17-year-olds (94% increase 2011-2022; see Figure 13). The pattern also holds when 2021 is used as the endpoint: depression increased 153% among 12- to 15-year-olds and 127% for 16- to 17-year-olds).

Figure 13: Percent of U.S. adolescents with clinical-level depression in the last 12 months, by age group. Source: National Study of Drug Use and Health.

51. Thus, both symptoms of depression and behaviors linked to depression (self-harm and suicide) have increased more among younger adolescents compared to older adolescents during the period when smartphone and social media use surged. This suggests that the increased use of digital media, including social media, had a more pronounced impact on the mental health of those 15 and under compared to those 16 and older.

52. Associations between social media use and poor mental health are larger among younger teens than among older teens. For example, UK teens who spent more time using social

media were less satisfied with their lives, and this association was larger among younger adolescents compared to older adolescents (Orben et al., 2022; see Figure 14). Among girls, the association was considerably larger at age 12-15 than ages 16 or 17. Among boys, the strongest link between social media use and low life satisfaction appeared at age 15. The researchers concluded that there are "windows of developmental sensitivity to social media. that may be caused by maturational processes such as puberty, when, for example, social comparison on social media may have a larger impact.



Figure 14: Hours per day of social media use and life satisfaction, by gender and age
Source: Orben et al. (2022)

    53. A similar pattern appears in the U.S. Monitoring the Future dataset. In my own recent analyses of data on 8th grade girls (13 and 14 years old) 2018-2023, heavy social media users were 55% more likely to have high depressive symptoms than non-users. Among 10th grade girls (15 and 16 years old), heavy users were instead 26% more likely to have high depressive symptoms than non-users, an effect about half the size of that for 13- and 14-year-old girls.

54. Similarly, links between social media use and body image issues are stronger among adolescents compared to adults, as shown in a large meta-analysis (Saiphoo & Vahedi, 2019).

55. Thus, in large nationally representative datasets in both the UK and U.S., the association between social media use and depression, low well-being, and body image issues is stronger among younger adolescents than older adolescents.

56. There are also impacts on the developing brains of children and adolescents. Twelve-year-olds who habitually checked social media showed increased activity in the social reward portions of the brain over the course of two years (Maza et al., 2023).

57. Compared to older adolescents and young adults, early adolescents (ages 12 to 15) were more likely to predict that they would not be liked by others and to experience decreases in self-esteem after social rejection (Rodman et al., 2017). Thus, early adolescents are more sensitive to feedback on social media.

58. Adolescent brains have a less-developed prefrontal cortex (leading to less self-control and more impulsive behavior), greater activity in the amygdala (associated with experiencing emotions more acutely), and greater activity in the ventral striatum (which responds to social rewards; Crone & Konijn, 2018). Adolescents, especially early adolescents, are also more susceptible to peer influences than adults (Van Hoorn et al., 2016). Thus, adolescents are more sensitive to a wide array of experiences on social media including social reward processing, peer pressure, risk-taking, problematic use, and emotion-based processing (Crone & Konijn, 2018).

## X. Conclusions

59. Daily social media use among U.S. teens increased during the 2010s, and by 2023 11% of 13- to 14-year-old girls spent 9 or more hours a day using social media and teens spent an average of 5 hours a day on the apps. Time series studies show that teen depression increased in tandem with smartphone and social media use, with no other explanation fitting the data, especially internationally. Correlational studies consistently show that the more hours a teen or child spends using social media, the more likely it is they are depressed or unhappy, and those correlations are stronger than for other media such as TV or gaming. Experimental studies find that reducing social media and screen use reduces depression and increases well-being, demonstrating a causal path from social media use to depression and low well-being. These research findings establish a clear link between social media use and depression/low well-being, including studies that can show causation, not just correlation. Associations between social media use and depression, low well-being, and body image issues are larger among teens 15 and under compared to those 16 and older, especially among girls. Early adolescent brains are particularly susceptible to experiences on social media such as peer influences and reward processing. Thus, the research literature on social media use and mental health supports the prohibition of anyone under the age of 14 from having an account and requiring 14- and 15-year-olds to obtain parental consent to become an account holder, as required by Fla. Stat. 501.1736 (HB 3).

**XI. Signature**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January, 2025 in San Diego, CA.


Jean Twenge

## References

Allcott, H., Braghieri, L., Eichmeyer, S., & Gentzkow, M. (2020). The welfare effects of social media. *American Economic Review, 110*, 629–676.

Boer, M., Cosma, A., Twenge, J. M., Inchley, J., Jericek Kalnscek, H., & Stevens, G. W. J. M. (2023). National-level schoolwork pressure, family structure, internet use, and obesity as drivers of time trends in adolescent psychological complaints between 2002 and 2018. *Journal of Youth and Adolescence, 52*, 2061-2077.

Cairns, R., Karanges, E. A., Wong, A., Brown, J. A., Robinson, J., Pearson, S.-A., Dawson, A. H., & Buckley, N. A. (2019). Trends in self-poisoning and psychotropic drug use in people aged 5-19 years: a population-based retrospective cohort study in Australia. *BMJ Open, 9(2)*, e026001.

Crone, E. A., & Konijn, E. A. (2018). Media use and brain development during adolescence. *Nature Communications, 9*, 588.

Dönmez, Y. E., & Soylu, N. (2019). Online sexual solicitation in adolescents: Socio-demographic risk factors and association with psychiatric disorders, especially posttraumatic stress disorder. *Journal of Psychiatric Research, 117*, 68–73.

Faverio, M., & Sidoti, O. (2024, December 12). Teens, social media, and technology 2024. Pew Research Center.

Haidt, J., Twenge, J. M., & Rausch, Z. (2024). Social media and mental health: A collaborative review. Publicly posted Google doc.

Hisler, G., Twenge, J. M., & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. *Sleep Medicine*, *66*, 92-102.

Hu, Y., Bai, Y., Pan, Y., & Li, S. (2021). Cyberbullying victimization and depression among adolescents: A meta-analysis. *Psychiatry Research, 305*.

Hunt, M. G., Marx, R., Lipson, C., & Young, J. (2018). No more FOMO: Limiting social media decreases loneliness and depression. *Journal of Social and Clinical Psychology, 37*, 751–768.

Kelly, Y., Zilanawala, A., Booker, C., & Sacker, A. (2019). Social media use and adolescent mental health: Findings from the UK Millennium Cohort Study. *EClinical Medicine*.

Keyes, K. M., Gary, D., O'Malley, P. M., Hamilton, A., & Schulenberg, J. (2019). Recent increases in depressive symptoms among US adolescents: Trends from 1991 to 2018. *Social Psychiatry and Psychiatric Epidemiology, 54*, 987–996.

Lenhart, A. (2015, April 9). Teens, social media, & technology overview 2015. Pew Research Center.

Liu, M., Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). Time spent on social media and risk of depression in adolescents: A dose-response meta-analysis. *International Journal of Environmental Research and Public Health, 19*(9).

Madden, M., Lenhart, A., Duggan, M., Cortesi, S., & Gasser, U. (2013, March 13). Teens and technology 2013. Pew Research Center.

Maza, M. T., Fox, K. A., Kwon, S.-J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of habitual checking behaviors on social media with longitudinal functional brain development. *JAMA Pediatrics, 177*, 160–167.

Mojtabai, R., Olfson, M., & Han, B. (2016). National trends in the prevalence and treatment of depression in adolescents and young adults. *Pediatrics, 138*(6).

Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit, R. A. (2022). Windows of developmental sensitivity to social media. *Nature Communications, 13*, 1649.

Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., Pacek, L. R., La Flair, L. N., & Mojtabai, R. (2019). Associations between time spent using social media and internalizing and externalizing problems among US youth. *JAMA Psychiatry, 76*, 1266–1273.

Robertson, L., Twenge, J. M., Joiner, T. E., & Cummins, K. (2022). Associations between screen time and internalizing disorder diagnoses among 9- to 10-year-olds. *Journal of Affective Disorders*, *311*, 530-537.

Rodman, A. M., Powers, K. E., & Somerville, L. H. (2017). Development of self-protective biases in response to social evaluative feedback. *Proceedings of the National Academy of Sciences of the United States of America, 114*, 13158–13163.

Rothwell, J. (2023, October 13). Teens spend average of 4.8 hours on social media per day. Gallup.Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. *Computers in Human Behavior, 101*, 259–275.

Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. *Computers in Human Behavior, 101*, 259–275.

Schmidt-Persson, J., Rasmussen, M. G. B., Sorensen, S. O., Mortensen, S. R., Olesen, L. G., Brage, S., Kristensen, P. L., Bilenberg, N., & Grontved, A. (2024). Screen media use and mental health of children and adolescents: A secondary analysis of a randomized clinical trial. *JAMA Network Open, 7*, e2419881.

Scott, A. J., Webb, T. L., Martyn-St James, M., Rowse, G., & Weich, S. (2021). Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Medicine Reviews, 60*, 101556.

Steers, M.-L. N., Wickham, R. E., & Acitelli, L. K. (2014). Seeing everyone else's highlight reels: How Facebook usage is linked to depressive symptoms. *Journal of Social and Clinical Psychology, 33*, 701–731.

Twenge, J. M. (2017). *iGen: Why Today's Super-Connected Kids Are Growing Up Less Rebellious, More Tolerant, Less Happy – and Completely Unprepared for Adulthood*. New York: Atria Books.

Twenge, J. M. (2025). *Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future*. Updated paperback edition. New York: Atria Books.

Twenge, J. M., & Farley, E. (2021). Not all screen time is created equal: Associations with mental health vary by activity and gender. *Social Psychiatry and Psychiatric Epidemiology*, *56*, 207-217.

Twenge, J. M., Haidt, J., Blake, A. B., McAllister, C., Lemon, H., & LeRoy, A. (2021). Worldwide increases in adolescent loneliness. *Journal of Adolescence*, *93*, 257-269.

Twenge, J. M., Joiner, T. E., Rogers, M. L., & Martin, G. N. (2018). Increases in depressive symptoms, suicide-related outcomes, and suicide rates among U.S. adolescents after 2010 and links to increased new media screen time. *Clinical Psychological Science*, *6*, 3-17.

Twenge, J. M., Krizan, Z., & Hisler, G. (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and links to new media screen time. *Sleep Medicine*, 39, 47-53.

Twenge, J. M., & Martin, G. N. (2020). Gender differences in associations between digital media use and psychological well-being: Evidence from three large datasets. *Journal of Adolescence*, *79*, 91-102.

Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. *Emotion*, *18*, 765-780.

Twenge, J. M., Cooper, A. B., Joiner, T. E., Duffy, M. E., & Binau, S. G. (2019a). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. *Journal of Abnormal Psychology, 128*, 185-199.

Twenge, J. M., Martin, G. N., & Spitzberg, B. H. (2019b). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. *Psychology of Popular Media Culture*, *8*, 329-345.

Twenge, J. M., Spitzberg, B. H., & Campbell, W. K. (2019c). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. *Journal of Social and Personal Relationships*, *36*, 1892-1913.

Van Hoorn, J., Dijk, E., Meuwese, R., Rieffe, C., & Crone, E. A. (2016). Peer influence on prosocial behavior in adolescence. *Journal of Research on Adolescence, 26*, 90–100.

Wells, G., Horowitz, J., & Seetharaman, D. (2021, September 14). Facebook knows Instagram is toxic for teen girls, company documents show. *Wall Street Journal*.

# JEAN M. TWENGE
Curriculum Vitae
December, 2024

Dept. of Psychology
San Diego State University
5500 Campanile Drive
San Diego, CA 92182-4611
E-mail: jtwenge@sdsu.edu

## EDUCATION
Ph.D.  in Psychology, University of Michigan, Ann Arbor, 1998
    Honors: National Science Foundation Graduate Fellowship, Rackham Dissertation
    Fellowship
M.A., Social Sciences, University of Chicago, 1993
B.A., Psychology and Sociology, University of Chicago, 1993
    Honors: Phi Beta Kappa, National Merit Scholarship, College Honors Scholarship,
    Alumni Association Award for Extracurricular Achievements

## EMPLOYMENT HISTORY
Professor, San Diego State University, Department of Psychology, 2009-present
Associate Professor, San Diego State University, Department of Psychology, 2005-2009
Assistant Professor, San Diego State University, Department of Psychology, 2001-2005
Post-Doctoral Researcher, Case Western Reserve University, 1999-2001
Visiting Assistant Professor, Gustavus Adolphus College, Department of Psychology, 1998

## GRANTS FUNDED
Russell Sage Foundation grant, Co-PI. Title: The effect of the Great Recession on young
    people's values and behaviors. Project # 92-12-04. Funding period January 2012-January
    2014.
National Institutes of Health M-RISP program grant. Title: Social exclusion, emotion regulation,
    self-control, and impulsive behavior: Testing a mediational model. Grant number: 1 R24
    MH65515. Funding period April 2003-February 2006.
National Institutes of Health Individual Post-Doctoral National Research Service Award. Title:
    The effects of social rejection on behavior. Grant number: 1 F32 MH12329. Funding
    period May 2000-August 2001.

## PUBLICATIONS  (Total = 192)

Scopus *h* index = 79
Scopus total citations = 25,734
Google Scholar *h* index = 107
Google Scholar total citations = 79,651
**Clarivate Analytics highly cited list (top .1%), 2021, 2022, 2023, 2024**

## 1. Authored books (15)

15. Myers, D. G., & **Twenge, J. M.** (2025). *Social Psychology*. 15th edition. (undergraduate textbook). New York: McGraw-Hill Education.

14. **Twenge, J. M.** (2025). *Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future*. 2nd edition. New York: Atria Books.

