**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
TALAHASSEE DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
| **COMPUTER &** | ) |  |
| **COMMUNICATIONS INDUSTRY** | ) |  |
| **ASSOCIATION and NETCHOICE,** | ) |  |
|  | ) |  |
| *Plaintiffs,* | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:24-cv-004380-MW-MAF |
|  | ) |  |
| **ASHLEY BROOKE MOODY,** in her | ) |  |
| official capacity as Attorney General of the | ) |  |
| State of Florida**.** | ) |  |
|  | ) |  |
| *Defendant.* | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**<u>EXPERT DECLARATION OF PROFESSOR ADAM L. ALTER</u>**
**<u>January 13, 2025</u>**

**TABLE OF CONTENTS**

I.  QUALIFICATIONS .................................................................................................... 1

II.  ASSIGNMENT ......................................................................................................... 3

III.  SUMMARY OF OPINIONS .................................................................................... 4

IV.  CASE BACKGROUND ............................................................................................ 4

    A. Computer and Communications Industry Association ......................................... 4

    B. NetChoice ............................................................................................................ 5

    C. Florida House Bill 3 ............................................................................................ 5

V.  SOCIAL MEDIA USE POSES A SIGNIFICANT RISK OF BEHAVIORAL ADDICTION ............................................................................................................ 6

    A. The nature and prevalence of behavioral addiction ............................................ 6

    B. The "hooks" of addictive technology ................................................................ 11

VI.  THE FIVE FEATURES IDENTIFIED BY HB 3 ARE CORRECTLY DESCRIBED AS ADDICTIVE ............................................................................. 16

    A. Infinite Scrolling ................................................................................................ 16

    B. Push Notifications .............................................................................................. 17

    C. Personal Interactive Metrics .............................................................................. 19

    D. Autoplay ............................................................................................................. 22

    E. Live-streaming ................................................................................................... 24

    F. Social media poses increased risk to adolescents .............................................. 27

VII.  IN-APP CONTROL MEASURES ARE INSUFFICIENT TO PREVENT SOCIAL MEDIA ADDICTION ............................................................................. 28

    A. Instagram Teen Accounts ................................................................................... 29

    B. Similar features from YouTube and Snap .......................................................... 29

EXHIBIT A – CURRICULUM VITAE ............................................................................ 31

EXHIBIT B – PREVIOUS EXPERT TESTIMONY ....................................................... 39

Expert Declaration of Adam L. Alter, Ph.D.

## I.  QUALIFICATIONS

1.      I am a Professor of Marketing and the Stansky Teaching Excellence Faculty Fellow at New York University's Stern School of Business, New York. I also hold an affiliated appointment as a Professor in the New York University psychology department. I have held both positions since July 2009. I received my B.Sc. (Honors Class I, University Medal), majoring in psychology, from the University of New South Wales, in Sydney, Australia, in 2004, and an M.A. and Ph.D. in social and cognitive psychology from Princeton University, in 2006 and 2009, respectively. At Princeton University, I held a Fellowship in the Woodrow Wilson Society of Scholars, and the Procter Dissertation Fellowship, awarded to a handful of Princeton graduate students across all disciplines each year. My academic career extends almost twenty-five years, including teaching positions at the University of New South Wales, Princeton University, and New York University's Stern School of Business. I have taught courses at undergraduate, graduate (MBA and executive MBA), and doctoral levels, and delivered lectures and keynotes at, among other institutions, Harvard University, Yale University, MIT, Stanford University, the University of Pennsylvania, Carnegie Mellon University, and the University of Chicago.

2.      My academic research focuses broadly on the social and cognitive psychology behind human judgment and decision-making. Particularly relevant to the present matter, I examine the addictiveness of certain screen-based technologies, including a number of social media platforms. My research on addictive technologies culminated in the book *IRRESISTIBLE*, which I published in 2017, and which led to consulting and policymaking engagements on the topic of online engagement and behavior with various federal and state governments around the world, and a position as advisor to the World Economic Forum on Virtual and Augmented Reality, Artificial Intelligence, and Blockchain. In the almost eight years since the publication of

*IRRESISTIBLE*, I have continued to teach, conduct research, and consult on related topics. Among other products of this work, I delivered a related TED talk at the TED2017 conference in Vancouver, Canada, which has been viewed almost five-million times, and was voted by TED as among the ten best talks of 2017. I have also written or been featured in various op-eds and popular translations of the ideas in *IRRESISTIBLE*, and on related topics, at outlets including *The New York Times, WIRED, NPR, The Washington Post, New York, Popular Science,* and *PBS.*

3.      I am also the principal of Moment Consulting, a marketing and business consulting firm. I have consulted, first as a sole proprietor, and more recently on behalf of my firm, for more than twenty years. In my capacity as a consultant, I have applied my academic research to a broad range of contexts across a variety of industries and markets. Among other companies and organizations, I have consulted for or advised Proctor and Gamble, Amazon, Google, Microsoft, Tripadvisor, Robinhood, DonorsChoose, Calm, Sony, LinkedIn, Citigroup, American Express, Goldman Sachs, TD Bank, Deloitte, Prudential, Fidelity, and J.P. Morgan.

4.      In addition to *IRRESISTIBLE* (Penguin Press, 2017), I am the author of *DRUNK TANK PINK* (Penguin Press, 2013), and *ANATOMY OF A BREAKTHROUGH* (Simon and Schuster, 2023), which broadly examine the forces that drive consumer behavior and human decision-making. These books are the culmination of decades of industry and academic research, and consulting engagements with dozens of firms and entrepreneurs.

5.      I have published more than thirty academic journal articles, including original research and reviews, as well as a similar number of popular translations of academic work for publications including the *New York Times, New Yorker, Wall Street Journal, Washington Post, Economist, WIRED, Popular Science,* and *Atlantic.* I have served as an editor, and on the editorial boards, of several academic journals in the disciplines of marketing, consumer behavior,

and psychology, including *Journal of Consumer Research, Journal of Consumer Psychology,* and *Journal of Experimental Social Psychology.* I am a Fellow of the Association for Psychological Science, and on the boards of the Psychology of Technology Institute, the Global Association of Applied Behavioral Scientists, and the Center for Digital Wellbeing.

6.      My complete curriculum vitae, and list of publications, is included as Exhibit A to this report.

7.      I have been employed as an expert witness in approximately twenty legal matters. A list of cases for which I have been deposed or testified is included as Exhibit B.

8.      My compensation for work on this case is at my normal hourly rate of $1,300 per hour and is not dependent on the outcome of this case, or on any opinions I express in this matter. Others at Global Business Experts Group/Voluble Insights ("GBX/Voluble"), a litigation expert witness consultancy, performed part of the work for this assignment at my direction and under my supervision. The compensation that GBX/Voluble receives is also not dependent on the outcome of this case.

### II. ASSIGNMENT

9.      I have been retained by the Office of the Attorney General for the State of Florida to provide my expert opinion on the addictiveness of social media platforms. Specifically, I have been asked to explain the phenomenon of *behavioral addiction*, as well as the factors that contribute to making online platforms and behaviors addictive for their users. I have also been asked to assess whether certain features associated with social media platforms identified by the Florida legislature in *Florida House Bill 3: Online Protections for Minors* ("HB 3") are accurately described as addictive in nature.

### III. SUMMARY OF OPINIONS

10.     Based on my expertise and analysis of the issues in this case, my opinions are as follows:

   A.  Social media use poses a significant risk of behavioral addiction, especially among young people. Behavioral addiction describes the failure or struggle to resist engaging in behaviors or experiences that are compelling in the short run but harmful in the long run. Behavioral addictions to digital technology and social media have become increasingly common in the past several years.

   B.  Social media platforms use a number of psychological "hooks" to increase usage. The hooks include the elimination of behavioral **stopping cues**, compelling **goals** that are just beyond reach, unpredictable positive **feedback**, unresolved tensions that demand resolution (**cliffhangers**), strong social connections (**social interaction**), and **scarcity** (the sense that opportunities or experiences are available for limited periods of time). These hooks exploit natural human tendencies and psychological needs to keep social media users engaged longer than they may have intended.

   C.  The five features identified by HB 3 are correctly described as addictive. Each feature employs at least one psychological hook to capture attention and drive engagement, inevitably contributing to overuse of social media and increasing the risk of behavioral addiction.

   D.  Social media platforms have introduced new systems or features ostensibly designed to address problematic social media consumption. However, these measures are insufficient to prevent social media addiction, and in many cases do not actually address the features of social media platforms that drive addictive or problematic use.

### IV. CASE BACKGROUND

   **A.  Computer and Communications Industry Association**

11.     The Computer and Communications Industry Association ("CCIA") describes itself as an "international, not-for-profit trade association representing a broad cross section of communications and technology firms."[1] Its membership consists of major technology and social media companies, including Meta, X (formerly Twitter), and Google (including its subsidiary, YouTube).[2] According to its website, the organization was founded in 1972 to advocate for the interests of the computer and telecommunications industry and continues to advocate on its

---

[1]     https://ccianet.org.
[2]     https://ccianet.org; Complaint for Declaratory and Injunctive Relief, Computer & Communications Industry Association and NetChoice v. Ashley Brooke Moody, ¶ 15.

behalf today on topics such as competition, content moderation, copyright, cybersecurity, emerging tech, innovation policy, internet governance, patents, privacy, telecom, and trade.[3]

### B. NetChoice

12.    NetChoice is a "non-profit trade association for Internet companies."[4] Its membership is similar to that of the CCIA, including Meta, X, and Google (including its subsidiary, YouTube), as well as others, such as Snap Inc.[5] Founded in 2001 and supported by "a coalition of online businesses facing barriers to e-commerce," the organization's stated mission is to "make the Internet safe for free enterprise and free expression."[6]

### C. Florida House Bill 3

13.    I understand that in March 2024, *Florida House Bill 3: Online Protections for Minors* was passed by the Florida legislature, and approved by the Governor.[7] HB 3 regulates "social media platforms," as defined by the law.

14.    HB 3 defines a "social media platform" as "an online forum, website, or application" with the following characteristics: (1) it allows users to upload content or view uploaded content/activity of others,[8] (2) it is used for at least 2 hours per day on average (on the days it is used) by at least 10% of the daily active users under 16 years old;[9] (3) it uses content-selection algorithms that analyze user data,[10] and (4) it has *any* of a list of five "addictive features,"

---

[3]    https://ccianet.org.
[4]    Complaint for Declaratory and Injunctive Relief, Computer & Communications Industry Association and NetChoice v. Ashley Brooke Moody, ¶ 8.
[5]    https://netchoice.org/about/#our-mission.
[6]    https://netchoice.org/about/#our-mission.
[7]    https://www.flsenate.gov/Session/Bill/2024/3.
[8]    Florida House Bill 3: Online Protections for Minors (HB 3), p. 4, lines 76-77.
[9]    This average is to be measured during the previous 12 months; for platforms that have existed for fewer than 12 months, the average is to be measured during the previous month. See HB 3, p. 4, lines 78-84.
[10]    HB 3, p. 4, lines 85-86.

