**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,**

  *Plaintiffs,*

v.              Case No.:  4:24cv438-MW/MAF

**ASHLEY BROOKE MOODY,**

  *Defendant.*
_____/

## ORDER ON HEARING PROCEDURE

  This Court notifies the parties that the upcoming preliminary injunction hearing scheduled for Friday, February 28, 2025, will proceed as follows. Because Plaintiffs have had the last opportunity to brief the preliminary injunction motion, ECF No. 63, Defendant will give her presentation first. Defendant will have 30 minutes, uninterrupted, to present her arguments. Plaintiffs will then have 30 minutes, uninterrupted, to present theirs. Defendant will then have ten minutes to reply, followed by ten minutes for Plaintiffs. This Court will ask questions, if any, after these presentations.

  SO ORDERED on February 25, 2025.

                s/Mark E. Walker     
                **Chief United States District Judge**