

Print Form

# Errata Sheet

Case Name: _____   Case No. : _____

Deponent: **Bartlett Cleland**   Depo Date: _____

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 4 | 25 | So help me God | misheard |
| 17 | 5 | "Ms. Twenge" not "Twingy" | typo |
| 25 | 1 | "Amendment" not "Amended" | typo |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Under Penalties of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_15 Apr. 2025_
DATE SIGNED

_[signature]_
HANDWRITTEN SIGNATURE