UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION, et al.,

    Plaintiffs,

v.

JAMES UTHMEIER, in his official
capacity as Attorney General of the
State of Florida,

    Defendant.

_____/

Case No.: 4:24-cv-00438-MW/MAF

**CORRECTED MOTION FOR SCHEDULING ORDER[1]**

Defendant James Uthmeier respectfully requests that the Court enter a scheduling order pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and states the following in support of his request:

1. On November 15, 2024, the Court entered its initial scheduling order setting a discovery deadline of March 14, 2025. The parties submitted a Rule 26(f) report on January 10, 2025. ECF No. 48. In response, the Court entered an order staying merits discovery until the hearing on the pending preliminary injunction

---

[1] The only change from the initial Motion for Scheduling Order is a correction in the Certificate of Compliance with Local Rule 7.1(B).

1

motion and advising that it would issue a scheduling order following the February 28 hearing. ECF No. 49.

2. On March 28, 2025, Plaintiffs filed a renewed motion for preliminary injunction. In its order setting the briefing schedule, the Court "stayed" Defendant's deadline for responding to Plaintiffs' complaint. ECF No. 80 at 1.

3. The Court granted Plaintiffs' renewed motion on June 3, 2025. That order is now on appeal.

4. Because the Court has yet to issue a scheduling order, it is the parties' understanding that merits discovery is still stayed. *See* ECF No. 100 ("Since the filing of the Fourth Joint Status Report on Discovery, Dkt.91, the parties have not undertaken any additional discovery in this matter. *See* Dkt.49 (staying merits discovery).").

5. Defendant requests that the Court lift the stay on merits discovery and allow the parties to submit an amended 26(f) report that proposes deadlines for responsive pleadings, discovery, dispositive motions, and trial. As the deadlines proposed in the initial 26(f) report are now unworkable and/or passed, Defendant requests 14 days to confer with Plaintiffs and file an amended report that the Court can then use to issue a modified scheduling order.

## MEMORANDUM

This Court may order parties to confer to facilitate scheduling and "expediti[ous] disposition of" cases. Fed. R. Civ. P. 16. Such a conference is necessary here because the parties' previous 26(f) report is now unworkable. Its proposed deadlines have since passed, while merits discovery and Defendant's responsive-pleading deadline were stayed. *See* ECF No. 48 at 13. Moreover, now that the Court has ruled on Plaintiffs' request for a preliminary injunction, the case is ready to proceed along a standard track. *See* ECF No. 49 (stating that the Court would establish a schedule after resolving the preliminary-injunction motion). A Rule 26(f) conference will facilitate that.

Dated: July 16, 2025    Respectfully submitted,

JAMES UTHMEIER
*Attorney General of Florida*

*/s/ Sara E. Spears*

JEFFREY PAUL DESOUSA (FBN 110951)
 *Acting Solicitor General*
KEVIN A. GOLEMBIEWSKI (FBN 1002339)
 *Senior Deputy Solicitor General*
DARRICK W. MONSON (FBN 1041273)
 *Deputy Solicitor General*
ANITA J. PATEL (FBN 0070214)
JAMES WACZEWSKI (FBN 0154989)
 *Special Counsels*
SARA E. SPEARS (FBN 1054270)
 *Assistant Attorney General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3300

*Counsel for Defendant*

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

I certify that counsel for Defendant conferred with Plaintiffs' counsel by email on July 11 and 15, 2025. Plaintiffs oppose the relief requested herein.

*/s/ Sara E. Spears*
Sara E. Spears

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I certify that this motion contains 391 words in compliance with Local Rule 7.1(F).

*/s/ Sara E. Spears*
Sara E. Spears

### **CERTIFICATE OF SERVICE**

I certify that on this 16th day of July, 2025, the foregoing motion for scheduling order was served on all counsel of record through the Court's CM/ECF system.

*/s/ Sara E. Spears*
Sara E. Spears