# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,**

*Plaintiffs,*

v.                                                    Case No.:  4:24cv438-MW/MAF

**JAMES UTHMEIER,**

*Defendant.*

_____/

# ORDER DENYING MOTION AND SETTING EXPEDITED RESPONSE DEADLINE

Pending before this Court is Defendant's motion for scheduling order, ECF No. 107, and Defendant's corrected motion for scheduling order, ECF No. 108. Inasmuch as Defendant has filed a corrected motion, the original motion, ECF No. 107, is **DENIED as moot**. Plaintiffs shall file an expedited response to the corrected motion **on or before Monday, July 21, 2025**.

SO ORDERED on July 17, 2025.

s/Mark E. Walker  
**United States District Judge**