IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,**

      *Plaintiffs,*

v.                                                            Case No.:  4:24cv438-MW/MAF

**JAMES UTHMEIER,**

      *Defendant.*

_____/

## ORDER GRANTING MOTION TO STAY BRIEFING

This Court has considered, without hearing, Defendant's motion to stay summary-judgment briefing pending the close of discovery, ECF No. 123, and Plaintiffs' response in opposition, ECF No. 125.

Plaintiffs have moved for partial summary judgment, ECF No. 121, and Defendants' response is due today. However, discovery is ongoing, and the deadline to complete all discovery is seven months away. *See* ECF No. 116. Federal Rule of Civil Procedure 56(d) allows this Court to deny a motion for summary judgment if a nonmovant demonstrates that, for specified reasons, it cannot present facts essential to justify its opposition. Fed. R. Civ. P. 56(d)(1). Here, given the early stage of discovery in this case, this Court agrees that a response at this early juncture is premature inasmuch as the parties have not developed the factual record. *See, e.g.*,

ECF No. 123-1 ¶¶ 8–9. Accordingly, in an abundance of caution, the Defendants' motion, ECF No. 123, is **GRANTED**. Pursuant to Rule 56(d)(1), this Court exercises its discretion to **DENY** the motion for partial summary judgment, ECF No. 121, **without prejudice to renew** at the close of discovery. The deadline for filing dispositive motions, *see* ECF No. 116 at 2, remains in place.

    **SO ORDERED on September 22, 2025.**

                                                s/Mark E. Walker
                                                **United States District Judge**