IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,

     *Plaintiffs,*

v.                               Case No.:  4:24cv438-MW/MAF

JAMES UTHMEIER,

     *Defendant.*

_____/

## ORDER DENYING MOTION TO DISMISS

This Court has considered, without hearing, Defendant's motion to dismiss in part Plaintiffs' complaint, ECF No. 117, and Plaintiffs' response in opposition, ECF No. 127. This Court concludes that Plaintiffs' have the better of the argument as to each ground for dismissal that Defendant asserts. Moreover, to the extent this Court has already addressed Defendant's arguments in prior rulings, this Court incorporates by reference its prior analysis as summarized in Plaintiffs' response, ECF No. 127. Accordingly, Defendant's motion, ECF No. 117, is **DENIED**.

In so ruling, this Court recognizes that it may need to revisit the issues Defendant raises at later stages in this case—for example, Defendant's attack on Plaintiffs' associational standing under § 1983—and this Court will do so and apply

the appropriate burdens at that time.

**SO ORDERED on October 7, 2025.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**