# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 05, 2025

Darrick Monson
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Appeal Number: 25-11881-EE
Case Style: Computer & Communications Industry Association, et al v. Attorney General, State of Florida
District Court Docket No: 4:24-cv-00438-MW-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11881
_____

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,
NETCHOICE,

                                                       *Plaintiffs-Appellees,*

versus

ASHLEY BROOKE MOODY,

                                                              *Defendant,*

ATTORNEY GENERAL, STATE OF FLORIDA,

                                                      *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00438-MW-MAF

_____

ORDER:

      Attorney Darrick Monson's motion to withdraw as counsel for Appellant Attorney General, State of Florida, is GRANTED.

2     Order of the Court     25-11881

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE