# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 11, 2025

Kevin A. Golembiewski
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Erin E. Murphy
Clement & Murphy, PLLC
706 DUKE ST
ALEXANDRIA, VA 22314

Appeal Number: 25-11881-EE
Case Style: Computer & Communications Industry Association, et al v. Attorney General, State of Florida
District Court Docket No: 4:24-cv-00438-MW-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:      404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:      404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:         404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11881
_____

COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,
NETCHOICE,

*Plaintiffs-Appellees,*

versus

ASHLEY BROOKE MOODY,

*Defendant,*

ATTORNEY GENERAL, STATE OF FLORIDA,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00438-MW-MAF
_____

ORDER:

Florida's motion to withdraw its pending motion to expedite oral argument is GRANTED.

| 2 | Order of the Court | 25-11881 |

      Appellees' motion to expedite oral argument and the disposition of this appeal is GRANTED. The Clerk of Court is DIRECTED to place this case on the next available oral argument calendar with a vacancy.

      /s/ Barbara Lagoa
      UNITED STATES CIRCUIT JUDGE