UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida,<br><br>*Defendant*. | Case No. 4:24-cv-00438-MW-MAF |

### ELEVENTH JOINT STATUS REPORT ON DISCOVERY

Pursuant to the Court's initial scheduling order, the parties hereby submit this "joint status report stating what discovery requests each party has made and the status of the response to each request" since the filing of the Tenth Joint Status Report. Dkt.32 at ¶1(b).

**1.** Defendant continues to engage in discussions with counsel for the recipients of the third-party subpoenas in an effort to amicably resolve disputes related to the third-party subpoenas. On December 19, 2025, Defendant circulated a draft protective order to some of the non-parties in an effort to facilitate production of documents. None of the recipients have produced any documents yet.

1

<div style="column-count:2">

JAMES UTHMEIER
*Attorney General of Florida*

/s/ *Anita J. Patel*
Jeffrey P. DeSousa (FBN 110951)
*Acting Solicitor General*
Kevin A. Golembiewski (FBN 1002339)
*Senior Deputy Solicitor General*
Anita J. Patel (FBN 0070214)
*Special Counsel*
James Waczewski (FBN 0154989)
*Senior Assistant Attorney General*
Sara E. Spears (FBN 1054270)
*Assistant Attorney General*

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
(850)414-3300
Anita. Patel@myfloridalegal.com

*Counsel for Defendant*

Respectfully submitted,

/s/ *Douglas L. Kilby*
Douglas L. Kilby
Florida Bar No. 73407
Hannah E. Murphy
Florida Bar No. 1032756
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com

Paul D. Clement
Erin E. Murphy
James Y. Xi
Joseph J. DeMott
Kevin Wynosky
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
joseph.demott@clementmurphy.com
kevin.wynosky@clementmurphy.com
mitchell.pallaki@clementmurphy.com

*Counsel for Plaintiffs CCIA and NetChoice*

</div>

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of January, 2025, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

<div style="text-align:right">

/s/ *Anita Patel*
Anita Patel

</div>