# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,**

    *Plaintiffs,*

v.                                Case No.:  4:24cv438-MW/MAF

**JAMES UTHMEIER,**

    *Defendant.*

_____/

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULE

This Court has considered, without hearing, Defendant's unopposed motion to modify the schedule. ECF No. 140. The unopposed motion is **GRANTED**. The schedule is modified as follows. The discovery deadline is extended to **August 20, 2026**. The deadline to file motions for summary judgment is extended to **on or before September 10, 2026**. Plaintiffs' expert disclosure deadline is extended to **on or before June 19, 2026**. Defendant's expert disclosure deadline is extended to **on or before July 20, 2026**. The rebuttal expert disclosure deadline is extended to **on or before August 3, 2026**. The trial is rescheduled for **January 11, 2027**.

    SO ORDERED on February 2, 2026.

                                          **s/Mark E. Walker**  
                                          **United States District Judge**