IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,

       *Plaintiffs,*

v.                                 **Case No.:  4:24cv438-MW/MAF**

JAMES UTHMEIER,

       *Defendant.*

_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER

This Court has considered, without hearing, Defendant's motion for protective order. ECF No. 149. Defendant asserts that the only disputed issues with respect to the proposed protective order are provisions discussing confidential documents and Florida's Public Records laws. Notwithstanding Defendant's arguments in favor of including these provisions, this Court agrees with the approach that Judge Hinkle took with a similar protective order between the same parties—namely, Defendant and third parties Meta Platforms, Inc., and Google LLC.[1] This Court concludes good cause supports a protective order, and, inasmuch as a federal protective order supersedes

---

[1] The third parties at issue in this case also include Snap, Inc., whereas Judge Hinkle's protective order did not include Snap, Inc.

any contrary disclosure requirement under Florida law, this Court rejects the provisions requiring additional disclosure and procedural requirements pursuant to Florida's Public Records laws. *See* Explanation of Protective Order, ECF No. 240, Case No.: 4:21cv220-RH/MAF (N.D. Fla. Sep. 29, 2025) (Hinkle, J.). Accordingly, Defendant's motion, ECF No. 149, is **GRANTED in part** to the extent this Court will enter a protective order. The motion is **DENIED in part** to the extent Defendant asks this Court to enter the proposed order attached to the motion. **On or before Monday, March 30, 2026,** Defendant shall strike the disputed language regarding Florida's Public Records laws, confer with the third parties, and file the amended proposed protective order, consistent with this order, as a separate docket entry for this Court's consideration.

      **SO ORDERED on March 27, 2026.**

                     **s/Mark E. Walker**
                     **United States District Judge**