**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,

    *Plaintiffs,*

v.                                                                            Case No. 4:24-cv-00438-MW-MAF

JAMES UTHMEIER, in his
official Capacity as Attorney General
of the State of Florida,

    *Defendant.*

_____/

## DEFENDANT'S NOTICE OF FILING AMENDED PROPOSED PROTECTIVE ORDER

    Defendant, pursuant to this Court's Order, ECF 150, hereby files the attached

amended proposed protective order for the Court's consideration.

                 Respectfully submitted,

                 JAMES UTHMEIER
                 *Attorney General of Florida*


                 */s/ Anita J. Patel*
                 Anita J. Patel (FBN 0070214)
                 Special Counsel
                 James Waczewski (FBN 0154989)
                 *Special Counsel*
                 Sara E. Spears (FBN 1054270)
                 *Assistant Attorney General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3300

*Counsel for Defendant*
*Attorney General for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March 2026, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, as well as via email to the attorney's for the non-parties who have not made an appearance in this case.

/s/ Anita J. Patel
Anita J. Patel