**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION and
NETCHOICE,**

      *Plaintiffs,*

**v.**                        **Case No.:  4:24cv438-MW/MAF**

**JAMES UTHMEIER,**

      *Defendant.*
_____/

**ORDER ADOPTING AMENDED PROPOSED
<u>PROTECTIVE ORDER</u>**

      This Court has considered, without hearing, Defendant's notice of filing amended proposed protective order, ECF No. 151. Consistent with this Court's Order granting in part and denying in part Defendant's motion for protective order, ECF No. 150, this Court hereby adopts the amended proposed protective order, ECF No. 151-1, and incorporates it by reference as if fully set forth herein.

      **SO ORDERED on March 30, 2026.**

                    **<u>s/Mark E. Walker</u>**
                    **United States District Judge**