13. **Twenge, J. M.** (2023). *Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future*. New York: Atria Books. Approximate number of copies sold: 38,000

12. Myers, D. G., & **Twenge, J. M.** (2022). *Social Psychology*. 14th edition. (undergraduate textbook). New York: McGraw-Hill Education.

11. Myers, D. G., & **Twenge, J. M.** (2021). *Exploring Social Psychology*. 9th edition. (undergraduate textbook). New York: McGraw-Hill Education.

10. **Twenge, J. M.,** & Campbell, W. K. (2019). *Personality Psychology: Understanding Yourself and Others*. 2nd Edition. (undergraduate textbook). Upper Saddle River, NJ: Pearson Education.

9. Myers, D. G., & **Twenge, J. M.** (2018). *Social Psychology*. 13th edition. (undergraduate textbook). New York: McGraw-Hill Education.

8. **Twenge, J. M.** (2017). *iGen: Why Today's Super-Connected Kids Are Growing Up Less Rebellious, More Tolerant, Less Happy – and Completely Unprepared for Adulthood*. New York: Atria Books. Approximate number of copies sold: 166,000

7. Myers, D. G., & **Twenge, J. M.** (2017). *Exploring Social Psychology*. 8th edition. (undergraduate textbook) New York: McGraw-Hill Education.

6. **Twenge, J. M.,** & Campbell, W. K. (2016). *Personality Psychology: Understanding Yourself and Others*. (undergraduate textbook). Upper Saddle River, NJ: Pearson Education.

5. Myers, D. G., & **Twenge, J. M.** (2015). *Social Psychology*. 12th edition. (undergraduate textbook). New York: McGraw-Hill Education.

4. **Twenge, J. M.** (2014). *Generation Me: Why Today's Young Americans Are More Confident, Assertive, Entitled--and More Miserable Than Ever Before.* 2nd edition. New York: Atria Books. Approximate number of copies sold: 12,000

3. **Twenge, J. M.** (2012). *The Impatient Woman's Guide to Getting Pregnant*. New York: Atria Books. Approximate number of copies sold: 70,000

2. **Twenge, J.M.**, & Campbell, W. K. (2009). *The Narcissism Epidemic: Living in the Age of Entitlement.* New York: Atria Books. Approximate number of copies sold: 81,000

1. **Twenge, J. M.** (2006). *Generation Me: Why Today's Young Americans Are More Confident, Assertive, Entitled--and More Miserable Than Ever Before.* New York: Free Press. Approximate number of copies sold: 112,000

## 2. Journal articles (147)
*Student authors in italics*

147. **Twenge, J. M.**, Wells, B. E., *Le, J., &* Rider, G. N. (2024). Increases in self-identifying as transgender among U.S. adults, 2014-2022. ***Sexuality Research and Social Policy.***

146. **Twenge, J. M.**, Wells, B. E., & *Le, J.* (2024). Increases in LGB identification among U.S. adults, 2014-2021. ***Sexuality Research and Social Policy, 21,*** 863-878.

145. Walsh, L. C., *Regan, A.,* **Twenge, J. M.,** & Lyubomirsky, S. (2023). What is the optimal way to give thanks? Comparing the effects of gratitude expressed privately, one-to-one via text, or publicly on social media. ***Affective Science***, *4*, 82-91.

144. *Boer, M.,* Cosma, A., **Twenge, J. M.**, Inchley, J., Jericek Kalnscek, H., & Stevens, G. W. J. M. (2023). National-level schoolwork pressure, family structure, internet use, and obesity as drivers of time trends in adolescent psychological complaints between 2002 and 2018. ***Journal of Youth and Adolescence, 52***, 2061-2077. (Times cited: 5)

143. *Udupa, N. S.*, **Twenge, J. M**., *McAllister, C.,* & Joiner, T. E. (2023). Increases in poor mental health, mental distress, and depression symptoms among U.S. adults, 1993–2020. ***Journal of Mood and Anxiety Disorders***, 100013.

142. **Twenge, J. M.,** & Hamilton, J. L. (2022). Linear correlation is insufficient as the sole measure of associations: The case of technology use and mental health. ***Acta Psychologica***, *229*, e103696. (Times cited: 4)

141. *Robertson, L.,* **Twenge, J. M.,** Joiner, T. E., & Cummins, K. (2022). Associations between screen time and internalizing disorder diagnoses among 9- to 10-year-olds. ***Journal of Affective Disorders***, *311*, 530-537. (Times cited: 5)

140. Krokstad, S., Weiss, D., Rangul, V., Kvaloy, K., Ingul, J., **Twenge, J.,** & Sund, E. (2022). Divergent decennial trends in mental health according to age reveal poorer mental health for young people: Repeated cross-sectional population-based surveys from the HUNT Study, Norway. ***BMJ Open***, *12*, e057654. (Times cited: 24)

139. Twenge, J. M., Haidt, J., *Lozano, J.,* & Cummins, K. M. (2022). Specification curve analysis shows that social media use is linked to poor mental health, especially among girls. ***Acta Psychologica***, 224, 103512. (Times cited: 32)

138. *Tong, B.,* Devendorf, A., Panaite, V., Miller, R., Kashdan, T. B., Joiner, T. E., **Twenge, J. M.,** Karver, M., Janakiraman, R., & Rottenberg, J. (2022). Future well-being among United States youth who attempted suicide and survived. ***Behavior Therapy***, 53, 481-491. (Times cited: 2)

137. *Shawcroft, J., Gale, M.,* Coyne, S. M., **Twenge, J. M.,** Carroll, J., Wilcox, B., & James, S. (2022). Teens, screens, and quarantine: An analysis of adolescent media use and mental health prior to and during Covid-19. ***Heliyon***, 8, e09898. (Times cited: 3)

136. **Twenge, J. M.,** & Cooper, A. B. (2022). The expanding class divide in happiness in the United States, 1972-2016. ***Emotion***, 22, 701-713. (Times cited: 9)

135. **Twenge, J. M.,** Haidt, J., *Blake, A. B., McAllister, C., Lemon, H.,* & *LeRoy, A.* (2021). Worldwide increases in adolescent loneliness. ***Journal of Adolescence***, *93*, 257-269. (Times cited: 77)

134. *McAllister, C.,* Hisler, G. C., *Blake, A. B.,* **Twenge, J. M.,** *Farley, E.,* & Hamilton, J. L. (2021). Associations between adolescent depression and self-harm behaviors and screen media use in a nationally representative time-diary study. ***Research on Child and Adolescent Psychopathology,*** *49*, 1623-1634. (Times cited: 10)

133. Hisler, G. C., & **Twenge, J. M.** (2021). Sleep characteristics of U.S. adults before and during the COVID-19 pandemic. ***Social Science & Medicine***, 276, 113849. (Times cited: 41)

132. **Twenge, J. M.**, & *Blake, A. B.* (2021). Increased support for same-sex marriage in the U.S.: Disentangling age, period, and cohort effects. ***Journal of Homosexuality***, 68, 1774-1784. (Times cited: 20)

131. Twenge, J.M., *McAllister, C.,* & Joiner, T. E. (2021). Anxiety and depressive symptoms in U.S. Census Bureau assessments of adults: Trends from 2019 to fall 2020 across demographic groups. ***Journal of Anxiety Disorders***, 83, 102455. (Times cited: 19)

130. **Twenge, J. M.**, Konrath, S. H., Cooper, A. B., Foster, J. D., Campbell, W. K., & *McAllister, C.* (2021). Egos deflating with the Great Recession: A cross-temporal meta-analysis and within-campus analysis of the Narcissistic Personality Inventory, 1982-2016. ***Personality and Individual Differences***, 179, 110947. (Times cited: 7)

129. **Twenge, J. M.,** & *Farley, E.* (2021). Not all screen time is created equal: Associations with mental health vary by activity and gender. ***Social Psychiatry and Psychiatric Epidemiology***, *56*, 207-217. (Times cited: 90)

128. **Twenge, J. M.,** & Joiner, T. E. (2020). U.S. Census Bureau-assessed prevalence of anxiety and depressive symptoms in 2019 and during the 2020 COVID-19 pandemic. ***Depression and Anxiety,*** *37,* 954-956. (Times cited: 285)

127. Hisler, G. C., Hasler, B. P., Franzen, P. L., Clark, D. B., & **Twenge, J. M.** (2020). Screen media use and sleep disturbance symptom severity in children. ***Sleep Health***, *6,* 731-742. (Times cited: 15)

126. **Twenge, J. M.,** Haidt, J., Joiner, T. E., & Campbell, W. K. (2020). Underestimating digital media harm. ***Nature Human Behavior***, *4,* 346-348. (Times cited: 64)

125. **Twenge, J. M.,** & Joiner, T. E. (2020). Mental distress among U.S. adults during the COVID-19 pandemic. ***Journal of Clinical Psychology***, *76,* 2170-2182. (Times cited: 184)

124. **Twenge, J. M.,** & Spitzberg, B. H. (2020). Declines in non-digital social interaction among Americans, 2003-2017. ***Journal of Applied Social Psychology***, 50, 363-367. (Times cited: 27)

123. **Twenge, J. M.** (2020). Possible reasons Americans are not having sex as much as they used to. ***JAMA Network Open***, 3(6), pp. e203889. (Times cited: 4)

122. *Hisler, G.*, **Twenge, J. M.,** & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. ***Sleep Medicine***, *66,* 92-102. (Times cited: 70)

121. Twenge, J. M. (2020). Increases in depression, self-harm, and suicide among U.S. adolescents after 2012 and links to technology use: Possible mechanisms. ***Psychiatric Research & Clinical Practice***, 2, 19-25. (Times cited: 58)

120. Twenge, J. M., & *Martin, G. N.* (2020). Gender differences in associations between digital media use and psychological well-being: Evidence from three large datasets. ***Journal of Adolescence***, *79,* 91-102. (Times cited: 172)

119. **Twenge, J. M.**, Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2020). Considering all of the data on digital media use and depressive symptoms: Response to Ophir et al. ***Clinical Psychological Science***, *6,* 456-457. (Times cited: 6)

118. **Twenge, J. M.,** *Blake, A. B.,* Haidt, J., & Campbell, W. K. (2020). Commentary: Screens, teens, and psychological well-being: Evidence from three time-use-diary studies. ***Frontiers in Psychology***. https://doi.org/10.3389/fpsyg.2020.00181 (Times cited: 12)

117. **Twenge, J. M.** (2020). Why increases in adolescent depression may be linked to the technological environment. ***Current Opinion in Psychology***, *32,* 89-94. (Times cited: 82)

116. *Duffy, M. E.,* **Twenge, J. M.,** & Joiner, T. E. (2019). Trends in mood and anxiety symptoms and suicide-related outcomes among US undergraduates, 2007-2018: Evidence from two national surveys. ***Journal of Adolescent Health***, 65, 590-598. (Times cited: 282)

115. **Twenge, J. M.,** *Martin, G. N.,* & Spitzberg, B. H. (2019). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. ***Psychology of Popular Media Culture***, *8*, 329-345. (Times cited: 326)

114. **Twenge, J. M.** (2019). More time on technology, less happiness? Associations between digital media use and psychological well-being. ***Current Directions in Psychological Science***, *28*, 372-379. (Times cited: 121)

113. **Twenge, J. M.,** Campbell, W. K., & Sherman, R. A. (2019). Declines in vocabulary among American adults within levels of educational attainment, 1974-2016. ***Intelligence***, *76*, 101377. (Times cited: 11)

112. Grubbs, J. B, Exline, J. J., Campbell, W. K., *McCain, J.,* & **Twenge, J. M.** (2019). Emerging adult reactions to labeling regarding age-group differences in narcissism and entitlement. ***PLoS ONE***, 0215637. (Times cited: 14)

111. **Twenge, J. M.,** & Campbell, W. K. (2019). Digital media use is linked to lower psychological well-being: Evidence from three datasets. ***Psychiatric Quarterly, 90***, 311-331. (Times cited: 129)

110. **Twenge, J. M.,** Spitzberg, B. H., & Campbell, W. K. (2019). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. ***Journal of Social and Personal Relationships***, *36*, 1892-1913. (Times cited: 204)

109. **Twenge, J. M.,** *Hisler, G. C.,* & Krizan, Z. (2019). Associations between screen time and sleep duration are primarily driven by portable electronic devices: Evidence from a population-based study of U.S. children ages 0 to 17. ***Sleep Medicine***, *56*, 211-218. (Times cited: 83)

108. **Twenge, J. M.**, Cooper, A. B., Joiner, T. E., *Duffy, M. E.,* & *Binau, S. G.* (2019). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. ***Journal of Abnormal Psychology, 128***, 185-199. (Times cited: 706)

107. **Twenge, J. M.,** & Park, H. (2019). The decline in adult activities among U.S. adolescents, 1976-2016. ***Child Development***, *90*, 638-654. (Times cited: 137)

106. Grubbs, J.B., Exline, J.J., Campbell, W.K., Pargament, K.I., & **Twenge, J.M.** (2018). God owes me: The role of divine entitlement in predicting struggles with a deity. ***Psychology of Religion and Spirituality, 10,*** 356-367. (Times cited: 13)

105. **Twenge, J. M.,** & Campbell, W. K. (2018). Associations between screen time and lower psychological well-being among children and adolescents: Evidence from a population-based study. ***Preventative Medicine Reports, 12,*** 271-283. (Times cited: 330)

104. **Twenge, J. M.,** *Martin, G. N.,* & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. ***Emotion,*** *18*, 765-780. (Times cited: 323)

103. **Twenge, J. M.**, Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2018). Amount of time online is problematic if it displaces face-to-face social interaction and sleep. ***Clinical Psychological Science***, 6, 456-457. (Times cited: 8)