Expert Declaration of Adam L. Alter, Ph.D.                              5

identified as infinite scrolling, push notifications, personal interactive metrics, autoplay video, and live streaming. [11]

15.    HB 3 goes on to define each of those five terms. First, "infinite scrolling" is defined as either "continuously loading content, or content that loads as the user scrolls down the page without the need to open a separate page," or "seamless content, or the use of pages with no visible or apparent end or page breaks."[12] Second, it identifies "push notifications" as alerts that are sent by the platform to "inform a user about specific activities or events related to the user's account."[13] Third, "personal interactive metrics" are defined as metrics that show "the number of times other users have clicked a button to indicate their reaction to content or have shared or reposted the content."[14] Fourth, "auto-play video" is defined as video that "begins to play without the user first clicking on the video or on a play button for that video."[15] And, fifth, it defines "live-streaming" as a function that "allows a user or advertiser to broadcast live video content in real-time." [16]

## V.  SOCIAL MEDIA USE POSES A SIGNIFICANT RISK OF BEHAVIORAL ADDICTION

### A.  The nature and prevalence of behavioral addiction

16.    While the existence of substance-related addictions—such as addiction to alcohol, nicotine, or illicit drugs—is widely recognized among the general public, the idea of behavioral addiction is less commonly understood. However, extensive psychological and behavioral research has identified a host of behaviors and experiences to which people can become addicted

---

[11]    HB 3, pp. 4–5, lines 87–105.
[12]    HB 3, p. 4, lines 88–93.
[13]    HB 3, p. 4, lines 94–96.
[14]    HB 3, p. 4, lines 97–100.
[15]    HB 3, p. 5, lines 101–103.
[16]    HB 3, p. 5, lines 104 – 105.

with varying degrees of severity. In general, behavioral addictions arise when users (a term

adopted by many social media companies to describe their customers) fail or struggle to resist

engaging in behaviors or experiences that are compelling in the short run despite harming their

personal and social well-being in the long run. Harms associated with social media use among

children, teens, and adolescents may include, but are not limited to: depression;[17] anxiety;[18]

physical inactivity and its consequences, including obesity and diminished cardiovascular

health;[19] unhealthy sleep patterns and sleep deprivation;[20] body objectification and dysmorphia;[21]

and social isolation and the formation of weaker social ties.[22] Just as with alcohol, nicotine, and

illicit drugs, many users recognize that the long-term costs of engaging in such behaviors and

experiences outweighs their short-term benefits, but nonetheless feel compelled to continue using

---

[17]    See, for example, Twenge, J. M., Joiner, T. E., Rogers, M. L., & Martin, G. N. (2018). "Increases in depressive symptoms, suicide-related outcomes, and suicide rates among U.S. adolescents after 2010 and links to increased new media screen time." *Clinical Psychological Science*, 6, 3-17; and Liu, M. Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). "Time Spent on Social Media and Risk of Depression in Adolescents: A Dose-Response Meta-Analysis," *International Journal of Environmental Research and Public Health*, 1-17.

[18]    See, for example, Vannucci, A., Flannery, K. M., & Ohannessian, C. M. (2017). "Social media use and anxiety in emerging adults." *Journal of Affective Disorders*, 207, 163-166; Primack, B.A., Shensa, A., Escobar-Viera, C.G., Barrett, E.L., Sidani, E. L., Colditz, J.B., & James, A. E. (2017). "Use of multiple social media platforms and symptoms of depression and anxiety: A nationally-representative study among U.S. young adults." *Computers in Human Behavior*, 69, 1-9.

[19]    See, for example, Nagata, J. M., Smith, N., Alsamman, S., Lee, C. M., Dooley, E. E., Kiss, O., Ganson, K. T., Wing, D., Baker, F. C., & Gabriel, K. P. (2023). "Association of physical activity and screen time with body mass index among US adolescents." *JAMA Network Open*, 6(2), 1-12. While this study examines the effects of screen time generally rather than social media in particular, other research shows that a substantial proportion of U.S. teens' and tweens' total screen time is spent on platforms covered by HB 3 (See, e.g., Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022) "The Common Sense Census: Media Use by Tweens and Teens, 2021." Common Sense Media.)

[20]    See, for example, Scott, H., Biello, S. M., & Woods H. C. (2019). "Social media use and adolescent sleep patterns: cross-sectional findings from the UK millennium cohort study." *BMJ Open*, 9(9), 1-9.

[21]    See, for example, Tang, Y., Xu, M., Tan, Z., & Liu Y. (2024). "The impact of social network use on adolescent depression: the chain mediation between self-objectification and body satisfaction." *Frontiers in Psychology*, 15, 1-11; and Hawes T., Zimmer-Gembeck M. J., & Campbell S. M. (2020). "Unique associations of social media use and online appearance preoccupation with depression, anxiety, and appearance rejection sensitivity." *Body Image*, 33, 66-76.

[22]    See, for example, Primack, B. A., Shensa, A., Sidani, J. E., Whaite, E. O., Lin, L. Y., Rosen, D., Colditz, J. B., Radovic, A., & Miller, E. (2017). "Social media use and perceived social isolation among young adults in the U.S." *American Journal of Preventive Medicine*, 53(1), 1-8; Hu, J. M., Balow, S., Meng, J., Ellithorpe, M., & Meshi, D. (2024). "Social Network Density Mediates the Association Between Problematic Social Media Use and Depressive Symptoms." *International Journal of Human-Computer Interaction*, 1-6.

them.[23] The elements of diminished self-control and long-term harm outweighing short-term

benefit are common to both substance-related and behavioral additions.[24] However, rather than

seeking the physical effects that accompany the ingestion of a particular substance, behavioral

addicts seek certain psychological or emotional experiences produced when engaging in certain

behaviors. Paradigmatic examples of addictive behaviors include gambling, sex, exercise, work,

and engagement with various kinds of digital media.[25]

17.　　In the past two decades, there has also been increased recognition of behavioral addiction

in clinical contexts, driven in part by an expanded understanding of the ways behavioral

addictions resemble well-known substance-based ones. For example, recent research has

indicated that there are neurological patterns common to both addictive behavior and the

ingestion of an addictive drug (such as those associated with the production of serotonin and

dopamine),[26] suggesting that "repetitive use of substances or engagement in a behavioral

addiction following an urge may reflect a unitary process."[27] In 2009, the world's first treatment

center for Internet and gaming addiction—reSTART academy[28]—opened outside Seattle,

---

[23]　Neuroscientist Kent Berridge describes this hallmark of addictive behavior as the divergence or separation of "wanting" and "liking." For example, Berridge and his colleagues note that: "In the case of addiction, these systems somehow become disconnected, causing the individual to continue to crave things that no longer bring pleasure. Such dissociation might also possibly contribute to other types of compulsive behaviors, such as binge eating and gambling" (from Kringelbach, M. L., & Berridge K. C. (2012). "The joyful mind." *Scientific American,* 40-45, p. 45).

[24]　Alter, A. (2017). *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, p. 20; Grant, J. E., Potenza, M. N., Weinstein, A., & Gorelick, D. A. (2010). "Introduction to behavioral addictions." *The American Journal of Drug and Alcohol Abuse*, 36(5), 233-241, p. 234.

[25]　See, e.g., Sussman, S. (Ed.). (2020). *The Cambridge Handbook of Substance and Behavioral Addictions*. Cambridge University Press.

[26]　Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, pp. 70-72; Grant, J. E., Potenza, M. N., Weinstein, A., & Gorelick, D. A. (2010). "Introduction to behavioral addictions." *The American Journal of Drug and Alcohol Abuse*, 36(5), 233-241, p. 235.

[27]　Grant, J. E., Potenza, M. N., Weinstein, A., & Gorelick, D. A. (2010). "Introduction to behavioral addictions." *The American Journal of Drug and Alcohol Abuse*, 36(5), 233-241, p. 235.

[28]　https://www.restartlife.com/.

Expert Declaration of Adam L. Alter, Ph.D.　　　　　　　　　　　　8

Washington.[29] In 2013, a behavioral addiction—Gambling Disorder—was officially added for the first time to the American Psychiatric Association's *DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS*,[30] and in 2019, the World Health Organization added the category of "disorders due to addictive behaviors" to the 11th edition of its *INTERNATIONAL CLASSIFICATION OF DISEASES.* [31]

18.     Behavioral addictions to digital technology and social media have become increasingly common in the past several years. For example, a 2022 meta-analysis on the global prevalence of digital addiction found worldwide prevalence rates of 26.99% for smartphone addiction and 17.42% for social media addiction.[32] Other research examining social media use by age has found even higher rates. For example, a 2019 study of U.S. social media users found that 40% of users aged 18-22 and 37% of users aged 23-38 reported being addicted to social media.[33] Similarly, a 2022 study reported that 54% of users aged 13-17 years said they would find it "very hard" or "somewhat hard" to give up social media.[34] From 2015 to 2023, the share of U.S. teens who reported being online "almost constantly" nearly doubled, from 24% to 46%.[35]

19.     As discussed below, this high rate of behavioral addiction may be driven by the unique features employed by highly interactive and personalized forms of digital technology and social

---

[29]   Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, p. 17.

[30]   American Psychiatric Association, (2013). *Diagnostic and Statistical Manual of Mental Disorders (5th ed.).* Arlington, VA: American Psychiatric Association, p. 585.

[31]   See Brand, M., & Potenza, M. N. (2023). "Behavioral addictions in the ICD-11: An important debate that is anticipated to continue for some time," *Journal of Behavioral Addictions*, 12(3), 585-589.

[32]   Meng, S. Q., Cheng, J. L., Li, Y. Y., Yang, X. Q., Zheng, J. W., Chang, X. W., Shi, Y., Chen, Y., Lu, L., Sun, Y., Bao, Y. P., & Shi, J. (2022). "Global prevalence of digital addiction in general population: A systematic review and meta-analysis." *Clinical Psychology Review*, 92.

[33]   Dixon, S. J. (2022). "Share of online users in the United States who report being addicted to social media as of April 2019, by age group." Statsita. https://www.statista.com/statistics/1081292/social-media-addiction-by-age-usa/.