102. **Twenge, J. M.,** & Campbell, W. K. (2018). Cultural individualism is linked to later onset of adult-role responsibilities across time and regions. ***Journal of Cross-Cultural Psychology***, *49*, 673-682. (Times cited: 9)

101. **Twenge, J. M.**, Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2018). Digital media may explain a substantial portion of the rise in depressive symptoms among adolescent girls: Response to Daly. ***Clinical Psychological Science***, *6*, 296-297. (Times cited: 11)

100. **Twenge, J. M**., Joiner, T. E., Rogers, M. L., & *Martin, G. N.* (2018). Increases in depressive symptoms, suicide-related outcomes, and suicide rates among U.S. adolescents after 2010 and links to increased new media screen time. ***Clinical Psychological Science***, *6*, 3-17. (Times cited: 757)

99. *Wegman, L. A.,* Hoffman, B. J., Carter, N. T., **Twenge, J. M.,** & *Guenole, N.* (2018). Placing job characteristics in context: Cross-temporal meta-analysis of changes in job characteristics since 1975. ***Journal of Management,*** *44,* 352-386. (Times cited: 86)

98. **Twenge, J. M.**, Krizan, Z., & *Hisler, G.* (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and links to new media screen time. ***Sleep Medicine***, 39, 47-53. (Times cited: 145)

97. **Twenge, J. M.**, Sherman, R. A., & Wells, B. E. (2017). Declines in sexual frequency among American adults, 1989-2014. ***Archives of Sexual Behavior***, *46*, 2389-2401. (Times cited: 97)

96. **Twenge, J. M**., *VanLandingham, H.,* & Campbell, W. K. (2017). The seven words you can never say on television: Increases in the use of swear words in American books 1950-2008. ***Sage Open***. (Times cited: 20)

95. Park, H., Greenfield, P M., & **Twenge, J. M.** (2017). American undergraduate students' value development during the Great Recession. ***International Journal of Psychology***, *52*, 28-39. (Times cited: 15)

94. *Donnelly, K.,* & **Twenge, J. M.** (2017). Masculine and feminine traits on the Bem Sex-Role Inventory, 1993-2012: A cross-temporal meta-analysis. ***Sex Roles,*** *76*, 556-565. (Times cited: 181)

93. Campbell, W. K., **Twenge, J. M.,** & Carter, N. (2017). Support for marijuana (cannabis) legalization: Untangling age, period, and cohort effects. ***Collabra: Psychology,*** 3(1), 2. (Times cited: 11)

92. Campbell, S. M., Campbell, W. K., & **Twenge, J. M.** (2017). Fuzzy but useful constructs: Making sense of the differences between generations. ***Work, Aging, and Retirement***, *3*, 130-139. (Times cited: 44)

91. **Twenge, J. M.**, Carter, N, T., & Campbell, W. K. (2017). Age, time period, and birth cohort differences in self-esteem: Reexamining a cohort-sequential longitudinal study. ***Journal of Personality and Social Psychology***, *112*, e9-e17. (Times cited: 44)

90. **Twenge, J. M.**, Sherman, R. A., & Wells, B. E. (2017). Sexual inactivity during young adulthood is more common among U.S. Millennials and iGen: Age, period, and cohort effects on having no sexual partners after age 18. ***Archives of Sexual Behavior***, 46, 433-440. (Times cited: 67)

89. **Twenge, J. M.**, *Dawson, L.,* & Campbell, W. K. (2016). Still standing out: Children's names in the U.S. during the Great Recession and correlations with economic indicators. ***Journal of Applied Social Psychology***, *46*, 663-670. (Times cited: 27)

88. **Twenge, J. M.**, *Honeycutt, N.,* Prislin, R., & Sherman, R. A. (2016). More polarized but more Independent: Political party identification and ideological self-categorization among U.S. adults, college students, and late adolescents, 1970-2015. ***Personality and Social Psychology Bulletin***, *42*, 1364-1383. (Times cited: 56)

87. **Twenge, J. M.**, & *Donnelly, K*. (2016). Generational differences in American students' reasons for going to college, 1971-2014: The rise of extrinsic motives. ***Journal of Social Psychology***, 156, 620-629. (Times cited: 31)

86. **Twenge, J. M.**, Sherman, R. A., & Wells, B. E. (2016). Changes in American adults' reported same-sex sexual experiences and attitudes. ***Archives of Sexual Behavior***, *45*, 1713-1730. (Times cited: 125)

85. **Twenge, J. M.**, Sherman, R. A., & Lyubomirsky, S. (2016). More happiness for young people and less for mature adults: Time period differences in subjective well-being in the United States, 1972-2014. ***Social Psychological and Personality Science***, *7,* 131-141. (Times cited: 42)

84. **Twenge, J. M.**, Sherman, R. A., Exline, J. J., & *Grubbs, J. B.* (2016). Declines in American adults' religious participation and beliefs, 1972-2014. ***Sage Open***, 1-13. (Times cited: 44)

83. *Donnelly, K*., **Twenge, J. M.**, Clark, M. A., *Shaikh, S., Beiler-May, A.,* & Carter, N. T. (2016). Attitudes toward women's work and family roles in the United States, 1976-2013. ***Psychology of Women Quarterly***, *40,* 41-54. (Times cited: 126)

82. Leckelt, M., Back, M. D., Foster, J. D., Hutteman, R., Jaeger, G., *McCain, J.,* **Twenge, J. M.**, & Campbell, W. K. (2016). Entering adulthood in a recession tempers later narcissism – but only in men. ***Journal of Research in Personality***, 60, 8-11. (Times cited: 12)

81. **Twenge, J. M.,** Sherman, R. A., & Wells, B. E. (2015). Changes in American adults' sexual behavior and attitudes. ***Archives of Sexual Behavior***, *44*, 2273-2285. (Times cited: 240)

80. Campbell, W. K., Campbell, S., *Siedor, L. E.,* & **Twenge, J. M.** (2015). Generational differences are real and useful. ***Industrial and Organizational Psychology: Perspectives on Science and Practice, 8,*** 324-331. (Times cited: 69)

79. **Twenge, J.M.,** Carter, N. T., & Campbell, W. K. (2015). Time period, generational, and age differences in tolerance for controversial beliefs and lifestyles in the U.S., 1972-2012. ***Social Forces***, *94,* 379-399. (Times cited: 49)

78. **Twenge, J. M.,** Exline, J. J., *Grubbs, J. B., Sastry, R.,* & Campbell, W. K. (2015). Generational and time period differences in American adolescents' religious orientation, 1966-2014. ***PLoS ONE***, 10 (5): e0121454. (Times cited: 73)

77. **Twenge, J. M.** (2015). Time period and birth cohort differences in depressive symptoms in the U.S., 1982-2013. ***Social Indicators Research, 121,*** 437-454. (Times cited: 102)

76. Jackson, B., Richman, L. S., *LaBelle, O., Lempereur, M. S.,* & **Twenge, J. M.** (2015). Experimental evidence that low social status is most toxic to well-being when internalized. ***Self and Identity, 14,*** 157-172. (Times cited: 10)

75. **Twenge, J. M.,** Campbell, W. K., & Carter, N. T. (2014). Declines in trust in others and confidence in institutions among American adults and late adolescents, 1972-2012. ***Psychological Science, 25***, 1914-1923. (Times cited: 145)

74. **Twenge, J. M.,** Miller, J. D., & Campbell, W. K. (2014). The narcissism epidemic: Commentary on "Modernity and Narcissistic Personality Disorder." ***Personality Disorders: Theory, Research, and Treatment, 5,*** 227-229. (Times cited: 26)

73. *Grubbs, J. B.,* Exline, J. J., & **Twenge, J. M.** (2014). Psychological entitlement and ambivalent sexism: Understanding the role of entitlement in predicting two forms of sexism. ***Sex Roles, 70,*** 209-220. (Times cited: 29)

72. *Park, H.,* **Twenge, J. M.,** & Greenfield, P. M. (2014). The Great Recession: Implications for adolescent values and behavior. ***Social Psychological and Personality Science, 5,*** 310-318. (Times cited: 65)

71. **Twenge, J. M.**, & Kasser, T. (2013). Generational changes in materialism and work centrality, 1976-2007: Associations with temporal changes in societal insecurity and materialistic role-modeling. ***Personality and Social Psychology Bulletin, 39,*** 883-897. (Times cited: 166)

70. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2013). Changes in pronoun use in American books and the rise of individualism, 1960-2008. ***Journal of Cross-Cultural Psychology, 44,*** 406-415. (Times cited: 95)

69. **Twenge, J. M.** (2013). Overwhelming evidence for Generation Me: A reply to Arnett. ***Emerging Adulthood***, *1,* 21-26. (Times cited: 10)

68. **Twenge, J. M.** (2013). The evidence for Generation Me and against Generation We. ***Emerging Adulthood***, *1*, 11-16. (Times cited: 115)

67. **Twenge, J. M.** (2013). Does online social media lead to social connection or social disconnection? ***Journal of College and Character***, *14,* 11-20.

66. **Twenge, J. M.** (2013). Teaching Generation Me. ***Teaching of Psychology***, *40*, 66-69. (Times cited: 36)

65. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2012). Male and female pronoun use in U.S. books reflects women's status, 1900-2008. ***Sex Roles***, *67,* 488-493. (Times cited: 52)

64. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2012). Generational increases in agentic self-evaluations among American college students, 1966-2009. ***Self and Identity***, *11,* 409-427. (Times cited: 125)

63. **Twenge, J. M.,** Campbell, W. K., & *Gentile, B.* (2012). Increases in individualistic words and phrases in American books, 1960-2008. ***PLoS ONE***, *7,* e40181. (Times cited: 113)

62. *Gentile, B.,* **Twenge, J. M.,** *Freeman, E. C.,* & Campbell, W. K. (2012). The effect of social networking websites on positive self-views: An experimental investigation. ***Computers in Human Behavior,*** *28,* 1929-1933. (Times cited: 138)

61. **Twenge, J.M.,** Campbell, W.K., & *Freeman, E. C.* (2012). Generational differences in young adults' life goals, concern for others, and civic orientation, 1966-2009. ***Journal of Personality and Social Psychology***, *102,* 1045-1062. (Times cited: 403)

60. **Twenge, J. M.** (2011). Generational differences in mental health: Are children and adolescents suffering more, or less? ***American Journal of Orthopsychiatry***, *81*, 469-472. (Times cited: 47)

59. Jackson, B., **Twenge, J. M.,** *Souza, C., Chiang, J.*, & Goodman, E. (2011). Low subjective social status promotes ruminative coping. ***Journal of Applied Social Psychology***, *41,* 2434-2456. (Times cited: 8)

58. DeWall, C. N., *Pond, R. S.,* Campbell, W. K., & **Twenge, J. M.** (2011). Tuning in to psychological change: Linguistic markers of psychological traits and emotions over time in popular U.S. song lyrics. ***Psychology of Aesthetics, Creativity, and the Arts,*** *5,* 200-207. (Times cited: 145)

57. **Twenge, J. M.** (2011). The duality of individualism: Attitudes toward women, Generation Me, and the method of cross-temporal meta-analysis. ***Psychology of Women Quarterly,*** *35,* 193-196. (Times cited: 22)

56. DeWall, C. N., **Twenge, J. M.,** Baumeister. R. F., Koole, S. L., *Marquez, A., & Reid, M.* W. (2011). Automatic emotion regulation after social exclusion: Tuning to positivity. ***Emotion****, 11,* 623-636. (Times cited: 96)

55. **Twenge, J. M.**, Campbell, S. M., Hoffman, B. R., & Lance, C. E. (2010). Generational differences in work values: Leisure and extrinsic values increasing, social and intrinsic values decreasing. ***Journal of Management****, 36,* 1117-1142. (Times cited: 851)

54. *Gentile, B.,* **Twenge, J. M.**, & Campbell, W. K. (2010). Birth cohort differences in self-esteem, 1988-2008: A cross-temporal meta-analysis. ***Review of General Psychology****, 14,* 261-268. (Times cited: 119)

53. **Twenge, J. M.** (2010). A review of the empirical evidence on generational differences in work attitudes. ***Journal of Business and Psychology****, 25*, 201-210. (Times cited: 500)

52. DeWall, C. N., **Twenge, J. M.,** Bushman, B. J., *Im, C.,* & Williams, K. D. (2010). A little acceptance goes a long way: Applying social impact theory to the rejection-aggression link. ***Social Psychological and Personality Science****, 1,* 168-174. (Times cited: 102)

51. **Twenge, J. M.,** *Gentile, B.,* DeWall, C. N., *Ma, D. S., Lacefield, K.,* & *Schurtz, D. R.* (2010). Birth cohort increases in psychopathology among young Americans, 1938-2007: A cross-temporal meta-analysis of the MMPI. ***Clinical Psychology Review****, 30,* 145-154. (Times cited: 350)

50. **Twenge, J. M.**, & Campbell, W. K. (2010). Birth cohort differences in the Monitoring the Future dataset and elsewhere: Further evidence for Generation Me. ***Perspectives on Psychological Science****, 5,* 81-88. (Times cited: 71)

49. **Twenge, J. M.**, & Foster, J. D. (2010). Birth cohort increases in narcissistic personality traits among American college students, 1982-2009. ***Social Psychological and Personality Science****, 1*, 99-106. (Times cited: 285)

48. **Twenge, J. M.**, *Abebe, E. M.,* & Campbell, W. K. (2010). Fitting in or standing out: Trends in American parents' choices for children's names, 1880-2007. ***Social Psychological and Personality Science****, 1,* 19-25. (Times cited: 107)