[34]   https://www.pewresearch.org/internet/2022/08/10/teens-social-media-and-technology-2022/.

[35]   https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/.

media. These features influence the ways in which users engage with and derive psychological rewards from the platforms. In this respect, social media is categorically different from streaming services such as Hulu and Disney+. While both social media and streaming services share some similarities—for example, both provide users with visual entertainment that can provide a dopamine release[36] and, in turn, motivate an addiction—streaming services primarily provide a less interactive and more solitary experience used to relax, relieve boredom, or escape,[37] whereas social media platforms provide a product which is far more active and socially engaging. Features unique to social media,[38] such as feedback in the form of likes and comments, the constant lure of notifications, and goal-setting related to one's own uploaded content (e.g., view counts and new follower tallies) create a blurred boundary between media use and offline life, which is absent from streaming services. Because of these features, the psychological rewards and motivations for using social media are more entangled in social pressures, creating an especially potent draw on time and attention.

20.     Importantly, the fact that addictive or problematic use of social media has reached a record high does not imply that every person who spends more time on Instagram or Snapchat than he or she would like necessarily has a medical disorder, nor does it imply that the majority of U.S. teens require addiction counselling or treatment. Like addiction in general, the severity and impact of a behavioral addiction on one's life falls along a spectrum, and addiction to digital

---

[36]    https://www.nbcnews.com/better/health/what-happens-your-brain-when-you-binge-watch-tv-series-ncna816991; https://www.jeffersonhealth.org/your-health/living-well/the-addictiveness-of-social-media-how-teens-get-hooked.

[37]    Castro, D., Rigby, J. M., Cabral, D., Nisi, V. (2021). "The binge-watcher's journey: Investigating motivations, contexts, and affective states surrounding Netflix viewing." Convergence: The International *Journal into New Media Technologies*, 27(1), 3-20.

[38]    See Section VI.

technology is a widespread social malady, rather than a narrowly-contained medical problem.[39] At the same time, it would be a mistake to assume that social media addiction is not a serious problem merely because it affects so many people. On the contrary, it is common because many social media platforms are designed to short-circuit the various self-control mechanisms that might otherwise protect the population, en masse, from compulsive overuse. Moreover, the fact that social media overuse affects a considerable proportion of the population indicates that the problem transcends particular personality types or background characteristics, and that instead the problem resides within the platforms or experiences themselves.

### B. The "hooks" of addictive technology

21.     Research on behavioral addiction has identified a number of characteristics that tend to raise the possibility that a product might become addictive for a subset of its users. In the context of social media and other digital technology, these characteristics function as psychological "hooks," grabbing users' attention and keeping them engaged in the platform. Several of the hooks I outline here are identified in my 2017 book *IRRESISTIBLE*, and some are drawn from work both I and others have done before and after *IRRESISTIBLE*'s publication. In the case of social media addiction, the most relevant hooks include, but are not limited to: the elimination of behavioral **stopping cues**, compelling **goals** that are just beyond reach, unpredictable positive **feedback**, unresolved tensions that demand resolution (**cliffhangers**), strong social connections (**social interaction**), and **scarcity**. I describe each hook in turn in the following paragraphs.

22.     **Elimination of stopping cues:** Stopping cues signal that an ongoing activity has reached

---

[39]     See, e.g., Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, p. 23. By analogy, nicotine and alcohol addiction among underage users are significant public health concerns, despite the fact that nicotine and alcohol might affect and cause harm to different users along a spectrum of severity.

its natural endpoint, thereby nudging users to switch tasks or otherwise terminate that activity. Traditional media incorporate natural stopping cues, which nudge consumers of those media to terminate that activity, and to consider moving on to another in its place. These stopping cues are sometimes implied, as with the end of a chapter in a novel, and sometimes explicit, as with the rolling credits that follow an hour-long episode within a television series that broadcasts one episode each week. Though historically it was sometimes possible to bypass these stopping cues (by, for example, reading an entire book in one sitting), the fact that such stopping cues are built into the structure of traditional media dampens consumption rates by default.[40] In general, humans are "cognitive misers," tending to default to cognitive strategies that produce just-good-enough outcomes with as little effort as possible.[41] When an activity has eliminated stopping cues, staying engaged with that activity becomes the cognitively-easy default, leading people to inhabit a state of autopilot that can only be overridden with considerable cognitive effort.

23.    **Goals:** Humans are naturally motivated to pursue goals, and are often particularly driven by round numbers and other intrinsically satisfying milestones. For example, data on marathon finish times show that many more people finish marathons in the few minutes before the four hour mark than in the few minutes after it, demonstrating the motivational power of trying to finish a marathon in under four hours.[42] Contemporary digital technology has generated an ever-expanding menu of numerical goals placing demands on users' time and energy, from high scores to daily step-counts to increases in followers, views, likes, and so on. In particular, as with

---

[40]    On the power of defaults to drive behavior, see, for example: Johnson, E. J., & Goldstein, D. (2003). "Do Defaults Save Lives?" *Science*, 302, 1338–1339; McKenzie, C. R. M., Liersch, M. J., & Finkelstein, S. R. (2006). "Recommendations implicit in policy defaults," *Psychological Science*, 17, 414–420.

[41]    Stanovich, K. E. (2020). "Why humans are cognitive misers and what it means for the great rationality debate." In *Routledge Handbook of Bounded Rationality*, Routledge, pp. 196-206. See also Fiske, S. T., & Taylor, S. E. (2017). *Social Cognition: From Brains to Culture* (3rd edition). SAGE Publications.

[42]    Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, pp. 95-97.

the four-hour marathon landmark, round-numbered milestones (e.g., 100; 500; 1,000; 10,000; etc.) function as outsized motivational goals, compelling people to commit considerable time and energy to achieving those milestones.[43]

24.    **Feedback:** Humans have a natural tendency to seek and maintain control over their environments, and they exert that control when making both daily decisions and monumental life choices.[44] One consequence of the need to control is that humans constantly seek feedback from the environment, both to learn whether they are approaching desired outcomes and to reinforce the perception of control itself.[45] Feedback indicating that one has control over one's environment has also been identified as a contributor to the development of habitual behavior,[46] which can include the regular use of social media platforms. A core feature of social media platforms is the feedback users receive from one another, in the form of Likes, comments, re-posts, views, and so on. This feedback is discrete, quantifiable, and often instantaneous, making it highly engaging and rewarding.

25.    **Cliffhangers:**  Broadly, a cliffhanger is a psychological experience of tension that demands a resolution. Commonly used as a story-telling device at the end of a book chapter or TV episode, cliffhangers drive engagement because they combine the suspense of not knowing what comes next with the expectation that tension will eventually be resolved in the next chapter or episode. The psychological tension characteristic of cliffhangers is both thrilling and

---

[43]    On round numbers in motivation and goal behavior, see, for example: Alter, A. L., & Hershfield, H. E. (2014). "People search for meaning when they approach a new decade in chronological age." *Proceedings of the National Academy of Sciences, 111,* 17066-17070; Pope D., & Simonsohn, U. (2011) "Round numbers as goals: evidence from baseball, SAT takers, and the lab." *Psychological Science, 22,* 71-79.
[44]    Leotti, L. A., Iyengar, S. S., & Ochsner, K. N. (2010). "Born to choose: The origins and value of the need for control." *Trends in Cognitive Sciences*, 14(10), 457-463.
[45]    Eitam, B., Kennedy, P. M., & Tory Higgins, E. (2013). "Motivation from control." *Experimental Brain Research*, 229, 475-484.
[46]    Nafcha, O., Higgins, E. T., & Eitam, B. (2016). "Control feedback as the motivational force behind habitual behavior." *Progress in Brain Research*, 229, 49-68.

motivating, two cognitive effects which can be exploited to keep a person engaged with digital technology longer than they would be otherwise.[47] Cliffhangers capitalize on the human need for closure, which, despite varying in intensity across individuals, cultures, and situations, indicates that people tend to become preoccupied with ideas or narratives that remain unfinished or unresolved.[48] Social media regularly deploys cliffhangers through features such as autoplay, which continually begins new videos for users and thus continually introduces new, incomplete content that requires resolution. Videos on social media platforms frequently begin with intriguing, open-ended scenarios and clickbait-laden titles, such as "everyone told me not to do this, but it actually worked," or "I opened this box, and you won't believe what I found inside." Since these videos begin automatically, thereby opening a loop that cannot be closed until the videos provide narrative resolution, social media users feel compelled to spend more time engaged with the platform than they originally intended.

26.    **Social Interaction:** Humans are an inherently social species that requires and thrives on social feedback and connection. At a fundamental level, humans have a "need to belong," which drives them to form social connections, and to resist the dissolution of social bonds.[49] Researchers have also identified the maintenance of strong social relationships as a contributor to better health and longevity.[50] In both childhood and adulthood, people tend to be sensitive to

---

[47]    Alter, A. (2017), "Chapter 8. Cliffhangers." *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books.

[48]    See, e.g., Kruglanski, A. W., & Webster, D. M. (1996). "Motivated closing of the mind: 'Seizing' and 'freezing'". *Psychological Review*, 103, 263–283; see also the so-called Zeigarnik Effect, which describes the tendency for people to fixate on unresolved tasks or goals: Zeigarnik, B. (1938). "On finished and unfinished tasks." In W. D. Ellis (Ed.), *A source book of Gestalt psychology*, 300–314. Kegan Paul, Trench, Trubner & Company: London.

[49]    Baumeister, R. F., & Leary, M. R. (1995). "The need to belong: Desire for interpersonal attachments as a fundamental human motivation." *Psychological Bulletin*, 117(3), 497-529.

[50]    See, e.g., House, J. S., Landis, K. R., & Umberson, D. (1988). "Social relationships and health." *Science*, 241(4865), 540-545; Yang, Y. C., Boen, C., Gerken, K., Li, T., Schorpp, K., & Harris, K. M. (2016). "Social relationships and physiological determinants of longevity across the human life span." *Proceedings of the National Academy of Sciences*, 113(3), 578-583.

how others feel about them and the sorts of appraisals they deliver. Though generally healthy and beneficial, the drive for social connection can be weaponized, just as, say, humans' evolved drive for calorie-dense foods has produced an obesity epidemic in the developed world.[51] Just as snack food companies provide unprecedented access to high-calorie, satiating foods, social media platforms provide users with bottomless opportunities for instantaneous social interaction.