47. **Twenge, J. M. (**2009**)**. Status and gender: The paradox of progress in an age of narcissism. ***Sex Roles****, 61,* 338-340. (Times cited: 32)

46. **Twenge, J. M.** (2009). Generational changes and their impact in the classroom: Teaching Generation Me. ***Medical Education****, 43,* 398-405. (Times cited: 235)

45. *Gentile, B.,* Grabe, S., *Dolan-Pascoe, B.,* **Twenge, J. M.**, *Wells, B. E., & Maitino, A.* (2009). Gender differences in domain-specific self-esteem: A meta-analysis. ***Review of General Psychology****, 13,* 34-45. (Times cited: 205)

44. **Twenge, J. M.** (2009). Change over time in obedience: The jury's still out, but it might be decreasing. ***American Psychologist****, 64,* 28-31. (Times cited: 25)

43. DeWall, C. N., **Twenge, J. M.**, Gitter, S. A., & Baumeister, R. F. (2009). It's the thought that counts: The role of hostile cognition in shaping aggressive responses to social exclusion. ***Journal of Personality and Social Psychology, 96,*** 45-59. (Times cited: 236)

42. **Twenge, J. M.**, & Foster, J. D. (2008). Mapping the scale of the narcissism epidemic: Increases in narcissism 2002-2007 within ethnic groups. ***Journal of Research in Personality, 42,*** 1619-1622. (Times cited: 133)

41. **Twenge, J. M.**, & Campbell, S. M. (2008). Generational differences in psychological traits and their impact on the workplace. ***Journal of Managerial Psychology, 23,*** 862-877. (Times cited: 391)

40. **Twenge, J. M.,** & Campbell, W. K. (2008). Increases in positive self-views among high school students: Birth cohort changes in anticipated performance, self-satisfaction, self-liking, and self-competence. ***Psychological Science, 19,*** 1082-1086. (Times cited: 117)

39. **Twenge, J. M.,** *Konrath, S.,* Foster, J. D., Campbell, W. K., & Bushman, B. J. (2008b). Further evidence of an increase in narcissism among college students. ***Journal of Personality, 76***, 919-927. (Times cited: 93)

38. **Twenge, J. M.,** *Konrath, S.,* Foster, J. D., Campbell, W. K., & Bushman, B. J. (2008a). Egos inflating over time: A cross-temporal meta-analysis of the Narcissistic Personality Inventory. ***Journal of Personality, 76,*** 875-901. (Times cited: 644)

37. Vohs, K. D., Baumeister, R. F., Schmeichel, B. J., **Twenge, J. M.,** *Nelson, N. M.,* & Tice, D. M. (2008). Making choices impairs subsequent self-control: A limited resource account of decision making, self-regulation, and active initiative. ***Journal of Personality and Social Psychology, 94***, 883-898. (Times cited: 596)

36. Twenge, J. M. (2008). Generation Me, the origins of birth cohort differences in personality traits, and cross-temporal meta-analysis. ***Social and Personality Psychology Compass, 2,*** 1440-1454. (Times cited: 6)

35. Baumeister, R. F., Brewer, L. E., Tice, D. M., & **Twenge, J. M.** (2007). Thwarting the need to belong: Understanding the interpersonal and inner effects of social exclusion. ***Social and Personality Psychology Compass, 1.*** (Times cited: 9)

34. **Twenge, J. M.,** *Zhang, L.,* Catanese, K. R., *Dolan-Pascoe, B., Lyche, L. F.,* & Baumeister, R. F. (2007). Replenishing connectedness: Reminders of social activity reduce aggression after social exclusion. ***British Journal of Social Psychology, 46,*** 205-224. (Times cited: 115)

33. **Twenge, J. M.,** & *Im, C.* (2007). Changes in the need for social approval, 1958-2001. ***Journal of Research in Personality, 41,*** 171-189. (Times cited: 110)

32. **Twenge, J. M.**, Baumeister, R. F., DeWall, C. N., Ciarocco, N. J., & *Bartels, J. M.* (2007). Social exclusion decreases prosocial behavior. ***Journal of Personality and Social Psychology, 92,*** 56-66. (Times cited: 807)

31. Campbell, W. K., Krusemark, E. A., Dyckman, K. A., Brunell, A. B., McDowell, J. E., **Twenge, J. M.**, & Clementz, B. A. (2006). A magnetoencephalography investigation of neural correlates for social exclusion and self-control. ***Social Neuroscience, 1,*** 124-134. (Times cited: 46)

30. Leary, M. R., **Twenge, J. M.**, & Quinlivan. E. (2006). Interpersonal rejection as a determinant of anger and aggression. ***Personality and Social Psychology Review, 10,*** 111-132. (Times cited: 464)

29. Quinn, D. M., *Kallen, R.W.,* **Twenge, J. M.**, & Fredrickson, B. L. (2006). The disruptive effect of self-objectification on performance. ***Psychology of Women Quarterly, 30,*** 59-64. (Times cited: 132)

28. *Wells, B. E.,* & **Twenge, J. M.** (2005). Changes in young people's sexual behavior and attitudes, 1943-1999: A cross-temporal meta-analysis. ***Review of General Psychology, 9,*** 249-261. (Times cited: 137)

27. **Twenge, J. M.**, & King, L. A. (2005). A good life is a personal life: Relationship fulfillment and work fulfillment in judgments of life quality. ***Journal of Research in Personality, 39,*** 336-353. (Times cited: 26)

26. Baumeister, R. F., DeWall, C. N., Ciarocco, N. J., & **Twenge, J. M.** (2005). Social exclusion impairs self-regulation. ***Journal of Personality and Social Psychology, 88,*** 589-604. (Times cited: 894)

25. **Twenge, J. M.**, *Zhang, L.*, & *Im, C.* (2004). It's beyond my control: A cross-temporal meta-analysis of increasing externality in locus of control, 1960-2002. ***Personality and Social Psychology Review, 8,*** 308-319. (Times cited: 271)

24. Foster, J. D., Campbell, W. K., & **Twenge, J. M.** (2003). Individual differences in narcissism: Inflated self-views across the lifespan and around the world. ***Journal of Research in Personality, 37,*** 469-486. (Times cited: 436)

23. **Twenge, J. M.**, *Catanese, K. R.,* & Baumeister, R. F. (2003). Social exclusion and the deconstructed state: Time perception, meaninglessness, lethargy, lack of emotion, and self-awareness. ***Journal of Personality and Social Psychology, 85,*** 409-423. (Times cited: 491)

22. **Twenge, J. M.**, Campbell, W. K., & Foster, C. A. (2003). Parenthood and marital satisfaction: A meta-analytic review. ***Journal of Marriage and the Family, 65,*** 574-583. (Times cited: 545)

21. **Twenge, J. M.**, & Campbell, W. K. (2003). "Isn't it fun to get the respect that we're going to deserve?" Narcissism, social rejection, and aggression. ***Personality and Social Psychology Bulletin, 29,*** 261-272. (Times cited: 526)

20. **Twenge, J. M.**, & Nolen-Hoeksema, S. (2002). Age, gender, race, socioeconomic status, and birth cohort differences on the Children's Depression Inventory: A meta-analysis. ***Journal of Abnormal Psychology, 111,*** 578-588. (Times cited: 749)

19. Baumeister, R. F., **Twenge, J. M.,** & *Nuss, C. K.* (2002). Effects of social exclusion on cognitive processes: Anticipated aloneness reduces intelligent thought. ***Journal of Personality and Social Psychology, 83,*** 817-827. (Times cited: 581)

18. **Twenge, J. M.**, *Catanese, K. R.,* & Baumeister, R. F. (2002). Social exclusion causes self-defeating behavior. ***Journal of Personality and Social Psychology, 83,*** 606-615. (Times cited: 347)

17. Baumeister, R. F., & **Twenge, J. M.** (2002). Cultural suppression of female sexuality. ***Review of General Psychology, 6,*** 166–203. (Times cited: 191)

16. **Twenge, J. M.**, & Crocker, J. (2002). Race and self-esteem: Meta-analyses comparing Whites, Blacks, Hispanics, Asians, and American Indians and comment on Gray-Little and Hafdahl (2000). ***Psychological Bulletin, 128,*** 371-408. (Times cited: 432)

15. **Twenge, J. M.**, & Crocker, J. (2002). Race and self-esteem revisited: Reply to Hafdahl and Gray-Little (2002). ***Psychological Bulletin, 128,*** 417-420. (Times cited: 6)

14. Miner-Rubino, K. N., **Twenge, J. M.,** & Fredrickson, B. L. (2002). Trait self-objectification in women: Affective and personality correlates. ***Journal of Research in Personality, 36,*** 147-172. (Times cited: 136)

13. **Twenge, J. M.**, & Campbell, W. K. (2002). Self-esteem and socioeconomic status: A meta-analytic review. ***Personality and Social Psychology Review, 6,*** 59-71. (Times cited: 369)

12. **Twenge, J. M.**, Baumeister, R. F., Tice, D. M., & *Stucke, T. S.* (2001). If you can't join them, beat them: Effects of social exclusion on aggressive behavior. ***Journal of Personality and Social Psychology, 81,*** 1058-1069. (Times cited: 983)

11. **Twenge, J. M.**, & Campbell, W. K. (2001). Age and birth cohort differences in self-esteem: A cross-temporal meta-analysis. ***Personality and Social Psychology Review, 5,*** 321-344. (Times cited: 380)

10. **Twenge, J. M.** (2001). Changes in women's assertiveness in response to status and roles: A cross-temporal meta-analysis, 1931-1993. ***Journal of Personality and Social Psychology, 81,*** 133-145. (Times cited: 287)

9. **Twenge, J. M.** (2001). Birth cohort changes in extraversion: A cross-temporal meta-analysis, 1966-1993. ***Personality and Individual Differences, 30,*** 735-748. (Times cited: 121)

8. **Twenge, J. M.** (2000). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. ***Journal of Personality and Social Psychology***, *79,* 1007-1021.  (Times cited: 557)

7. **Twenge, J. M.** (1999). Mapping gender: The multifactorial approach and the organization of gender-related attributes. ***Psychology of Women Quarterly***, *23,* 485-502. (Times cited: 69)

6. **Twenge, J. M.**, & Zucker, A. N. (1999). What is a feminist? Attributions and stereotypes in closed and open-ended responses. ***Psychology of Women Quarterly***, *23,* 591-605. (Times cited: 80)

5. Fredrickson, B. L., Roberts, T., Noles, S., Quinn, D. M., & **Twenge, J. M.** (1998). That swimsuit becomes you: Objectification theory, mathematical performance, and disordered eating. ***Journal of Personality and Social Psychology***, *75,* 269-284. (Times cited: 773)

4. **Twenge, J. M.**, & Manis, M. (1998). First name desirability and adjustment: Self-satisfaction, others' ratings, and family background. ***Journal of Applied Social Psychology***, *28,* 41-51. (Times cited: 16)

3. **Twenge, J. M.** (1997c). "Mrs. His Name": Women's preferences for married names. ***Psychology of Women Quarterly***, *21,* 417-429. (Times cited: 50)

2. **Twenge, J. M.** (1997b). Changes in masculine and feminine traits over time: A meta-analysis. ***Sex Roles***, *36,* 305-325. (Times cited: 502)

1. **Twenge, J. M.** (1997a). Attitudes toward women, 1970-1995: A meta-analysis. ***Psychology of Women Quarterly***, *21,* 35-51. (Times cited: 282)


### 3. Book chapters, book reviews, and reports (41)

43. **Twenge, J. M.,** Peeples, D., Shafi, R. M. A., Boers, E., Hale, L., & Weigle, P. (2025). Social media and depressive symptoms. In D. A. Christakis and L. Hale (Eds.), *Handbook of Children and Screens* (pp. 137-140). New York: Springer.

42. Kruzan, K. P., Nesi, J., Hamilton, J. L., Vidal, C., **Twenge, J. M.,** Peeples, D., & Niederkrotenthaler, T. (2025). Media influences on self-harm, suicidality, and suicide. In D. A. Christakis and L. Hale (Eds.), *Handbook of Children and Screens* (pp. 141-148). New York: Springer.

41. **Twenge, J. M.** (2025). Technology and cultural change. In D. Gilbert, S. T. Fiske, E. Finkel, & Mendes, W. B. (Eds.), *The Handbook of Social Psychology.* Princeton, NJ: Princeton University Libraries*.*

40. **Twenge, J. M.,** Wang, W. Erickson, J., & Wilcox, W. B. (2022). The difference family structure makes in teens' tech use. Institute for Family Studies Report.

39. Morell, C., Candeub, A., **Twenge, J. M.,** & Wilcox, W. B. (2022). Protecting teens from Big Tech: Five policy ideas for states. Institute for Family Studies Report.

**38. Twenge, J. M.,** James, S., Carroll, J., & Wilcox, W. B. (2021). Teens and school satisfaction in 2021. Institute for Family Studies Report.

**37. Twenge, J. M.,** Coyne, S., Carroll, J., & Wilcox, W. B. (2020). U.S. teens in quarantine: Mental health, screen time, and family connection. Institute for Family Studies Report.

**36. Twenge, J. M.** (2019). The sad state of happiness in the United States and the role of digital media. In Helliwell, J. F., Layard, R., & Sachs, J. D. (Eds.), *World Happiness Report 2019*. New York: Sustainable Development Solutions Network.

35. Campbell, W. K., & **Twenge, J. M.** (2015). Narcissism, emerging media, and society. In Rosen, L. D., Cheever, N., & Carrier, L. M. (Eds.), *Handbook of Psychology, Technology, and Society* (pp. 358-370). Hoboken, NJ: Wiley-Blackwell.