27.    **Scarcity:** The final psychological hook relevant to the addictiveness is a sense of scarcity accompanying the experience. When physical products, services, and experiences are perceived as limited or scarce, consumers tend to find them more attractive relative to otherwise similar but abundant alternatives, and are therefore more willing to expend time, money, and other valuable resources to acquire those commodities.[52] Many forms of content on social media platforms— including, for example, live-streamed content and transiently available video posts—are temporally scarce, which means they exist for limited periods of time before disappearing or being relegated to archives where their value to users declines. This eternal sense of scarcity that attaches itself to social media content imbues that content with social value, and draws users to return to social media platforms at a more rapid cadence than they might were the content refreshed and archived less frequently.[53]

---

[51]    See, e.g., Folwarczny, M., Otterbring, T., Sigurdsson, V., Tan, L. K., & Li, N. P. (2023). "Old minds, new marketplaces: How evolved psychological mechanisms trigger mismatched food preferences." *Evolutionary Behavioral Sciences*, 17(1), 1-21.

[52]    On scarcity as a source of motivation, see, for example: Lynn, M. (1989), "Scarcity effects on desirability: Mediated by assumed expensiveness?" *Journal of Economic Psychology*, 10, 257–274; Lynn, M. (1991). "Scarcity effects on value: A quantitative review of the Commodity Theory literature." *Psychology and Marketing*, 8, 43–57; Sharma, E., & Alter, A. L. (2012). "Financial deprivation prompts consumers to seek scarce goods." *Journal of Consumer Research*, 39, 545-560; Verhallen, T. M. M. (1982), "Scarcity and consumer choice behavior." *Journal of Economic Psychology*, 2, 37–60; Verhallen, T. M. M., & Robben, H. S. J. (1994), "Scarcity and preference: An experiment on unavailability and product evaluation." *Journal of Economic Psychology*, 15, 1–27.

[53]    On the link between scarcity and the fear of missing out on limited experiences, see, for example: Przybylski, A. K., Murayama, K, DeHaan, C. R., & Gladwell, V. (2013). "Motivational, emotional, and behavioral correlates of fear of missing out." *Computers in Human Behavior*, 29, 1841–1848; Alfina, S. H., & Dien M

28.     The psychological hooks described above rely on natural human inclinations or tendencies that govern how they think, feel, and behave, and how they interact with each other and their environments. All addictive digital technology platforms incorporate one or more of these hooks, and in so doing exploit near-universal psychological needs in the service of extending and intensifying engagement with those platforms.

## VI. THE FIVE FEATURES IDENTIFIED BY HB 3 ARE CORRECTLY DESCRIBED AS ADDICTIVE

29.     Each of the five addictive features identified by HB 3 uses some combination of the list of hooks identified in the previous section to capture attention and drive engagement, inevitably contributing to overuse of social media and increasing the risk of behavioral addiction.

### A. Infinite Scrolling

30.     HB 3 defines "infinite scrolling" as either "continuously loading content, or content that loads as the user scrolls down the page without the need to open a separate page," or "seamless content, or the use of pages with no visible or apparent end or page breaks."[54] The core psychological hook that drives the addictiveness of infinite scrolling is the elimination of natural stopping cues used to demarcate episodes of use.[55] A social media platform that includes infinite scrolling has no natural stopping point, and consumption is designed to be unbounded. Without stopping cues, people tend to allow an episode of use to continue by default, only moving on to a new experience when exerting agency to overcome a kind of *behavioral inertia*.[56]

---

[ ]     (2023). "FOMO related consumer behaviour in marketing context: A systematic literature review," *Cogent Business & Management*, 10, 1-21.

[54]     HB 3, p. 4, lines 88–93.

[55]     Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, pp. 183-190.

[56]     For a general discussion on inertia and behavior, see Gal, D. (2006). "A psychological law of inertia and the illusion of loss aversion." *Judgment and Decision Making*, 1(1), 23-32; Kahneman, D., Knetsch, J. L., &

Expert Declaration of Adam L. Alter, Ph.D.                    16

31.    Research demonstrates that the infinite scrolling feature contributes to overuse of social media. For example, a study of the effects of technology-mediated social interaction on circadian rhythms noted that "[p]articipants also express that social media keeps them up longer than planned, for common reasons such as 'endless scrolling' social feeds that make them 'feel like an addict, obligated' to 'need to know what's going on.'"[57] Another study of smartphone usage behavior observed that participants feel they get "caught in the loop" of smartphone use, noting that "certain apps that feature a 'feed' that allows for continuous scrolling" tended to lead users to "spend much more time on their phone than they originally intended."[58]

### B. Push Notifications

32.    HB 3 defines push notifications as alerts that are sent by the platform to "inform a user about specific activities or events related to the user's account."[59]  These notifications are visual, auditory, or haptic alerts (e.g., bursts of vibration)[60] designed to capture attention and inform social media users of some change or update on the platform. As such, they exploit users' natural tendency to seek and attend to environmental feedback, serving as distractors that monopolize attention. The effectiveness of push notifications is borne out in academic research. For example, researchers examining the disruptiveness of smartphones in one study reported that it "appeared almost impossible for participants to not immediately interrupt their current activities and attend

---

Thaler, R. H. (1991). "Anomalies: The endowment effect, loss aversion, and status quo bias." *Journal of Economic Perspectives*, 5(1), 193-206.

[57]    Murnane, E. L., Abdullah, S., Matthews, M., Choudhury, T., & Gay, G. (2015). "Social (media) jet lag: How usage of social technology can modulate and reflect circadian rhythms." In *Proceedings of the 2015 ACM International Joint Conference on Pervasive and Ubiquitous Computing*, 843-854, p. 847.

[58]    Heitmayer, M., & Lahlou, S. (2021). "Why are smartphones disruptive? An empirical study of smartphone use in real-life contexts." *Computers in Human Behavior*, 116, 1-28.

[59]    HB 3, p. 4, lines 94–96.

[60]    Fitz, N., Kushlev, K., Jagannathan, R., Lewis, T., Paliwal, D., & Ariely, D. (2019). "Batching smartphone notifications can improve well-being." *Computers in Human Behavior*, 101, 84-94, p. 84.

Expert Declaration of Adam L. Alter, Ph.D.                                17

to their phones when they noticed a new notification with their senses."[61] In this study, notifications led users to get "caught in the loop" of unplanned smartphone use.[62] Another study found that its participants' typically viewed push notifications within minutes of receiving them, regardless of whether their phones were placed in silent mode.[63]

33.    Research has shown that push notifications can disrupt performance on tasks that require attention, even if individuals do not actually directly respond to them.[64] And the continuous interruptions caused by push notifications can increase levels of inattention and hyperactivity, while simultaneously lowering productivity and psychological wellbeing, mimicking symptoms of ADHD even in individuals without clinical diagnoses.[65] These attentional challenges can make it difficult to fully disconnect from social media, even when users try to abstain from use. Studies have shown that when users perceive disturbances from social media notifications, they are less able to self-regulate their social media use.[66]

34.    Push notifications also trigger the phenomenon known as Fear of Missing Out ("FOMO") by informing users that something happening on the platform is worthy of their attention.[67] FOMO can be an intense and distressing feeling, especially among adolescents, and has

---

[61]    Heitmayer, M., & Lahlou, S. (2021). "Why are smartphones disruptive? An empirical study of smartphone use in real-life contexts." *Computers in Human Behavior*, 116, 1-28, p. 16.
[62]    Heitmayer, M., & Lahlou, S. (2021). "Why are smartphones disruptive? An empirical study of smartphone use in real-life contexts." *Computers in Human Behavior*, 116, 1-28.
[63]    Pielot, M., Church, K., & De Oliveira, R. (2014). "An in-situ study of mobile phone notifications." *Proceedings of the 16th International Conference on Human-Computer Interaction with Mobile Devices & Services*, 233-242.
[64]    Stothart, C., Mitchum, A., & Yehnert, C. (2015). "The attentional cost of receiving a cell phone notification." *Journal of Experimental Psychology: Human Perception and Performance*, 41(4), 893-897.
[65]    Stothart, C., Mitchum, A., & Yehnert, C. (2015). "The attentional cost of receiving a cell phone notification." *Journal of Experimental Psychology: Human Perception and Performance*, 41(4), 893-897.
[66]    Du, J., Kerkhof, P. & Koningsbruggen, G. (2019). "Predictors of Social Media Self-Control Failure: Immediate Gratifications, Habitual Checking, Ubiquity, and Notifications." *Cyberpsychology, Behavior, and Social Networking*, 22, 477-485.
[67]    Brown, L., & Kuss, D. J. (2020). "Fear of missing out, mental wellbeing, and social connectedness: a seven-day social media abstinence trial." *International Journal of Environmental Research and Public Health*, 17(12), 1-18.

repeatedly been found to lower life-satisfaction and well-being, and to inspire problematic social media use, including social media addiction.[68] Push notifications play such a critical role in how people experience the world that many people, particularly social media users who rely heavily on push notifications, experience so-called "phantom vibrations," or the illusion of phone vibration signals even when those users aren't carrying their phones, or such notifications are disabled.[69] This arises in part because they are conditioned to become sensitized to vibration cues, or because they experience anxiety at the prospect of missing out on transient online activity.[70] One study examining the relationships between FOMO, well-being, and social media use found that a seven-day trial of social media abstinence led to significantly increased well-being and feelings of social connectedness, and significantly decreased FOMO.[71]

### C. Personal Interactive Metrics

35.    HB 3 defines interactive metrics as metrics that show "the number of times other users have clicked a button to indicate their reaction to content or have shared or reposted the content."[72]These include Likes, reactions, shares, and comments—all powerful sources of social

---

[68]  See, e.g., Kuss, D. J., & Griffiths, M. D. (2017). "Social networking sites and addiction: Ten lessons learned." *International Journal of Environmental Research and Public Health*, 14(3), 1-17; Oberst, U., Wegmann, E., Stodt, B., Brand, M., & Chamarro, A. (2017). "Negative consequences from heavy social networking in adolescents: The mediating role of fear of missing out." *Journal of Adolescence*, 55, 51-60; Brown, L., & Kuss, D. J. (2020). "Fear of missing out, mental wellbeing, and social connectedness: a seven-day social media abstinence trial." *International Journal of Environmental Research and Public Health*, 17(12), 1-18.

[69]  See, e.g., Aleksandrowicz, A., Kowalski, J., & Gawęda, Ł. (2023). "Phantom phone signals and other hallucinatory-like experiences: Investigation of similarities and differences." *Psychiatry Research,* 319, 1-9; Deb, A. (2014). "Phantom vibration and phantom ringing among mobile phone users: A systematic review of literature." *Asia-Pacific Psychiatry,* 7, 231–239.