**34. Twenge, J. M.** (2015). The rise of the self and the decline of intellectual and civic interest. In A. Bellow and M. Bauerlein (Eds.), *The State of the American Mind* (pp. 123-135). Philadelphia, PA: Templeton Press.

**33. Twenge, J. M.** (2015). The age in which we live and its impact on the person. In Brandscombe, N., and Reynolds, K. (Eds.), *The Psychology of Change*: *Life Contexts, Experiences, and Identities* (pp. 44-58). New York: Psychology Press.

32. Gentile, B., Wood, L., **Twenge, J. M.,** Hoffman, B. J., & Campbell, W. K. (2015). The problem of generational change: Why cross-sectional designs are inadequate for investigating generational differences. In C. E. Lance & R. J. Vandenberg (Eds.), *More Statistical and Methodological Myths and Urban Legends: Doctrine, Verity and Fable in Organizational and Social Sciences* (pp. 101-111). New York: Routledge.

**31. Twenge, J. M.,** Campbell, W. K., & Gentile, B. (2014). Birth cohort differences in personality. In R. J. Larsen and M. L. Cooper (Eds.), *APA Handbook of Personality and Social Psychology, Vol. 4: Personality Processes and Individual Differences* (pp. 535-551). Washington, DC: American Psychological Association.

30. Gentile, B., Campbell, W. K., & **Twenge, J. M.** (2014). Generational cultures. In Cohen, A. B. (Ed.), *Culture reexamined: Broadening our understanding of social and evolutionary influences* (pp. 31-48). Washington, DC: American Psychological Association.

29. Campbell, S. M., & **Twenge, J. M.** (2014). Is it kids today or just the fact that they're kids? Disentangling generational differences from age differences. In Parry, E. (Ed.), *Generational Diversity at Work: New Research Perspectives*. New York: Palgrave Macmillan.

28. Baumeister, R.F., Masicampo, E.J., & **Twenge, J.M.** (2013). The social self. In Tenner, H., Suls, J., & I. Weiner (Ed.), *Handbook of psychology*, *Volume 5: Personality and social psychology (2ⁿᵈ Edition).* (pp. 247-273). New York: Wiley.

27. DeWall, C. N., & **Twenge, J.M.** (2013). Rejection and aggression: Explaining the paradox. In *The Oxford Handbook of Social Exclusion*. (pp. 113-120). New York: Oxford University Press.

26. Myers, D. G., & **Twenge, J. M.** (2013). The self in a social world. In D. G. Myers, Social Psychology, 11ʰ Edition (textbook). New York: McGraw-Hill.

25. Myers, D. G., & **Twenge, J. M.** (2013). Aggression: Hurting others. In D. G. Myers, Social Psychology, 11ʰ Edition (textbook). New York: McGraw-Hill.

**24. Twenge, J. M.,** & Campbell, S. M. (2012). Who are the Millennials? Empirical evidence for generational differences in work values, attitudes, and personality. In Ng, E., Lyons, S., & Schweitzer, L. (Eds.), *Managing the New Workforce: International perspectives on the Millennial Generation*. Northampton, MA: Edward Elgar.

**23. Twenge, J. M.** (2011). Narcissism and culture. In Campbell, W. K., & Miller, J. D. (Eds.), *The Handbook of Narcissism*. New York: Wiley.

22. Foster, J. D., & **Twenge, J. M.** (2010). Narcissism and relationships: From light to dark. In Cupach, W., & Spitzberg, B. (Eds.), The Dark Side of Close Relationships. New York: Routledge.

**21. Twenge, J. M.** (2010). Time-lag study. In N. J. Salkind (Ed.), The Encyclopedia of Research Design. (pp. 1517-1519). Thousand Oaks, CA: Sage.

20. Myers, D. G., & **Twenge, J. M.** (2010). The self in a social world. In D. G. Myers, Social Psychology, 10ᵗʰ Edition (textbook). New York: McGraw-Hill.

**19. Twenge, J.M.,** & Campbell, S. M. (2009). Generation Me and the changing world of work. In Linley, P. A., Harrington, S., & Page, N. (Eds.), The Oxford Handbook of Positive Psychology and Work (pp. 25-35). Oxford: Oxford University Press.

**18. Twenge, J.M.** (2008). Emerging Adulthood: The Winding Road from the Late Teens Through the Twenties [Book Review]. American Journal of Psychology, 121, 682-687.

**17.** Sczesny, S., Bosak, J., Diekman, A. B., & **Twenge, J. M.** (2008). Dynamics of sex role stereotypes. In Y. Kashima, K. Fiedler, & P. Freytag (Eds.), Stereotype Dynamics: Language-Based Approaches to the Formation, Maintenance, and Transformation of Stereotypes. (pp. 135-161). Mahwah, NJ: Lawrence Erlbaum.

**16. Twenge, J. M.** (2008). Social exclusion, motivation, and self-defeating behavior: Why break-ups lead to drunkenness and ice cream. In J. Shah and W. Gardner (Eds.), Handbook of Motivation Science. (pp. 508-517). New York: Guilford.

15. **Twenge, J. M.** (2007). Self-esteem. In R. F. Baumeister & K. D. Vohs (Eds.), <u>The Encyclopedia of Social Psychology</u>. Thousand Oaks, CA: Sage.

14. **Twenge, J. M.** (2007). Gender differences. In R. F. Baumeister & K. D. Vohs (Eds.), <u>The Encyclopedia of Social Psychology</u>. Thousand Oaks, CA: Sage.

13. **Twenge, J. M.** (2007). Locus of control. In R. F. Baumeister & K. D. Vohs (Eds.), <u>The Encyclopedia of Social Psychology</u>. Thousand Oaks, CA: Sage.

12. **Twenge, J. M.** (2007). The socially excluded self. In C. Sedikides & S. Spencer (Eds.), <u>The Self</u>. (pp. 311-323). New York: Psychology Press.

11. **Twenge, J. M.** (2006). Self-esteem and individualism across time and cultures. In M. Kernis (Ed.), <u>Self-esteem: issues and answers.</u> (pp. 417-424). New York: Psychology Press.

10. Blackhart, G. C., Baumeister, R. F., & **Twenge, J. M.** (2006). Rejection's impact on self-defeating, prosocial, antisocial, and self-regulatory behaviors. In K. D. Vohs & E. J. Finkel (Eds.), <u>Self and Relationships: Connecting Intrapersonal and Interpersonal Processes.</u> (pp. 237-253). New York: Guilford.

9. **Twenge, J. M.** (2005). When does social rejection lead to aggression? The influence of situations, narcissism, emotion, and replenishing connections. In K. D. Williams, J. P. Forgas, & W. von Hippel (Eds.), <u>The social outcast: Ostracism, social exclusion, rejection, and bullying.</u> (pp. 201-212). New York: Psychology Press.

8. **Twenge, J. M.**, & Baumeister, R. F. (2004). Social exclusion increases aggression and self-defeating behavior while reducing intelligent thought and prosocial behavior. In D. Abrams, J. Marques, & M. A. Hogg (Eds.), <u>The social psychology of inclusion and exclusion</u>. (pp. 27-46). New York: Psychology Press.

7. **Twenge, J. M.** (2003). A theoretical and thought-provoking review of personality psychology. [Review of the book <u>Personality: Determinants, dynamics, and potentials.</u>] <u>Contemporary Psychology: APA Review of Books,</u> **48**, 90-91.

6. Baumeister, R. F., & **Twenge, J. M.** (2003). The social self. In T. Millon & M. J. Lerner (Eds.), <u>Handbook of psychology: Personality and social psychology, Vol. 5</u> (pp. 327-352). New York: John Wiley & Sons.

5. Baumeister, R. F., **Twenge, J. M.**, & Ciarocco, N. J. (2002). The inner world of rejection: Effects of social exclusion on emotion, cognition, and self-regulation. In J. P. Forgas & K. D. Williams (Eds.), <u>The social self: Cognitive, interpersonal, and intergroup perspectives</u>. (pp. 161-174). New York: Psychology Press.

4. Tice, D. M., **Twenge, J. M.,** & Schmeichel, B. J. (2002). Threatened selves: Social exclusion and prosocial and antisocial behavior. In J. P. Forgas & K. D. Williams (Eds.), <u>The social self: Cognitive, interpersonal, and intergroup perspectives</u>. (pp. 175-187). New York: Psychology Press.

**3. Twenge, J. M.,** & Baumeister, R. F. (2002). Self-control: A limited yet renewable resource. In Y. Kashima, M. Foddy, & M. Platow (Eds.), <u>Self and identity: Personal, social, and symbolic</u> (pp. 57-70). Mahwah, NJ: Erlbaum.

**2. Twenge, J. M.** (2002). Birth cohort, social change, and personality: The interplay of dysphoria and individualism in the 20th century. In D. Cervone & W. Mischel (Eds.), <u>Advances in Personality Science</u>. (pp. 196-218). New York: Guilford. (Times cited: 5)

1. Baumeister, R. F., & **Twenge, J. M.** (2001). Personality and social behavior. In N. J. Smelser & P. B. Baltes, Eds., <u>International encyclopedia of the social & behavioral sciences</u>, Vol. 16. (pp. 11276-11281). New York: Elsevier.

## <u>PRESENTATIONS</u> (updated through 2019 only)

Twenge, J. M. (2019, October). Digital media use and mental health among adolescents: Evidence from four large datasets. Symposium talk, American Academy of Child and Adolescent Psychiatry, Chicago, IL.

Twenge, J. M. (2019, April). Teaching iGen: Reaching the smartphone generation in the classroom. <u>Invited talk</u>, Western Psychological Association, Pasadena, CA.

Twenge, J. M. (2018, July). iGen: Understanding the smartphone generation. <u>Invited talk,</u> Orygen Mental Health, Sydney Opera House, Sydney, Australia.

Twenge, J. M. (2018, May). Teaching iGen: Reaching the smartphone generation in the classroom. <u>Invited talk</u>, Association for Psychological Science annual convention, San Francisco, CA.

Twenge, J. M. (2018, March). Cultural trends shaping iGen: Individualism, insecurity, and in no hurry to grow up. <u>Invited talk</u>, Girard Lecture, Scripps College, Claremont, CA.

Twenge, J. M. (2018, March). iGen: Understanding the smartphone generation. <u>Invited talk,</u> Leadership conference, Foundation for Jewish Camp, Baltimore, MD.

Twenge, J. M. (2018, March). Cultural trends shaping iGen: Individualism, insecurity, and in no hurry to grow up. <u>Invited talk</u>, American Experience Distinguished Lecture, University of Pittsburgh, Pittsburgh, PA.

Twenge, J. M. (2018, March). Decreases in psychological well-being and increases in depression among adolescents since 2011 and links to smartphones. Paper presented at the Society for Personality and Social Psychology annual conference, Atlanta, GA.

Twenge, J. M. (2018, March). Trends in mental health for teens. <u>Invited talk</u>, California Student Mental Wellness Conference, Sacramento, CA.

Twenge, J. M. (2018, February). iGen: Teaching today's young people. <u>Invited talks</u>, Colorado College, Colorado Springs, CO.

Twenge, J. M. (2018, January). iGen: Understanding the smartphone generation. <u>Invited talk</u>, TEDx conference, Laguna Blanca School, Santa Barbara, CA.

Twenge, J. M. (2018, January). iGen: Understanding today's young people. <u>Invited talk</u>, Edgewater Conference, Tucson, AZ.

Twenge, J. M. (2017, December). Cultural trends shaping iGen: Individualism, insecurity, and in no hurry to grow up. <u>Invited talk</u>, Claremont Graduate University, Claremont, CA.

Twenge, J. M. (2017, December). iGen: Understanding today's young people. <u>Invited talk</u>, University of Utah Student Affairs Retreat, Salt Lake City, UT.

Twenge, J. M. (2017, November). Trends in mental health for teens. <u>Invited talk</u>, Suicide Prevention Conference, Provo, UT.

Twenge, J. M. (2017, October). iGen: Understanding today's young people. <u>Invited talk</u>, Florida Southern College board of trustees.

Twenge, J. M. (2017, April). iGen: Teaching today's young people. <u>Invited talk</u>s, Hartnell College, Salinas, CA.

Twenge, J. M. (2017, April). iGen: Understanding today's young people. <u>Invited talk</u>, symposium on emerging adulthood, Dartmouth College.

Twenge, J. M. (2017, February). Generation Me: Teaching today's young people. <u>Invited talk</u>, McGraw-Hill Education technology symposium, New Orleans, LA.

Twenge, J. M. (2016, November). iGen: Understanding today's students. <u>Invited talk</u>, Boston College.

Twenge, J. M. (2016, November). Welcome to Aggieland Generation Z: Maximizing Student Success for the Next Generation. <u>Invited talk</u>, Texas A&M University.

Twenge, J. M. (2016, November). Modern culture and individualism: Has self-focus made us better or worse?  <u>Invited talk</u>, Texas A&M University Psychology Department.

Twenge, J. M. (2016, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u>, University of Illinois at Urbana-Champaign.

Twenge, J. M. (2016, April). Modern culture and individualism: Has self-focus made us better or worse? <u>Invited talk</u>, Western Psychological Association annual conference, Long Beach, CA.

Twenge, J.M. (2016, February). Generation Me: Teaching and working with today's young people. <u>Invited talk,</u> Kansas State University, Manhattan, KS.

Twenge, J.M. (2016, February). Generation Me: Teaching and working with today's young people. Invited talk, Houston Community Colleges, Houston, TX.