[70]  Aleksandrowicz, A., Kowalski, J., & Gawęda, Ł. (2023). "Phantom phone signals and other hallucinatory-like experiences: Investigation of similarities and differences." *Psychiatry Research,* 319, 1-9.

[71]  Brown, L., & Kuss, D. J. (2020). "Fear of missing out, mental wellbeing, and social connectedness: a seven-day social media abstinence trial." *International Journal of Environmental Research and Public Health*, 17(12), 1-18.

[72]  HB 3, p. 4, lines 97–100.

feedback that drive engagement on social media platforms.[73] In particular, research has found that adolescents show increased sensitivity to feedback provided through interactive metrics, and that their engagement in social media is driven more strongly by this feedback than is adults' engagement.[74] Interactive metrics have repeatedly been identified as a factor contributing to compulsive and addictive use of social media platforms.[75]

36.    Receiving social media feedback activates neural circuits associated with reward processing,[76] motivating behavior in a manner that mirrors the magnetic pull of non-social rewards like food and money.[77] Indeed, social media feedback in the form of interactive metrics has been described as a kind of "online social currency."[78] In one illustrative example, a consultant and entrepreneur named Rameet Chawla created an auto-Liking bot called *Lovematically,* which automatically Liked every post that appeared in his Instagram feed.[79]

---

[73]    da Silva Pinho, A., Céspedes Izquierdo, V., Lindström, B., & van den Bos, W. (2024). "Youths' sensitivity to social media feedback: A computational account." *Science Advances*, 10(43), 1-11; Rosenthal-von der Pütten, A. M., Hastall, M. R., Köcher, S., Meske, C., Heinrich, T., Labrenz, F., & Ocklenburg, S. (2019). " 'Likes' as social rewards: Their role in online social comparison and decisions to like other People's selfies." *Computers in Human Behavior*, 92, 76-86.

[74]    da Silva Pinho, A., Céspedes Izquierdo, V., Lindström, B., & van den Bos, W. (2024). "Youths' sensitivity to social media feedback: A computational account." *Science Advances*, 10(43), 1-11.

[75]    See, e.g., da Silva Pinho, A., Céspedes Izquierdo, V., Lindström, B., & van den Bos, W. (2024). "Youths' sensitivity to social media feedback: A computational account." *Science Advances*, 10(43), 1-11; Rast, R., Coleman, J. T., & Simmers, C. S. (2021). "The darkside of the like: the effects of social media addiction on digital and in-person communication." *The Journal of Social Media in Society*, 10(2), 175-201; Griffiths, M. D. (2018). "Adolescent social networking: How do social media operators facilitate habitual use?" *Education and Health*, 36(3), 66-69.

[76]    Sherman, L. E., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2018). "What the brain 'Likes': neural correlates of providing feedback on social media." *Social Cognitive and Affective Neuroscience*, 13(7), 699–707.

[77]    Lindström, B., Bellander, M., Schultner, D. T., Chang, A., Tobler, P. N., & Amodio, D. M. (2021). "A computational reward learning account of social media engagement." *Nature Communications*, 12(1), 1-10; Rosenthal-von der Pütten, A. M., Hastall, M. R., Köcher, S., Meske, C., Heinrich, T., Labrenz, F., & Ocklenburg, S. (2019). "Likes" as social rewards: Their role in online social comparison and decisions to like other People's selfies. *Computers in Human Behavior*, 92, 76-86.

[78]    Rosenthal-von der Pütten, A. M., Hastall, M. R., Köcher, S., Meske, C., Heinrich, T., Labrenz, F., & Ocklenburg, S. (2019). "'Likes' as social rewards: Their role in online social comparison and decisions to like other People's selfies." *Computers in Human Behavior*, 92, 76-86.

[79]    See, e.g., Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, pp. 128-129.

According to Chawla, *Lovematically* devalued the currency of Likes by essentially making them free of charge. Any post, regardless of quality, was worthy of a Like, which rendered Likes valueless. Chawla allowed other users to beta-test the bot, but it was soon shut down by Instagram, which itself thrives in part because the Likes that fuel engagement with the platform are valuable to its users. Indeed, the reward provided by such metrics is so appealing to social media users that many have learned to time their posts and interactions to optimize the frequency of positive reinforcement.[80] Users also increase social media activity after uploading posts, suggesting the anticipation of reward feedback.[81]

37.     The quantifiable nature of social feedback acquired through interactive metrics increases the likelihood of social comparison and competition. Researchers have found that interactive metrics such as Likes serve as indicators of acceptance from one's peers, contributing to social comparison online.[82] Such comparisons arise because users can measure their own social standing against the status of peers and strangers who display more or fewer signals of status and engagement. The process of turning self-focused experiences—like grazing online platforms for engaging content—into a race for social status on an engagement leaderboard is known as *gamification,* and social feedback provides the "points" that fuel this leaderboard.[83] Some social media platforms also explicitly encourage such goal-setting in the form of *streaks*, combining the psychological hooks of social interaction, interactive metrics, and goals into a single, highly compelling feature. For example, Snapchat's "Snapstreak" feature tracks users' interactions

---

[80]    Lindström, B., Bellander, M., Schultner, D. T., Chang, A., Tobler, P. N., & Amodio, D. M. (2021). "A computational reward learning account of social media engagement." *Nature Communications*, 12(1), 1-10.

[81]    Lindström, B., Bellander, M., Schultner, D. T., Chang, A., Tobler, P. N., & Amodio, D. M. (2021). "A computational reward learning account of social media engagement." *Nature Communications*, 12(1), 1-10.

[82]    Rosenthal-von der Pütten, A. M., Hastall, M. R., Köcher, S., Meske, C., Heinrich, T., Labrenz, F., & Ocklenburg, S. (2019). " 'Likes' as social rewards: Their role in online social comparison and decisions to like other People's selfies." *Computers in Human Behavior*, 92, 76-86.

[83]    See, e.g., Alter, A. (2017), *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books, pp. 293-316.

across consecutive days, and two users' Snapstreak with one another is broken as soon as one day without an interaction between them occurs.[84]  Streaks compel behavior by combining a source of positive reinforcement (adding another day to the streak, for example) with the desire to avoid negative reinforcement (not wanting to break the streak). The drive to maintain a streak adds an additional layer of motivation to engage with the platform beyond the other inducements embedded in the platform's design.[85]

### D.  Autoplay

38.    HB 3 defines "auto-play video" video that "begins to play without the user first clicking on the video or on a play button for that video."[86] Autoplay contributes to the addictiveness of social media use by leveraging both the elimination of stopping cues and cliffhangers.

39.    Whereas infinite scroll completely removes stopping cues from the activity of browsing a social media feed, autoplay supplants the traditional stopping cue at the end of a video with an invitation to stay engaged without any further effort. Because of this, users can end up viewing videos for longer than anticipated or intended. For example, in a 2021 survey investigating U.S. users' response to the design of YouTube, participants ranked autoplay as one of the top three app features that undermined their sense of agency and hijacked their original intentions.[87] One particular survey respondent noted in regard to autoplay that "I often spend more time than I meant to because there is a good related video that seems worth watching so ya know, 'Just one

---

[84]    https://help.snapchat.com/hc/en-us/articles/7012394193684-How-do-Snapstreaks-work-and-when-do-they-expire.

[85]    On the effectiveness of streaks, even when users don't actively consider them before engaging with the platform, see: Weathers, D., &  Poehlman, T. A. (2023). "Defining, and understanding commitment to, activity streaks," *Journal of the Academy of Marketing Science*, 52, 531–553, p. 550.

[86]    HB 3, p. 5, lines 101–103.

[87]    Lukoff, K., Lyngs, U., Zade, H., Liao, J.V., Choi, J., Fan, K., Munson, S.A, & Hiniker, A. (2021). "How the Design of YouTube Influences User Sense of Agency." In *Proceedings of the 2021 CHI Conference of Human Factors in Computing Systems, New York, NY, USA*, 1–17.

more' which becomes a couple hours."[88] Another respondent noted that "I feel like I have little control whenever YouTube takes it upon itself to just play whatever it feels like playing."[89] Further, respondents noted that the seemingly "endless" amount of content made it hard to stop watching.[90]

40.      The second psychological hook relevant to the addictiveness of autoplay is cliffhangers. As explained earlier, in ¶25, the term "cliffhanger" refers to the build-up of psychological tension and the subsequent need for a resolution.[91] Traditionally, consumers voluntarily exposed themselves to cliffhangers when they decided to watch, read, or otherwise consume longform content. They recognized or came to recognize that cliffhangers were a narrative device employed by many writers and experience designers who sought to engage consumers across discrete episodes of content. In contrast, autoplay visits one cliffhanger after another on social media users who are effectively told the beginnings of dozens of brief video narratives that need to be completed before the cliffhanger can be resolved.[92] A 2021 study of what the researchers described as the "rabbit hole of content consumption" examined participants' choices when presented with the option to watch media content from the same category as they had just

---

[88]  Lukoff, K., Lyngs, U., Zade, H., Liao, J.V., Choi, J., Fan, K., Munson, S.A, & Hiniker, A. (2021). "How the Design of YouTube Influences User Sense of Agency." In *Proceedings of the 2021 CHI Conference of Human Factors in Computing Systems, New York, NY, USA*, 1–17.

[89]  Lukoff, K., Lyngs, U., Zade, H., Liao, J.V., Choi, J., Fan, K., Munson, S.A, & Hiniker, A. (2021). "How the Design of YouTube Influences User Sense of Agency." In *Proceedings of the 2021 CHI Conference of Human Factors in Computing Systems, New York, NY, USA*, 1–17.

[90]  Lukoff, K., Lyngs, U., Zade, H., Liao, J.V., Choi, J., Fan, K., Munson, S.A, & Hiniker, A. (2021). "How the Design of YouTube Influences User Sense of Agency." In *Proceedings of the 2021 CHI Conference of Human Factors in Computing Systems, New York, NY, USA*, 1–17.

[91]  See Alter, A. (2017), "Chapter 8. Cliffhangers." *Irresistible: The Rise of Addictive Technology and the Business of Keeping us Hooked*, Penguin Books.