Twenge, J. M. (2016, January). Cultural increases in individualism: The why behind generational differences. Paper presented at the Society for Personality and Social Psychology annual conference, San Diego, CA.

Twenge, J. M. (2016, January). Generational differences in sexual attitudes and behaviors: The surprising sexuality of Millennials. Paper presented at the Sexuality Preconference of the Society for Personality and Social Psychology annual conference, San Diego, CA.

Twenge, J.M. (2016, January). Generation Me: Teaching and working with today's young people. Invited talk, Hartnell College, Salinas, CA.

Twenge, J. M. (2015, October). Generation Me and modern culture: Has individualism made us better or worse? Invited talk, College of St. Rose, Albany, NY.

Twenge, J.M. (2015, August). Generation Me: Teaching and working with today's young people. Invited talk, SDSU Social Work Annual Field Instructor's Orientation Meeting, San Diego, CA.

Twenge, J.M. (2015, May). Generation Me: Teaching and working with today's young people. Invited talk, Student Diversity Summit, Mira Costa College, Carlsbad, CA.

Twenge, J. M. (2015, April). Generation Me and modern culture: Has individualism made us better or worse? Invited keynote, Carolinas Psychology Conference, Raleigh, NC.

Twenge, J. M., (2015, February). Generation Me and modern culture: Has individualism made us better or worse? Invited talk, Kalispell Community College Speaker Series.

Twenge, J. M. (2014, October). Modern culture and individualism: Has self-focus made us better or worse? Invited talk, University of California, Riverside.

Twenge, J. M. (2014, August). Modern culture and individualism: The pernicious spread of narcissism or the welcome growth of equality? Invited plenary talk presented at the annual convention of the American Psychological Association, Washington, DC.

Twenge, J.M. (2014, May). Generational differences in the workplace: Managing Millennials. Invited workshop presented at the Society of Industrial/Organizational Psychology, Honolulu, HI.

Twenge, J. M. (2014, May). The narcissism epidemic: Causes and consequences. Invited talk presented at the Happiness and Its Causes conference, Sydney, Australia.

*Grubbs, J. B.,* Exline, J. J., Campbell, W. K., Twenge, J. M., Pargament, K. I., & Hall, T. W. (2014, April). Everyone owes me, including God! An examination of spiritual entitlement. Paper presented at the Midyear Meeting on Religion and Spirituality, Biola University, La Mirada, CA.

Twenge, J. M. (2014, April). Generation Me, cultural change, and the rise of individualism. Invited talk presented as the 2014 University of San Diego Haney lecture.

Twenge, J. M. (2014, March). Modern culture and individualism: The pernicious spread of narcissism or the welcome growth of equality? Invited talk presented at Florida Atlantic University.

Twenge, J. M. (2014, March). Generation Me: The rise of individualism. Invited talk presented at the University of Central Arkansas.

Twenge, J.M. (2014, February). Modern culture and individualism: The pernicious spread of narcissism or the welcome growth of equality? Invited talk presented at the University of California, San Diego.

Twenge, J. M. (2014, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the Learning and the Brain conference, San Francisco, CA.

Twenge, J. M. (2014, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the San Diego Navy Medical Center.

Twenge, J. M. (2014, February). Generation Me: Teaching and working with today's young people. Invited talk presented at the McGraw Hill Technology Faculty Retreat, Amelia Island, Florida.

Twenge, J. M. (2013, October). Generation Me: Changes in self-views and mental health. Invited talk presented to the First Marine Quarterly Force Preservation Board, Camp Pendelton, CA.

Twenge, J. M. (2013, September). Generation Me: Working with today's young people. Invited talk presented at the Human Resources Leadership Forum, Waltham, MA.

Twenge, J. M. (2013, August). Generation Me: Understanding today's young people. Invited talk presented at Otis College of Art and Design, Los Angeles, CA.

Twenge, J. M. (2013, August). Generation Me: Understanding today's young people. Invited talk presented at the Colorado College opening convocation, Colorado Springs, CO.

Twenge, J. M. (2013, August). Teaching Generation Me: Entitlement and other challenges. Invited talk presented at the American Psychological Association conference, Honolulu, HI.

Twenge, J. M. (2013, July). Generation Me: Understanding today's young people. Invited talk presented at the Colorado College Board of Trustees meeting, Vail, CO.

Twenge, J. M. (2013, July). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the annual conference of the Association of Government Accountants, Dallas, TX.

Twenge, J. M. (2013, June). Methodology for studying the psychological impact of cultural evolution. Workshop presented at the annual conference of the International Association for Cross-Cultural Psychology, UCLA.

Twenge, J. M. (2013, April). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at Bryant University, Providence, RI.

Twenge, J. M. (2013, April). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at Luther College, Decorah, IA.

Twenge, J. M. (2013, April). The Narcissism Epidemic: Evidence from individuals and cultural changes. <u>Invited talk</u> presented at Luther College, Decorah, IA.

Twenge, J. M. (2013, April). Generation Me: How cultural change creates generation gaps. <u>Invited talk</u> presented at Rutgers University, New Brunswick, NJ.

Twenge, J. M., & Greenfield, P. (2013, March). The Great Recession: Effects on young people's values and behaviors. <u>Invited talk</u> presented at the Russell Sage Foundation, New York, NY.

Twenge, J. M. (2013, March). Generation Me: Working with today's young people. <u>Invited talk</u> presented at Wake Forest University, Winston-Salem, NC.

Twenge, J. M. (2013, February). Generation Me: The growth of individualism. <u>Invited talk</u> presented at the MCT Human Resources conference, Istanbul, Turkey.

Twenge, J. M. (2013, January). Generation Me: Understanding the personality and values of today's young people. <u>Invited talk</u> presented at the Dalton Institute Conference, Florida State University, Tallahassee, FL.

Twenge, J. M. (2012, October). Generation Me: Understanding today's young people. <u>Invited talks</u> presented at Stephen F. Austin State University, Nacodoches, TX.

Twenge, J. M. (2012, October). Motivating the Millennial workforce. <u>Invited talk</u> presented at the annual conference of the National Association of State Chief Information Officers, San Diego, CA.

Twenge, J. M. (2012, October). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the Iowa State University Extension and Outreach Annual Conference, Ames, IA.

Twenge, J. M. (2012, August). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talk</u>, Opening University Convocation, University of Texas at Dallas, Richardson, TX.

Twenge, J. M. (2012, July). Generations and the workplace. Invited talk presented at the annual conference of the Association of Government Accountants, San Diego, CA.

Twenge, J. M. (2012, June). Generation Me: Recruiting and working with today's young professionals. Invited talk presented at the Forte Foundation Annual Sponsor Meeting, Anderson School of Management, UCLA, Los Angeles, CA.

Twenge, J. M. (2012, June). Generation Me: Understanding today's young people. Invited talk presented at the annual conference of Donate Life America, Chicago, IL.

Twenge, J. M. (2012, April). Why cross-sectional studies cannot identify generational differences. Talk presented at the annual conference of the Society for Industrial-Organizational Psychology, San Diego, CA.

Twenge, J. M. (2012, April). Generation Me: Understanding today's young people. Invited talk presented at the Army Aviation Association of America conference, Nashville, TN.

Twenge, J. M. (2012, April). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk, Bradley University, Peoria, IL.

Twenge, J. M. (2012, February). Generation Me: Understanding today's young people. Keynote address at the Association of College Honor Societies conference, San Diego, CA.

Twenge, J. M. (2012, February). Teaching and mentoring Generation Me. Keynote address presented at the Cabin Fever Faculty Development Workshop sponsored by the Faculty of Medicine, University of Calgary, Kananaskis Village, Alberta, Canada.

Twenge, J. M. (2012, February). Generation Me: Understanding today's young people. Keynote address presented at the Cabin Fever Faculty Development Workshop sponsored by the Faculty of Medicine, University of Calgary, Kananaskis Village, Alberta, Canada.

Twenge, J. M. (2012, January). Generational changes in community feeling. Symposium panel organizer and talk presented at the annual conference of the Society for Personality and Social Psychology, San Diego, CA.

Twenge, J. M. (2011, November). The Narcissism Epidemic: Implications for education and the workplace. Invited talks (President's Lecture and two workshops) presented at Western Connecticut State University, Danbury, CT.

Twenge, J. M. (2011, November). Generation Me: Understanding today's students. Invited talk presented at the Mayo Clinic, Phoenix, AZ.

Twenge, J. M. (2011, November). Generation Me: Working with today's young people. Invited talk presented at the annual conference of the College Reading & Learning Association, San Diego, CA.

Twenge, J. M. (2011, October). Debate: Are today's emerging adults narcissistic or generous? <u>Invited talk</u> presented at the annual conference of the Society for the Study of Emerging Adulthood, Providence, RI.

Twenge, J. M. (2011, October). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the University of the Incarnate Word, San Antonio, TX.

Twenge, J. M. (2011, October). Generational differences in personality traits and work attitudes. <u>Invited talk</u> presented at the Rady School of Management, University of California at San Diego, San Diego, CA.

Twenge, J. M. (2011, September). Generations in the workplace (Or: Who are the Millennials?) <u>Invited talk</u> presented at the Georgia Summit of education professionals, Augusta, GA.

Twenge, J. M. (2011, September). Generations in the workplace (Or: Who are the Millennials?) <u>Invited talk</u> presented via webconference to Michigan Tech University, Houghton, MI.

Twenge, J. M. (2011, September). Generations in the workplace (Or: Who are the Millennials?) <u>Invited talk</u> presented via webconference to Universidad InterAmericana de Puerto Rico, San German, PR.

Twenge, J. M. (2011, August). Generation Me: Teaching today's students. <u>Invited talk</u> presented to the faculty of California Lutheran University, Ventura, CA.

Twenge, J. M. (2011, July). Generation Me: Understanding today's students. <u>Invited talk</u> presented at the Noel-Levitz annual conference on Student Recruitment, Marketing, and Retention, Denver, CO.

Twenge, J. M. (2011, July). Generation Me: Understanding today's students. <u>Invited talk</u> presented at the University of Nevada at Las Vegas.

Twenge, J. M. (2011, July). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the annual conference of the Fraternity Executives Association, Chicago, IL.

Twenge, J. M. (2011, April). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talks</u> presented at Baylor University, Waco, TX.

Twenge, J. M. (2011, April). Generational differences in mental health: Are children and adolescents suffering more, or less? <u>Invited talk</u> presented at the annual Greenville Family Symposium, American Orthopsychiatry Association, Greenville, SC.

Twenge, J. M. (2011, April). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the annual conference of the Washington State Student Services Commission conference, Wenatchee, WA.

Twenge, J. M. (2011, April). Generation Me: Understanding today's young people. <u>Invited talks</u> presented at the University of the Incarnate Word, San Antonio, TX.

Twenge, J. M. (2011, March). Generation Me: Understanding today's young people. <u>Invited talks</u> presented at the University of Georgia, Athens, GA.

Twenge, J. M. (2011, April). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talk</u> presented at a conference of the Alberta Teaching Association, Edmonton, Alberta, Canada.

Twenge, J. M. (2011, March). The Narcissism Epidemic: The culture of entitlement and what we can do about it. <u>Invited talk</u> presented at the annual conference of the International Society for the Study of Personality Disorders, Melbourne, Victoria, Australia.

Twenge, J. M. (2011, February). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at the annual conference of the National Association of Campus Activities, St. Louis, MO.

Twenge, J. M. (2011, February). Generation Me: Understanding today's young people. Invited talks presented at Western Illinois University, DeKalb, IL.

Twenge, J. M. (2011, January). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talk</u> presented at Calvin College, Michigan.

Twenge, J. M. (2011, January). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talk</u> presented at the Clairbourn School, San Gabriel, CA.

Twenge, J. M. (2010, November). Generations and the workplace (Or, who are the Millennials?) <u>Invited talk</u> presented at the U.S. Navy Medicine West Training Group, Miramar Air Station.

Twenge, J. M. (2010, November). Generation Me: Teaching today's young people. Keynote presented at the Rural Clinical Faculty Development Workshop, Faculty of Medicine and Dentistry, University of Alberta.

Twenge, J. M. (2010, November). Generation Me: Understanding today's young people. Invited talk presented at Geneva College, Beaver Falls, PA.

Twenge, J. M. (2010, November). The Narcissism Epidemic: What's happening to American culture? Invited talk presented at Geneva College, Beaver Falls, PA.

Twenge, J. M. (2010, November). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talk</u> presented at the annual conference of the Lehigh Valley Student Services Association, Lehigh, PA.

Twenge, J. M. (2010, October). Generation Me: The psychology and technology of today's young people. <u>Invited talks</u> presented at Blinn College, Bryan, TX, and Brenham, TX.

Twenge, J. M. (2010, October). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Keynote address</u> presented at the annual conference of the Michigan Community College Student Association, Petoskey, MI.

Twenge, J. M. (2010, October). Generations and the workplace (Or, who are the Millennials?) <u>Invited talk</u> presented at the meeting of the U.S. Navy Medicine West Board of Governors, San Diego, CA.

Twenge, J. M. (2010, September). Generation Me: Understanding today's young people. <u>Keynote</u> for the Mizzou Reads Program 2010, University of Missouri, Columbia.

Twenge, J. M. (2010, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Samuel Merritt University, Oakland, CA.

Twenge, J. M. (2010, August). Reality TV and narcissism. Paper presented at the annual conference of the American Psychological Association, San Diego, CA.

Twenge, J. M. (2010, August). The Narcissism Epidemic: Evidence from culture and individuals. Paper presented at the annual conference of the American Psychological Association, San Diego, CA.

Twenge, J. M. (2010, June). Generations and the workplace. <u>Invited talk</u> presented at the conference of the Youth ChalleNGe program, San Diego, CA.