[92]  See, e.g., Schibler, K., Hahn, L., & Green, M. C. (2024). "Investigating responses to narrative cliffhangers using affective disposition theory." *Media Psychology, 27*, 1–25; Jimmy Donaldson, whose Mr. Beast channel has more subscribers than any other YouTube channel as of January 2025 has written a guide for new staff at his production company that emphasizes narrative structure—including curiosity loops and cliffhangers—in driving viewer retention across the course of each video; see, e.g., "How to succeed in MrBeast Production," retrieved from: https://drive.google.com/file/d/1YaG9xpu-WQKBPUi8yQ4HaDYQLUSa7Y3J/view.

watched, watch media content from different category, or do a different work-related activity.[93] This study found that users frequently chose to watch media of the same kind, the researchers noting that "[watching] five [music] videos made people 10% more likely to choose to watch an additional music video than if they only watched one video."[94] Moreover, this study found that "participants whose video consumption was uninterrupted were 22% more likely to choose to watch another video than those who alternated between work tasks and videos."[95] The authors of this study attribute the significance of this effect to the "heightened accessibility" of the media, which causes people to become immersed in it, leading them to desire to maintain their connection to it and anticipate future options in the media to be more enjoyable than other options.[96]

### E. Live-streaming

41.    HB 3 defines "live-streaming" as as a function that "allows a user or advertiser to broadcast live video content in real-time."[97] In practice, live-streaming is a hybrid feature that incorporates other addictive features within it (such as interactive metrics and push notifications). The user interface of live-stream features, such as the Instagram Live interface shown below in Figure 1, commonly include a comment submission bar, a live tracker of the number of users viewing the stream, a live feed of comments, and live animations for Likes and other metrics. These aspects of the interface seamlessly integrate social interaction, feedback,

---

[93]    Woolley, K., & Sharif, M. A. (2022). "Down a Rabbit Hole: How Prior Media Consumption Shapes Subsequent Media Consumption." *Journal of Marketing Research*, 59(3), 453-471.

[94]    Woolley, K., & Sharif, M. A. (2022). "The Psychology of Your Scrolling Addiction," *Harvard Business Review*, https://hbr.org/2022/01/the-psychology-of-your-scrolling-addiction.

[95]    Woolley, K., & Sharif, M. A. (2022). "The Psychology of Your Scrolling Addiction," *Harvard Business Review*, https://hbr.org/2022/01/the-psychology-of-your-scrolling-addiction.

[96]    Woolley, K., & Sharif, M. A. (2022). "Down a Rabbit Hole: How Prior Media Consumption Shapes Subsequent Media Consumption." *Journal of Marketing Research*, 59(3), 453-471.

[97]    HB 3, p. 5, lines 104 – 105.

and goal setting into the user experience, creating a visually engaging and psychologically powerful draw on attention and other cognitive resources.

**Figure 1. Instagram Live User Interface[98]**



42.     Recent research investigating the motivations of people who participate in live-streaming clearly identifies "social interaction" as a key motivator, with viewer engagement in live-streams appearing to have a "stronger social and community basis" compared to mass media.[99] In one 2017 study, social motivation was positively correlated with the number of hours people watch streams.[100] In other words, people who felt more socially connected because of the live-stream

---

[98]     https://krowcentral.com/whats-going-on/are-you-watching-instagram-live/.
[99]     Hilvert-Bruce, Z., Neill, J. T., Sjöblom, M., & Hamari, J. (2018). "Social motivations of live-streaming viewer engagement on Twitch." *Computers in Human Behavior*, 84, 58-67.
[100]    Sjöblom, M., & Hamari, J. (2017). "Why do people watch others play video games? An empirical study on the motivations of Twitch users." *Computers in Human Behavior, 75,* 985–996.

watched more. In fact, live-streams have been recognized by researchers to serve as "third places," where communities gather and socialize.[101] In these spaces, communities can emerge based on shared experiences, contents, and participants.[102]

43.     Social media platforms are aware of the unique power of the live-stream feature to increase engagement. For example, Facebook noted in 2016 that "we've seen that people comment more than 10 times more on Facebook Live videos than on regular videos,"[103] and that "[people] spend more than 3x more time watching a Facebook Live video on average compared to a video that's no longer live. This is because Facebook Live videos are more interesting in the moment than after the fact."[104]

44.     Live-streamed content is inherently fleeting, which introduces a scarcity dimension that does not apply to static videos or photos. In most cases, live-streamed content is only available live,[105] and this scarcity produces FOMO and encourages excessive use.[106]

---

[101]   Hamilton, W., Garretson, O., & Kerne, A. (2014). "Streaming on twitch: Fostering participatory communities of play within live mixed media." *Conference on Human Factors in Computing Systems - Proceedings*.

[102]   Hamilton, W., Garretson, O., & Kerne, A. (2014). "Streaming on twitch: Fostering participatory communities of play within live mixed media." *Conference on Human Factors in Computing Systems - Proceedings*.

[103]   https://web.archive.org/web/20170419203306/https://newsroom.fb.com/news/2016/04/introducing-new-ways-to-create-share-and-discover-live-video-on-facebook/.

[104]   https://web.archive.org/web/20170329185757/http://newsroom.fb.com/news/2016/03/news-feed-fyi-taking-into-account-live-video-when-ranking-feed/.

[105]   Compelling moments from popular live-streams can be "clipped" and posted as static videos on YouTube and other media platforms, which allows for further opportunities to view after the fact. However, most live streams today are broadcast by ordinary social media users to small numbers of people (see, e.g. Lottridge, D., Bentley, F., Wheeler, M., Lee, J., Cheung, J., Ong, K., & Rowley, C. (2017). "Third-wave livestreaming: teens' long form selfie." In *Proceedings of the 19th international conference on human-computer interaction with mobile devices and services*, 1-12). Such live-streamed content is far less likely to be clipped and thus far more likely to be viewable only once.

[106]    Industry publications on the topic of "FOMO marketing" recognize the clear link between scarcity and FOMO, as well as that livestreaming capitalizes on FOMO to increase consumer engagement. See, e.g., "Harnessing The Power Of Fomo (fear Of Missing Out) With Live Streaming," *Faster Capital*, available at https://fastercapital.com/topics/harnessing-the-power-of-fomo-%28fear-of-missing-out%29-with-live-streaming.html; "Future of Live Streaming: Emerging Trends in FOMO Marketing" *BSE-TEC*, available at https://www.bsetec.com/blog/future-of-live-streaming-emerging-trends-in-fomo-marketing; "The FOMO Epidemic: How Anxiety-Driven Marketing Took Over," *Marketing Scoop*, https://www.marketingscoop.com/marketing/the-fomo-epidemic-how-anxiety-driven-marketing-took-over/.

45.     Similar to infinite scrolling and autoplay features, live-streaming also relies on the elimination of stopping cues to encourage extended episodes of use. Live-stream broadcasts tend to be much longer than more traditional forms of media such as network TV shows— for example, the average live-stream length in 2024 on Twitch, one of the most popular streaming platforms, was approximately three hours.[107] With no built-in natural stopping places, users can end up viewing a live-stream for much longer than they may have intended. A 2016 survey of Twitch users found that they watched 106 minutes per day, on average, and that almost half of the surveyed population spent more than 20 hours per week on the platform.[108]

### F.  Social media poses increased risk to adolescents

46.     While social media and its psychological hooks can pull in a person of any age, adolescents are particularly at risk, as their developing brains are more susceptible to the reward-driven mechanisms underlying these features.[109] Beginning around ages 10–12, changes in the brain amplify the impact of social rewards, heightening sensitivity to social stimuli.[110] This heightened sensitivity may increase the psychological effects of social media. In fact, a 2022 longitudinal study of 17,409 participants aged 10–21 identified specific age ranges during which adolescents are especially vulnerable to the effects of social media: 11–13 for girls and 14–15 for boys. [111] Higher social media use during these ages was associated with a decrease in life

---

[107]   https://www.statista.com/statistics/1485233/twitch-stream-length-global/#:~:text=Twitch%3A%20global%20streaming%20video%20length%202023%2D2024&text=The%20average%20Twitch%20streaming%20session,approximately%20three%20hours%20%2D%20in%202024.

[108]   Hilvert-Bruce, Z., Neill, J. T., Sjöblom, M., & Hamari, J. (2018). "Social motivations of live-streaming viewer engagement on Twitch." *Computers in Human Behavior*, *84*, 58-67, citing data from Twitch.

[109]   Abrams, Z. (2023). "Why young brains are especially vulnerable to social media" American Psychological Association News. https://www.apa.org/news/apa/2022/social-media-children-teens.

[110]   Abrams, Z. (2023). "Why young brains are especially vulnerable to social media" American Psychological Association News. https://www.apa.org/news/apa/2022/social-media-children-teens.

[111]   Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit R. (2022). "Windows of developmental sensitivity to social media," *Nature Communications*, 13, 1-10.

satisfaction a year later, whereas lower use predicted an increase in life satisfaction.[112] Other research has documented similar patterns that indicate younger users, in particular, experience worse outcomes from using social media. For example, studies have shown that certain kinds of social media use among younger generations are associated with body image issues[113] as well as unsafe behaviors, such as substance use.[114]

47.    The increased risk of social media addiction to adolescents is further compounded by the fact that social media platforms generally combine addictive features. On its own, each individual feature has the potential to manipulate human psychology and encourage addictive behavior. However, social media platforms tend to employ multiple features at the same time, such as infinite feeds that incorporate autoplay for videos, live-streaming functions that show viewer reactions and viewer counts, push notifications delivering news of fresh likes and followers, and so on. The combined force of multiple addictive features operating at once ensures that social media platforms function to continuously siphon users' time and cognitive resources.

## VII. IN-APP CONTROL MEASURES ARE INSUFFICIENT TO PREVENT SOCIAL MEDIA ADDICTION

48.    In response to growing public awareness of the harms of social media use to young people, some social media platforms have introduced new systems or features ostensibly designed to address problematic social media consumption. However, these measures are

---

[112]    Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit R. (2022). "Windows of developmental sensitivity to social media," *Nature Communications*, 13, 1-10.
[113]    Saiphoo, A., & Vahedi, Z. (2019). "A meta-analytic review of the relationship between social media use and body image disturbance," *Computers in Human Behavior*, 101(1), 259-279.
[114]    Nesi, J., Rothenberg, W. A., Hussong, A. M., & Jackson, K. M. (2017). "Friends' Alcohol-Related Social Networking Site Activity Predicts Escalations in Adolescent Drinking: Mediation by Peer Norms," *Journal in Adolescent Health*, 60(6), 641-647.

insufficient to prevent social media addiction, and in many cases do not actually address the features of social media platforms that drive addictive or problematic use.