Twenge, J. M. (2010, June). Generation Me: Recruiting and inspiring young people. <u>Invited talk</u> presented at the annual conference of the Association of Public and Land-Grant Universities, State College, PA.

Twenge, J. M. (2010, June). The Narcissism Epidemic: The age of entitlement and what we can do about it. <u>Invited talk</u> presented to the Department of Energy, Washington, DC.

Twenge, J. M. (2010, June). Generation Me: Bridging the gap with today's young people. <u>Invited talk</u> presented to senior leadership of the U.S. Coast Guard, San Diego, CA.

Twenge, J. M. (2010, May). The Narcissism Epidemic: The age of entitlement and what we can do about it. Invited talk presented at the conference of Lutheran high school principals, Chula Vista, CA.

Twenge, J.M. (2010, April). The Narcissism Epidemic and how it's spreading through our culture. <u>Keynote</u> presented at the Behavioral Sciences Conference of the North and the University of Alaska at Anchorage Honors College Undergraduate Research and Discovery Symposium, Anchorage, AK.

Twenge, J. M. (2010, March). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual national conference of the National Association of Student Personnel Administrators, Chicago, IL.

Twenge, J. M. (2010, January). Cultural products, behavior, and self-reports across time: Generations as culture. Paper presented at the conference of the Society for Personality and Social Psychology, Las Vegas, Nevada.

Twenge, J. M. (2010, January). Generation Me: Recruiting and inspiring young people. <u>Invited talk</u> presented to U.S. Army officers at Fort Jackson, South Carolina.

Twenge, J. M. (2009, December). Generation Me: Working with today's young people. <u>Invited talks</u> presented at California State Polytechnic University, Pomona, Pomona, CA.

Twenge, J. M. (2009, November). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the National Association of Student Personnel Administrators, Region IV East, Chicago, IL.

Twenge, J. M. (2009, September). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the National Council for Marketing & Public Relations, Pacific Region, Carlsbad, CA.

Twenge, J. M. (2009, July). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the Illinois Sheriffs' Association, Peoria, IL.

Twenge, J. M. (2009, July). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the Texas Association for State Senior College and University Business Officers, Austin, TX.

Twenge, J. M. (2009, June). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the Florida Association of Blood Banks, Orlando, FL.

Twenge, J. M. (2009, June). Generation Me: Reaching today's young people. <u>Invited talk</u> presented at the Marine Recruit Depot, San Diego, CA.

Twenge, J. M. (2009, May). Generation Me: Teaching today's young people. <u>Invited talk</u> presented at the annual conference of the Association for Psychological Science, San Francisco, CA.

Twenge, J. M. (2009, May). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the Illinois State Police Academy, Springfield, IL.

Twenge, J. M. (2009, May). The Narcissism epidemic: Evidence from the culture and individuals. <u>Invited talk</u> presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

Twenge, J. M. (2009, April). Generation Me: Parenting today's young people. <u>Invited talk</u> presented to the Parent-Teacher Association, Burbank Unified School District, Burbank, CA.

Twenge, J. M. (2009, April). Generation Me: Working with today's young people. <u>Invited talk</u> presented at MiraCosta College, Carlsbad, CA.

Twenge, J. M. (2009, April). The Narcissism Epidemic: Evidence from the culture and individuals. <u>Keynote address</u> presented at the annual Undergraduate Research Conference, San Marcos, CA.

Twenge, J. M. (2009, April). Generation Me: Working with today's young people. <u>Invited talk</u> presented at Southern Connecticut State University, New Haven, CT.

Twenge, J. M. (2009, March). Generation Me: Working with today's young people. <u>Invited talk</u> presented for social workers coordinated by the University of Oklahoma, Norman, OK.

Twenge, J. M. (2009, March). Generation Me: Working with today's young people. <u>Invited talk</u> presented at Northern Arizona University, Flagstaff, AZ.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the National Conference on Law and Higher Education, Orlando, FL.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of Running USA, La Jolla, CA.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. <u>Invited talk</u> presented at Texas Christian University, Ft. Worth, TX.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the annual conference of the National Association of College and University Chaplains, Austin, TX.

Twenge, J. M. (2009, February). Generation Me: Working with today's young people. <u>Invited talk</u> presented at West Texas A&M University, Amarillo, TX.

Twenge, J. M. (2008, November). Fast track to success: Onboarding Net Gen talent. <u>Invited talk</u> presented at nGenera member meeting, Orlando, FL.

Twenge, J. M. (2008, November). Generation Me: Birth cohort changes in personality, attitudes, and psychopathology. <u>Invited talk</u> presented to the Department of Psychology, University of California at Riverside, Riverside, CA.

Twenge, J. M. (2008, October). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Endicott College, Beverley, MA.

Twenge, J. M. (2008, October). Generation Me: Working with today's young people. <u>Keynote address</u> presented at the Blaine House conference on Volunteerism. Bangor, ME.

Twenge, J. M. (2008, September). Generation Me: Working with today's young people. <u>Keynote address</u> presented at the Conference of the California Association of Private Postsecondary Schools. Los Angeles, CA.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Judson University, Elgin, IL.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Ivy Tech Community College, South Bend, IN.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Jacksonville University, Jacksonville, FL.

Twenge, J. M. (2008, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Cooper Mountain College, Joshua Tree, CA.

Twenge, J. M. (2008, July). Generation Me: Who Millennials are and why. <u>Invited talk</u> presented at the McGraw Hill companies, New York, NY.

Twenge, J. M. (2008, July). Generation Me: Working with today's young people. Invited talk presented at the annual conference of Accuity, Inc. Las Vegas, NV.

Twenge, J. M. (2008, June). Generation Me: Working with today's young people. <u>Keynote address</u> presented at the conference of the National Association of College Auxiliary Services, Milwaukee, WI.

Twenge, J. M. (2008, June). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented to Student Development staff at the University of California, San Diego.

Twenge, J. M. (2008, June). Generation Me: Working with today's young people. <u>Invited talk</u> presented at Grand Rounds, Department of Pediatrics, UCLA-Harbor Medical Center, Torrance, CA.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at University of Colorado at Colorado Springs.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Hobart and William Smith Colleges, Geneva, NY.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at University of California at Riverside.

Twenge, J. M. (2008, May). Generation Me and the psychology of today's young people. <u>Invited talk</u> presented at University of California at Los Angeles.

Twenge, J. M. (2008, May). Generations at work. Panel discussion presented at the Talent 2.0 conference of nGenera, Toronto, ON, Canada.

Twenge, J. M. (2008, May). Generation Me: Working with today's young people. Invited talk presented at the Stenberg College Career Fair, Vancouver, BC, Canada.

Twenge, J. M. (2008, May). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Northeastern Illinois University, Chicago, IL.

Twenge, J. M. (2008, April). Generation Me: Working with today's young people. Invited talk presented at the management conference for the staff of Ruby's Restaurants, Palm Springs, CA.

Twenge, J. M. (2008, April). Generation Me: Working with today's young people. Invited talk presented to the OCTANe Orange County business group, Irvine, CA.

Twenge, J. M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at California State University at San Marcos.

Twenge, J. M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at the University of North Dakota, Grand Forks, ND.

Twenge, J. M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at Mt. San Jacinto College, Menifee, CA.

Twenge, J. M. (2008, April). Generation Me: Working with today's young people. Invited talk presented at the Western region conference of the American Camp Association, Los Angeles, CA.

Twenge, J. M. (2008, April). Generation Me and the psychology of today's young people. Invited talk presented at the conference of the Western Psychological Association, Irvine, CA.

Gentile, B. C., Grabe, S., Dolan-Pascoe, B., Twenge, J. M., & Wells, B. E. (2008, April). Gender differences in domain-specific self-esteem: A meta-analysis. Poster presented at the conference of the Western Psychological Association, Irvine, CA.

Cuervo, D. G., & Twenge, J. M. (2008, April). Effects of social exclusion on aggression and attributions to ethnicity. Poster presented at the conference of the Western Psychological Association, Irvine, CA.

Twenge, J, M. (2008, April). Generation Me: Teaching and working with today's young people. Invited talk presented at the conference of the National Association of State Universities and Land Grant Colleges, San Diego, CA.

Twenge, J. M. (2008, March). Generation Me: Working with today's young people. Invited talk presented at Nielsen Business Global Shop, Chicago, IL.

Twenge, J. M. (2008, March). Generation Me: Teaching and working with today's young people. Invited talk presented at Southern Methodist University. Dallas, TX.

Twenge, J. M. (2008, March). Generation Me: Counseling and advising today's young people. Invited talk presented at Southern Methodist University counseling department, Plano, TX.

Twenge, J.M. (2008, February). Generation Me and the rise in narcissism, 1979-2006. Poster presented at the conference of the Society for Personality and Social Psychology, Albuquerque, NM.

Twenge, J. M. (2008, February). Generation Me: Working with today's young people <u>Invited talk</u> presented to the executives meeting of the Association of Accounting Marketing, New York, NY.

Twenge, J. M. (2008, February). Generation Me and the controversy over the rise in narcissism. Panel discussion presented at the Youth Pulse Mashup, Santa Monica, CA.

Twenge, J. M. (2008, February). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at the State University of New York at Fredonia.

Twenge, J, M. (2008, May). Generation Me: Working with and marketing to today's young people. <u>Invited talk</u> presented at the Home Design Magazine conference, Nielsen Business Media, Pebble Beach, CA.

Twenge, J. M. (2008, February). Generation Me: Working with today's young people. <u>Invited talk</u> presented at the conference of the Western Association of Chamber Executives, San Diego, CA.

Twenge, J. M. (2008, January). Generation Me: Teaching today's young people. <u>Invited talk</u> presented for faculty development, Glendale Unified School District, Glendale, CA.

Twenge, J. M. (2008, January). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented for faculty development, Stenberg College, Vancouver, BC, Canada.

Twenge, J. M. (2008, January). Generation Me: Working with today's young people. <u>Invited talk</u> presented for the U.S. Army Rangers, Fort Benning, GA.

Twenge, J. M. (2008, January). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at the Fashion Institute for Design and Marketing, Los Angeles, CA.

Twenge, J. M. (2007, December). Generation Me: How when you were born influences your personality and outlook on life. <u>Invited talk</u> presented at Occidental College, Los Angeles, CA.

Twenge, J. M., (2007, December). Generation Me: How when you were born influences your personality and outlook on life. <u>Invited talk</u> presented to the New York State BOCES for high school teachers, Geneva, NY.

Twenge, J. M. (2007, November). Generation Me: Working with today's young people. <u>Invited talk</u> presented at PepsiCo, Purchase, NY.

Twenge, J. M. (2007, November). Birth cohort differences in personality: Generation Me becomes Generation Depressed. <u>Invited talk</u> presented at Washington University in St. Louis.

Twenge, J. M. (2007, November). Generation Me and birth cohort differences in personality. <u>Invited talk</u> presented at the University of Georgia.

Twenge, J. M. (2007, November). Generation Me: How when you were born influences your personality and outlook on life. <u>Invited talk</u> presented at Wesleyan College, Macon, GA.

Twenge, J. M. (2007, October). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Nichols College, Dudley, MA.

Twenge, J. M. (2007, October). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Glendale College, Glendale, CA.

Twenge, J. M. (2007, September). Generation Me: The psychology of today's young people… and implications for attracting blood donors and young staff. <u>Invited talk</u> presented at the conference of the National Association of Blood Banks, Denver, CO.

Twenge, J. M. (2007, August). Generation Me: Teaching and working with today's young people. <u>Invited talk</u> presented at Winona State University, Winona, MN.

Twenge, J. M. (2007, August). Generation Me: Understanding today's young people. <u>Invited talk</u> presented at the Congregational Development conference, Governing Board of Discipleship, United Methodist Church, Overland Park, KS.

Twenge, J.M. (2007, June). Generation Me students and campus ministry. <u>Invited talk</u> presented at the National Campus Ministry Association, Nashville, TN.

Twenge, J. M. (2007, May). Working with, teaching, and understanding "Generation Me." <u>Invited talks</u> presented at Colorado College, Colorado Springs, CO.

Twenge, J. M. (2007, April). Generation Me and individualism in today's society. Invited talk presented to the Inside Edge, Irvine, CA.

Twenge, J. M. (2007, April). Working with "Generation Me." <u>Keynote address</u> presented at the Michigan Association for College Admissions Counselors, Grand Rapids, Michigan.

Twenge, J. M. (2007, March). "Generation Me." (Parts I and II). <u>Invited talks</u> presented at the Tri-State Camping Conference, Atlantic City, NJ.

Jackson, B., Twenge, J., Chiang, J., Souza, C., & Goodman, E. (2007, March). Internalizing social status: An experimental test of ruminative coping among college women. Paper presented at the Association of Women in Psychology Conference, San Francisco, CA.

Twenge, J. M. (2007, March). Working with "Generation Me." Keynote address presented at the Pacific Division conference of the National Academic Advising Association, San Diego, CA.

Twenge, J. M. (2007, March). Working with "Generation Me." Invited talk presented at the conference of the National Association of College and University Business Officers, San Diego, CA.

Twenge, J. M. (2007, February). Working with and teaching "Generation Me." Invited talk presented at the workshop "Why Don't You Get Me? Bridging the Generations." University of San Diego, San Diego, CA.

Twenge, J. M. (2007, February). Working with and teaching Generation Me. Invited talk presented to the conference of the Academic Senate for California Community Colleges, Redwood City, CA.

Ma, D., Reid, M., & Twenge, J. M. (2007, January). Social exclusion impairs emotion regulation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, Tennessee.