### A. Instagram Teen Accounts

49.     One prominent recent example of in-app control measures is Meta's Instagram Teen Accounts, introduced on September 17, 2024.[115] According to Meta, when a teen now signs up for a new Instagram account, he or she is placed into a Teen Account, which imposes certain restrictions that can be modified only with parental approval.[116] However, many of the restrictions—such as those relating to privacy, messaging, and content settings,[117] do not address overuse. Others, such as time limit notifications,[118] can (and will) simply be ignored by users.[119] Moreover, none of the Teen Account features address the addictiveness of Instagram's infinite scroll, the autoplay of the platform's videos, the Likes and comments doled out and sought by users, or the hours spent viewing live-streams through Instagram Live. That the Teen Accounts program does not address these aspects of the Instagram experience is unsurprising, since they are constitutive features of Instagram itself, and Instagram, like all popular social media platforms, has been engineered to maximize, rather than reduce, user engagement.

### B. Similar features from YouTube and Snap

50.     Declarations in support of a Preliminary Injunction (PI) motion in this matter submitted

---

[115]   https://about.fb.com/news/2024/09/instagram-teen-accounts/.
[116]   https://about.fb.com/news/2024/09/instagram-teen-accounts/.
[117]   https://about.fb.com/news/2024/09/instagram-teen-accounts/.
[118]   Teen Accounts are sent notifications to leave the app after 60 minutes of use, per day. See
        https://about.fb.com/news/2024/09/instagram-teen-accounts/.
[119]   See, for example, Loid, K., Täht, K., & Rozgonjuk, D. (2020). "Do pop-up notifications regarding smartphone use decrease screen time, phone checking behavior, and self-reported problematic smartphone use? Evidence from a two-month experimental study." *Computers in Human Behavior*, 102, 22-30, which found that pop-up screentime reminders had no effect on reducing smartphone screentime or checking behavior. See also Casey, B. J., & Caudle, K. (2013). "The teenage brain: Self control." *Current Directions in Psychological Science*, 22(2), 82-87, on diminished self-control in adolescence.

Expert Declaration of Adam L. Alter, Ph.D.                                    29

by representatives of YouTube and Snap, respectively, contain descriptions of comparable in-app features that are similarly incapable of eradicating the addictive pull of those platforms.  For example, YouTube offers a feature it calls "Supervised Experiences for Teens,"[120] and Snapchat provides options for parental control through its "Family Center."[121] However, similar to the features rolled out by Meta for Instagram Teens, the safety features described by the Declarants in support of the PI motion do little to address the addictiveness at the core of social media use. For example, the features described by the Declarants involve no modifications to the infinite scrolling, interactive metrics, push notifications, or live-streaming features that drive engagement with their respective platforms. As a consequence, using these platforms with these various safety features in use is likely just as addictive as using them with these features off.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 13, 2024

_____

Professor Adam L. Alter

---

[120]    Declaration of Alexandra Veitch, October 29, 2024, ¶14
[121]    Declaration of David Boyle, October 29, 2024, ¶7.

Expert Declaration of Adam L. Alter, Ph.D.                                              30

**EXHIBIT A – CURRICULUM VITAE**

# Adam Alter
# Curriculum Vitae

Marketing Department, Stern School of Business, New York
University 40 West 4th Street, Room 811, New York, NY 10012

+ 1-212-998-0142; aalter@stern.nyu.edu

---

## Academic Employment

2020-present    **Professor of Marketing,** Stern School of Business, New York University
Robert Stansky Teaching Excellence Faculty Fellow
Affiliated appointment in the Psychology Department

2014-2020    **Associate Professor of Marketing,** Stern School of Business, New York
University Affiliated appointment in the Psychology Department

2009-2014

**Assistant Professor of Marketing,** Stern School of Business, New York
University Affiliated appointment in the Psychology Department

## Education

2009    **Ph.D.** in Social Psychology
Princeton University

2006    **M.A.** in Social Psychology
Princeton University

2004    **B.Sc.** in Psychology; Law minor (Honors Class I, University Medal—1st
place) University of New South Wales

## Selected Honors, Fellowships, and Awards

| | |
|---|---|
| 2021 | Elected Fellow, Association for Psychological Science |
| 2020 | NYU Stern Distinguished Teaching Award, 2019-2020 (Stern's highest teaching award voted on by a committee of senior faculty) |
| 2020 | NYU Stern Professor of the Year, 2019-2020 (voted on by all MBA students) |
| 2018 | Awarded grant to study the effects of screens on adolescents and children by Viacom and South Park Studios, $150,000 |
| 2017-present | Member, World Economic Forum Advisory Committee on AI, VR, AR, and Blockchain |
| 2017 | Designated the *Robert Stansky Teaching Excellence Faculty Fellow* at New York University's Stern School of Business |
| 2017 | *Irresistible* designated Amazon.com non-fiction title of the month for March 2017. |
| 2014 | *Drunk Tank Pink* designated a *CHOICE* Outstanding Academic Title for 2013 |
| 2010 | Runner-Up, Hillel Einhorn New Investigator Award, Society of Judgment and Decision Making |
| 2009 | Society for Personality and Social Psychology Travel Grant |
| 2008-2009 | Charlotte Elizabeth Procter Honorific Dissertation Fellowship |
| 2008 | Princeton University Dean's Fund for Scholarly Travel |
| 2007-2009 | Woodrow Wilson Scholars Society Dissertation Fellowship |
| 2004 | Young Investigator Grant, American Society of Trial Consultants |

## Publications

**Books**

**Alter, A. L.,** (May 16, 2023). *Anatomy of a Breakthrough: How to Get Unstuck When It Matters Most.* Simon and Schuster: New York.

**Alter, A. L.** (March 7, 2017). *Irresistible: The rise of addictive technology and the business of keeping us hooked.* Penguin Press: New York.

- Judged one of the 100 best books of 2017 by Amazon.

- Selected as a best book of 2017 by Inc., Forbes, Abe Books, and Library Weekly, among other outlets.
- TED talk based on *Irresistible* selected as one of the top ten most popular TED talks of 2017.

**Alter, A. L.** (March 21, 2013). *Drunk Tank Pink: And other unexpected forces that shape how we think, feel, and behave.* Penguin Press: New York.

- *New York Times* bestseller.
- Barnes and Noble book of the month and editor's choice.
- Smithsonian notable book.
- Kirkus recommended book.
- CHOICE outstanding academic title.

## Selected Journal Publications

Kappes, H., **Alter, A. L.,** Edwards, G., & Berri, D. (2022). Difficult training improves team performance: An empirical case study of US college basketball. *Behavioural Public Policy, 6*, 554-577.

Sussman, A. B., Paley, A., & **Alter, A. L.** (2021). How and why our eating decisions neglect infrequently consumed foods. *Journal of Consumer Research, 48,* 251–269,

Munz, K., Jung, M., & **Alter, A. L.** (2020). Name similarity encourages generosity: A field experiment in email personalization, *Marketing Science, 39,* 1071-1091.

Hershfield, H. E., & **Alter, A. L.** (2019). On the naturalistic relationship between mood and entertainment choice. *Journal of Experimental Psychology: Applied, 25,* 458-476.

Lick, D. J., **Alter, A. L.,** & Freeman, J. B. (2018). Superior pattern detectors efficiently learn, activate, apply, and update social stereotypes. *Journal of Experimental Psychology: General, 147,* 209- 227.

Hershfield, H. E. & **Alter, A. L.** (2017). Context matters: How macroeconomic forces may alter the reception of negative emotions in art. *Behavioral and Brain Sciences, 40,* e365.

**Alter, A. L.,** Stern. C., Granot, Y., & Balcetis, E. (2016). The "bad is black" effect: Why people believe evildoers have darker skin than do-gooders. *Personality and Social Psychology Bulletin, 42,* 1653-1665.

**Alter, A. L.,** & Hershfield, H. E. (2015). Still good evidence that people search for meaning when they approach a new decade in chronological age. *Proceedings of the National Academy of Sciences, 112,* E1171.

Sussman, A. B., Sharma, E., & **Alter, A. L.** (2015). Framing charitable donations as exceptional expenses increases giving. *Journal of Experimental Psychology: Applied, 21,* 130-139.

Shah, A. K., & **Alter, A. L.** (2014). Consuming experiential categories. *Journal of Consumer Research, 41,* 965-977.

**Alter, A. L.,** & Hershfield, H. E. (2014). People search for meaning when they approach a new decade in chronological age. *Proceedings of the National Academy of Sciences, 111,* 17066-17070.

Oppenheimer, D. M., & **Alter, A. L.** (2014). The search for moderators in disfluency research. *Applied Cognitive Psychology, 28,* 502-504.

Sharma, E., Mazar, N., **Alter, A. L.,** & Ariely, D. (2014).  Financial Deprivation Selectively Shifts Moral Standards and Compromises Moral Decisions.  *Organizational Behavior and Human Decision Processes, 123,* 90-100.

**Alter, A. L.** (2013).  The benefits of cognitive disfluency.  *Current Directions in Psychological Science, 22,* 437-442.

**Alter, A. L.,** Oppenheimer, D. M., & Epley, N. (2013). Disfluency prompts analytic thinking--but not always greater accuracy: response to Thompson et al. (2013). *Cognition, 128,* 252-255.

Sussman, A. B., & **Alter, A. L.** (2012).  The exception is the rule: Underestimating and overspending on exceptional expenses. *Journal of Consumer Research, 39,* 800-814.

Sharma, E., & **Alter, A. L.** (2012).  Financial deprivation prompts consumers to seek scarce goods.
*Journal of Consumer Research, 39,* 545-560*.*

Laham, S., Koval, P., & **Alter, A. L.** (2012).  The name pronunciation effect: Why people like Mr. Smith more than Mr. Colquhoun. *Journal of Experimental Social Psychology, 48,* 16-21.

**Alter, A. L.,** & Balcetis, E. (2011).  Fondness makes the distance grow shorter: Desired locations seem closer because they are more vivid.  *Journal of Experimental Social Psychology, 47,* 16-21.

**Alter, A. L.,** Oppenheimer, D. M., & Zemla, J. C. (2010).  Missing the trees for the forest: A construal theory account of the Illusion of Explanatory Depth.  *Journal of Personality and Social Psychology, 99,* 436-451.
- Runner-Up, 2010 Hillel Einhorn New Investigator Award, Society of Judgment and Decision Making.

**Alter, A. L.,** Aronson, J., Darley, J. M., Rodriguez, C., & Ruble, D. N. (2010). Rising to the threat: Reducing stereotype threat by reframing the threat as a challenge. *Journal of Experimental Social Psychology, 46,* 166-161.