Marquez, A., & Twenge, J. M. (2007, January). Social Rejection and Positive Mood Boosting. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, Tennessee.

Jackson, B., Twenge, J., Chiang, J., Souza, C., & Goodman, E.  (2007, January).  Subjective social status: Psychological consequences in a laboratory setting. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Memphis, Tennessee.

Twenge, J. M. (2007, January). Teaching and working with Generation Me. Invited talk presented at faculty and staff conference, Grossmont College, El Cajon, CA.

Twenge, J. M. (2006, October). Generation Me: Working with today's young people. Invited talk presented at the California Interscholastic Federation conference, San Diego, CA.

Twenge, J. M. (2006, August). The bad behavior of socially rejected people and how it might be prevented. Invited talk presented at the University of Southern California.

Twenge, J. M. (2006, August). Generation Me, or why do the freshmen seem so different? Invited talk presented at staff and faculty conference, Grossmont College, El Cajon, CA.

Twenge, J. M. (2006, July). Preventing aggression after social rejection. Paper presented at the annual meeting of the International Society for Research on Aggression, Minneapolis, MN.

Twenge, J. M. (2006, June). Generation Me. Invited talk presented at the summer meeting of the Educause Center for Applied Research, Coronado, CA.

Twenge, J. M. (2006, May). Why do the freshmen seem so different? <u>Invited talk</u> presented to the Office of Student Affairs, University of Akron, Akron, OH.

Twenge, J. M. (2006, April). Why do the freshmen seem so different? <u>Invited talk</u> presented at the annual conference of the American Association of Collegiate Registrars and Admissions Officers, San Diego, CA.

Twenge, J. M. (2006, January). Situational moderators of aggression after social rejection. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA. Session chair, "Aggression: Causes and Consequences."

Reid, M. W., & Twenge, J. M. (2006, January). Searching for agent blue: Birth cohort changes in depressive affect, a cross-temporal meta-analysis. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA.

Lee, L., Twenge, J. M., & Gallo, L. C. (2006, January). Cardiovascular and emotional responses in the face of social exclusion: Moderation by adult attachment orientation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA.

Krusemark, E. A., Dyckman, K. A., Brunell, A. B., McDowell, J. E., Clementz, B. A., Campbell, W. K., & Twenge, J. M. (2006, January). Neural substrates of social rejection and self regulation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, CA.

Twenge, J. M. (2005, October). How generations really differ: The treasures in the stacks. <u>Invited talk</u> presented at the annual conference of the Association of Mental Health Librarians, San Diego, CA.

Twenge, J. M. (2005, October). Why does social rejection lead to aggression? Paper presented at the annual meeting of the Society for Experimental Social Psychology, San Diego, CA. (Session chair, "The Effect of Rejection and Ostracism on Aggression: Causes and Consequences").

Twenge, J. M. (2005, March). The psychology of social exclusion. <u>Invited talk</u> presented at Free University, Amsterdam.

Twenge, J. M. (2005, March). Individualism and despair: Birth cohort changes in self-esteem, need for social approval, women's assertiveness, extraversion, anxiety, and locus of control. <u>Invited talk</u> presented at Free University, Amsterdam.

Twenge, J. M. (2005, February). The effects of social rejection on behavior and emotion. <u>Invited talk</u> presented at University of North Carolina at Chapel Hill.

Twenge, J. M. (2005, January). Emotion regulation after social rejection. Paper presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA. (Session chair, "Coping with Ostracism and Social Rejection")

Twenge, J. M., & Im, C. (2005, January). Changes in socially desirable responding, 1958-2001. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Reid, M. W., & Twenge, J. M. (2005, January). Uncontrollable laughter: Social exclusion and emotion regulation. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Wells, B. E., & Twenge, J. M. (2005, January). Changes in young people's sexual behavior and attitudes, 1943-1999: A cross-temporal meta-analysis. Poster presented at the annual meeting of the Society for Personality and Social Psychology, New Orleans, LA.

Twenge, J. M. (2004, December). The effects of social rejection on behavior and emotion. Invited talk presented at University of Kansas.

Twenge, J. M. (2004, December). The effects of social rejection on behavior and emotion. Invited talk presented at University of Texas at Arlington.

Twenge, J. M. (2004, December). Social exclusion: Behavior, inner processes, and emotion. Invited talk presented at University of Iowa.

Twenge, J. M. (2004, November). Social exclusion: Behavior, inner processes, and emotion. Invited talk presented at University of Florida.

Twenge, J. M. (2004, November). Social exclusion and positive mood boosting. Invited talk presented at the University of California at Santa Barbara.

Twenge, J. M. (2004, October). Social exclusion: Behavior, inner processes, and emotion. Invited talk presented at University at Buffalo SUNY.

Twenge, J. M. (2004, October). Individualism and despair: Birth cohort changes in self-esteem, need for social approval, women's assertiveness, extraversion, anxiety, and locus of control. Invited talk presented at the University of California at Riverside.

Twenge, J. M. (2004, September). Affect regulation after social exclusion. Invited talk presented at the University of Chicago.

Twenge, J. M. (2004, April). Individualism and despair: Birth cohort changes in personality and life outlook, 1931-2002. Invited talk, keynote speaker for the Carolinas Psychology Conference, Raleigh, NC.

Twenge, J. M. (2004, March). When does social rejection lead to aggression? The influence of situations, narcissism, emotion, and replenishing connections. Invited talk presented at the annual Sydney Symposium of Social Psychology, Sydney, Australia.

Twenge, J. M. (2004, January). Cultural and social antecedents of self-esteem: Race, birth cohort, and socioeconomic status. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Austin, TX.

Twenge, J. M. (2004, January). Anticipated interaction eliminates aggression after social rejection. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Austin, TX.

Twenge, J. M., Cacho, J. C., & MacDonald, D. (2004, January). Aggression after social rejection: The effects of defensive denial of emotion and social situations. Invited talk presented at the Groups and Intergroup Processes preconference, annual meeting of the Society for Personality and Social Psychology, Austin, TX.

Twenge, J. M. (2003, November). Social exclusion and prosocial behavior. Invited talk presented at the University of California at San Diego.

Twenge, J. M. (2003, October). Consequences of social rejection. Invited talk presented at Florida State University, Tallahassee, FL.

Twenge, J. M. (2003, October). Social exclusion and prosocial behavior. Invited talk presented at the Preconference on the Self, annual meeting of the Society for Experimental Social Psychology, Boston, MA.

Twenge, J. M., & Im, C. (2003, February). Emotion regulation after social rejection and its effect on aggressive behavior. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Los Angeles, CA.

Catanese, K. R., Twenge, J. M., & Baumeister, R. F. (2003, February). Mirror, mirror on the wall: Avoiding self-awareness after social exclusion. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Los Angeles, CA.

Ciarocco, N. J., Twenge, J. M., & Baumeister, R. F. (2003, February). Helping the in face of rejection: Social exclusion hampers prosocial acts. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Los Angeles, CA.

Twenge, J. M. (2002, November). Birth cohort changes in anxiety, self-esteem, and the need for social approval and locus of control. Invited talk presented at the University of Nevada at Reno.

Twenge, J. M. (2002, October). Social exclusion and prosocial behavior. Invited talk presented at the University of California at Los Angeles.

Twenge, J. M. (2002, June). Individualism and despair: Birth cohort changes in anxiety, assertiveness, extraversion, and self-esteem during the 20th century. Invited talk presented at the annual meeting of the American Psychological Society, New Orleans, LA.

Catanese, K. R., Twenge, J. M., & Baumeister, R. F. (2002, June). Put off by social exclusion: Rejection causes procrastination. Poster presented at the annual meeting of the American Psychological Society, New Orleans, LA.

Twenge, J. M. (2002, May). Culture, time, and the self: Birth cohort differences in self-esteem. Invited talk presented at the University of California at Irvine.

Twenge, J. M. (2002, February). Social exclusion causes decreased prosocial behavior. Invited talk presented at the University of California at Riverside.

Twenge, J. M. (2002, February). The search for respect: Narcissism and violence. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Savannah, GA. (Session chair, "The Puzzle of School Violence")

Twenge, J. M. (2002, February). Meta-analyses of race and self-esteem: Comparing Whites, Blacks, Hispanics, Asians, and American Indians. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Savannah, GA.

Twenge, J. M. (2002, January). Culture, time, and the self: Birth cohort differences in self-esteem. Invited talk presented at the Self and Identity preconference, annual meeting of the Society for Personality and Social Psychology, Savannah, GA.

Twenge, J. M. (2001, February). If you can't join them, beat them: Social exclusion and antisocial behavior. Paper presented at the annual meeting of the Society for Personality and Social Psychology, San Antonio, TX.

Twenge, J. M. (2001, February). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. Invited talk presented at the inaugural meeting of the Association for Research in Personality, San Antonio, TX.

Twenge, J. M. (2000, October). If you can't join them, beat them: Antisocial responses by socially excluded individuals. Paper presented at the annual meeting of the Society for Experimental Social Psychology, Atlanta, GA.

Baumeister, R. F., & Twenge, J. M. (2000, February). Decision fatigue: Resources are depleted after making many choices. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Nashville, TN.

Twenge, J. M. (2000, February). Changes in self-reported anxiety, 1952-1993: A cross-temporal meta-analysis. Poster presented at the annual meeting of the Society for Personality and Social Psychology, Nashville, TN.

Miner-Rubino, K. N., Twenge, J. M., & Fredrickson, B. F. (1999, August). Self-objectification: Gender, personality, and emotional correlates. Poster presented at the annual meeting of the American Psychological Association, Boston, MA.

Twenge, J. M. (1997, August). Changes in self-esteem over time. Poster presented at the annual meeting of the American Psychological Association, Chicago, IL.

Twenge, J. M. (1997, May). Masculine and feminine attributes: Which are most important? Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Twenge, J. M. (1996, August). Attitudes toward women, 1970-1995: A quantitative analysis. Poster presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Twenge, J. M. (1996, May). Sex differences in assertiveness, anxiety, and sociability 1920-1995: A meta-analysis. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1996, May). Attitudes toward women scale scores over time. Poster presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1996, May). Are men really that bad? Male guilt, male bashing, and the new politics of gender in America. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1995, August). Twenty years of change: Differences in Bem Sex-Role Inventory means across time, regions, and schools. Poster presented at the annual meeting of the American Psychological Association Conference, New York.

Twenge, J. M. (1995, May). Can you judge a book by its cover? Appearance Behaviors and Masculinity/Femininity. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1995, May). Changes in Sex Roles across Generations and Regions: A Quantitative Analysis. Paper presented at the annual meeting of the Midwestern Psychological Association Conference, Chicago, IL.

Twenge, J. M. (1994, May). Single earrings and flowing dresses: Appearance, personality, and gender. Paper presented at the University of Michigan Graduate Psychology Conference, Ann Arbor, MI.

## SELECTED MEDIA APPEARANCES AND MENTIONS
### (updated through 2015 only)

Associated Press, November 2015
Time.com, June 2015
Time.com, May 2015
*Washington Post*, May 2015
*New York Times* (Science section, profile), August 2013
Associated Press, July 2013
CBS This Morning, July 2013
Good Morning America, June 2013
*The Atlantic*, June 2013
*Time* magazine, May 2013
BBC news, January 2013
Associated Press, March 2012
*Chronicle of Higher Education,* March 2012
*New York Times* (Business section), September 2011
*New York Times Magazine*, August 2011
*New York Magazine*, July 2011
Associated Press, June 2011
*The Atlantic*, June 2011
*New York Times,* April 2011
*Time* magazine, December 2010
*New York Times,* November 2010
*New York Times,* August 2010
*New York Times,* July 2010
Associated Press, January 2010
CNN, January 2010
The Dr. Phil Show, December 2009
*Chronicle of Higher Education*, October 2009
Today show, April 2009
*New York Times*, April 2009
*Newsweek*, April 2009
*Time* magazine, April 2009
*USA Today*, April 2009
*New York Times*, January 2008
Morning Edition, National Public Radio, May 2007
Associated Press, February 2007
Day to Day, National Public Radio, February 2007
NBC Nightly News, February 2007
Day to Day, National Public Radio, May 2006
Today show, April 2006
*Washington Post*, April 2006
Numerous appearances on local San Diego radio and TV, 2001-present

## PROFESSIONAL AND OTHER ACTIVITIES

Editorial Board, <u>Social Psychological and Personality Science</u>
Editorial Board, <u>Self and Identity</u>
Ad hoc reviewer, <u>Psychological Bulletin</u>
Ad hoc reviewer, <u>Journal of Personality and Social Psychology</u>
Ad hoc reviewer, <u>Personality and Social Psychology Bulletin</u>
Ad hoc reviewer, <u>Psychological Science</u>
Ad hoc reviewer, <u>Perspectives on Psychological Science</u>
Ad hoc reviewer, <u>Journal of Research in Personality</u>
Ad hoc reviewer, <u>European Journal of Social Psychology</u>
Ad hoc reviewer, <u>Basic and Applied Social Psychology</u>
Ad hoc reviewer, <u>Personality and Social Psychology Review</u>
Ad hoc reviewer, <u>Psychology of Women Quarterly</u>
Ad hoc reviewer, <u>Sex Roles</u>
Ad hoc reviewer, <u>Journal of Applied Social Psychology</u>
Ad hoc reviewer, <u>Journal of Social and Personal Relationships</u>
Ad hoc reviewer, <u>Journal of Consulting and Clinical Psychology</u>
Opinion page columnist, <u>Chicago Maroon</u>, University of Chicago, 1992-1993
Opinion page columnist, <u>Michigan Daily</u>, University of Michigan, 1993-1996