**Alter, A. L.,** & Darley, J. M. (2009).  When the association between appearance and outcome contaminates social judgment: A bidirectional model linking group homogeneity and collective treatment.  *Journal of Personality and Social Psychology, 97,* 776-795*.*

**Alter, A. L.,** & Oppenheimer, D. M. (2009).  Suppressing secrecy through metacognitive ease: Cognitive fluency encourages self-disclosure.  *Psychological Science, 20,* 1414-1420*.*

**Alter, A. L.,** & Oppenheimer, D. M. (2009).  Uniting the tribes of fluency to form a metacognitive nation.
*Personality and Social Psychology Review, 13,* 219-235.

Laham, S., **Alter, A. L.,** & Goodwin, G. P. (2009). Easy on the mind, easy on the wrongdoer: Unexpectedly fluent violations are deemed less morally wrong.  *Cognition, 112,* 462-466*.*

**Alter, A. L.,** & Kwan, V. S. Y. (2009).  Cultural sharing in a global village: Extracultural cognition in European Americans. *Journal of Personality and Social Psychology, 96,* 742-760.

**Alter, A. L.,** & Oppenheimer, D. M. (2008).  Easy on the mind, easy on the wallet: Effects of fluency on valuation judgments. *Psychonomic Bulletin and Review, 15,* 985-990.
- Subject of a feature article on *Irrational Economics* in *The Economist,* April 3, 2008.

**Alter, A. L.** & Oppenheimer, D. M. (2008).  Effects of fluency on psychological distance and mental construal (or why New York is a large city, but *New York* is a civilized jungle). *Psychological Science, 19,* 161-167.

**Alter, A. L.**, Oppenheimer, D. M., Epley, N, & Eyre, R. N. (2007). Overcoming intuition: Metacognitive difficulty activates analytic reasoning. *Journal of Experimental Psychology: General, 136,* 569- 576.

**Alter, A. L.** & Forgas, J. P. (2007). On feeling happy but fearing failure: The effects of mood on self- handicapping strategies. *Journal of Experimental Social Psychology, 43,* 947-954.

**Alter, A. L.,** Kernochan, J., & Darley, J. M. (2007). Morality influences how people apply the ignorance of the law defense. *Law and Society Review, 41,* 819-864.

**Alter, A. L.,** Kernochan, J., & Darley, J. M. (2007). Transgression wrongfulness outweighs its harmfulness as a determinant of sentence severity. *Law and Human Behavior, 31,* 319-335.

**Alter, A. L.** & Oppenheimer, D. M. (2006). From a fixation on sports to an exploration of mechanism: The past, present and future of hot hand research. *Thinking and Reasoning, 12,* 431-444.

**Alter, A. L.,** & Oppenheimer, D. M. (2006). Predicting short-term stock fluctuations by using processing fluency. *Proceedings of the National Academy of Sciences, 103,* 9369-9372.
- Selected as a *PNAS: In This Week* feature article.
- Paper featured in *Nature* news, May 30th 2006.
- Interviewed on U.S. and Australian television and British radio, and research featured in international newspapers and popular journals, including *The New York Times*, *Wall Street Journal*, *Los Angeles Times*, *The Guardian* (United Kingdom).

## Book Chapters

Oppenheimer, D. M., & **Alter, A. L.** (in press) The Fluency sleeper effect: Disfluency endured today promotes fluency tomorrow. In: R. Greifeneder & C. Unkelbach, *Advances in Fluency and Metacognition.* Psychology Press.

Darley, J. M. & **Alter, A. L.** (2013). Behavioral issues of punishment and deterrence. In E. Shafir (Ed.), *Behavioral foundations of policy.* Princeton University Press: Princeton, NJ.

## Non-Academic Writing

Regular contributor to the *New Yorker* website's Currency blog:
http://www.newyorker.com/magazine/bios/adam_alter/search?contributorName=Adam+Alter

Written ad-hoc columns for, among other publications: *The Atlantic, Slate, New York Times, New Yorker, Popular Science, Huffington Post, New York Post, 99u, WIRED, Psychology Today.*

## Selected Invited Talks

MIT, Sloan School of Management;
Yale University, School of Management (twice);
Cornell University, Johnson School of Business;

University of California, San Diego, Rady School of
Management;
New York University, Stern School of Business;
Stanford University, Graduate School of Business;
Harvard University, Negotiation, Organizations and Markets
Unit;
Carnegie Mellon University, Department of Social and Decision
Sciences;
New York University, Social Psychology;
Chicago, Booth School of Business (Marketing; Behavioral Science; and Gleacher Center
Public Talk);
Stellenbosch University, Cape Town, South Africa;
University of New South Wales, Sydney,
Australia;
Erasmus University, Rotterdam, Netherlands;
Mannheim University, Mannheim, Germany;
HEC, Paris, France;
Microsoft, Seattle;
Google, NYC;
University of Houston;
University of Florida;
Cornell University;
TEDxSydney;
Princeton University, Social Psychology;
Wharton School, University of Pennsylvania, Decision Processes Colloquium;
University of Maryland;
Georgetown University;
Ohio State University;
Columbia University;
TED Mainstage, Vancouver, Canada

### Selected Service Activities

Member, Stern Faculty Council, 2018-present

NYU Stern IRB faculty representative, 2016-present Marketing Core Curriculum Committee,
2017-present

Member, World Economic Forum Committee on AI, VR, AR, and blockchain technologies,
2017- present

Technology in MBA Committee (headed by J.P. Eggers), 2018-present

Delivered invited talks at NYU to:

- MBA 9s Orientation Event (three times)
- NYU Senate Spouses' Event
- NYU Stern Freshman Orientation
- Several MBA-organized events and club meetings
- Summer school students in the psychology department (twice)

Expert Declaration of Adam L. Alter, Ph.D.                    36

Advanced assistant professor recruitment committee, 2018-present

Pro-bono work advising Google, Apple, YouTube, and various other tech companies on the ethical design of their products.

Arranged a speaker series for the MBA Core including six industry speakers from Google, Mediacom, Redscout (branding agency), Droga5 (advertising agency), and Kraft Mondelez, 2017-present.

## Selected Editorial and Reviewing Experience

**Associate Editor**
 *Journal of Consumer Psychology*
**Editorial Board**
 *Journal of Consumer Research*
 *International Journal of Research in*
 *Marketing Journal of Experimental*
 *Social Psychology Cognition*
 *Marketing Letters*

**Ad-Hoc Journal Reviewing**
 *Applied Cognitive Psychology*
 *Cognition*
 *Cognitive Psychology*
 *Cognitive Science*
 *Consciousness and Cognition*
 *Emotion*
 *European Journal of Social Psychology*
 *Group Processes and Intergroup Relations*
 *Individual Differences*
 *International Journal of Research in Marketing*
 *Journal of Applied Research in Memory and Cognition*
 *Journal of Business Ethics*
 *Journal of Experimental Psychology: General*
 *Journal of Experimental Psychology: Applied*
 *Journal of Experimental Psychology: Learning, Memory, and Cognition*
 *Journal of Experimental Social Psychology*
 *Journal of Cognitive Psychology*
 *Journal of Consumer Psychology*
 *Journal of Consumer Research*
 *Journal of Marketing Research*
 *Journal of Personality and Social Psychology*
 *Law and Human Behavior*
 *Learning and Individual Differences*
 *Management Science*
 *Marketing Letters*
 *Memory*

*Memory and Cognition*
*Motivation and Emotion*
*Organizational Behavior and Human Decision Processes*
*Personality and Social Psychology Bulletin*
*Personality and Social Psychology Review*
*Perspectives in Psychological Science*
*PLoS ONE*
*Psychological Bulletin*
*Psychological Science*
*Psychology, Public Policy and the Law*
*Quarterly Journal of Experimental Psychology*
*Social Behavior and Personality*
*Social and Personality Psychology Compass*
*Social Psychology*
*Social Psychology and Personality Science*
*Social Cognition*
*Thinking and Reasoning*

**Ad-Hoc Grant Reviewing**
*Netherlands Organization for Social Research*
*Research Foundation of City University New York*
*Israeli Science Foundation*

**Memberships & Committees**

Fellow, Association for Psychological Science

Member, Association for Consumer Research

Member, Society for Consumer Psychology

Member, American Psychological Association

Member, Society of Personality and Social Psychology

Member, American Society of Trial Consultants

Member, New York Academy of Sciences

Member, Society of Judgment and Decision Making

Member, American Association for the Advancement of Science Graduate

Associate, Princeton Program in Law and Public Affairs

Graduate Fellow, Mathey College, 2006-2007.

Graduate Social Psychology Departmental Representative, Princeton Psychology Dept, 2005-2006.

Expert Declaration of Adam L. Alter, Ph.D.                38

## EXHIBIT B – PREVIOUS EXPERT TESTIMONY

- Red Hydrogen, LLC v. Cloudminds (Hong Kong) Ltd. JAMS REF. NO. 1220062943 (for the plaintiff; both deposition and testimony).

- In Re: Smitty's/CAM2 303 Tractor Hydraulic Fluid Marketing, Sales Practices, and Products Liability Litigation; MDL No. 2936; Master Case No. 4:20-MD-02936-SRB United States District Court for the Western District of Missouri, Western Division (for the plaintiff; deposition).

- In Re: U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation v. Fox News Network, LLC. Case No. N21C-03-257 EMD. Superior Court for the State of Delaware (for the plaintiff; deposition).

- In Re: U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation v. Newsmax Media, Inc. Case No. N21C-08-063 EMD. Superior Court for the State of Delaware (for the plaintiff; ongoing).

- Justin O'Connor, Stanislaw, Zielinski, Daniel Fair, Bryan Smith, Jason Steen, William Fiedler, Michael Barcelona, Robert Marino, Brian Dougherty, Susan Heller, Victor M. Orndorff, and Michael McDonald on behalf of themselves and all others similarly situated v. Ford Motor Company. Case No. 1:19-cv-05045.United States District Court Northern District of Illinois (for the plaintiff; deposition).

- Kaitlyn Kuchar and Thomas Siegenthaler v. Western Reserve Academy. Case No. CVB-2021-10-3464. Court of Common Pleas, Summit County, Ohio (for the defendant; deposition)

- Daniel Michalow v. D.E. Shaw & Cc., L.P., Maximilian Dana Stone, and Edward Laurence Fishman. FINRA Case No. 23-01854, Financial Industry Regulatory Authority, (for the plaintiff; ongoing).

- In Re: US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation v. Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb, Case No. 1:21-cv-02130. The District Court of the District of Columbia (for the plaintiff; ongoing).