**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION and NETCHOICE,<br>*Plaintiffs*,<br>v.<br>JAMES UTHMEIER, in his official capacity as Attorney General of the State of Florida,<br>*Defendant*. | Case No. 4:24-cv-00438-MW-MAF |

**NINETEENTH JOINT STATUS REPORT ON DISCOVERY**

Pursuant to the Court's initial scheduling order, the parties hereby submit this "joint status report stating what discovery requests each party has made and the status of the response to each request" since the filing of the Eighteenth Joint Status Report. Dkt.32 at ¶1(b).

1. On September 3, 2026, Google, LLC, produced its Supplemental Responses and Objections to Subpoena to Produce Documents, specifically a supplemental response to Request for Production No. 22. Defendant reached an agreement with Google as to resolution of the non-party subpoena under Rule 45 that it had served on Google, LLC, including an agreement for Google, LLC, to produce documents responsive to several requests by September 21, 2026, with all

remaining documents to be produced by October 9, 2026. Google also produced documents pursuant to the agreement between Google and Defendant on September 3, 2026.

2. Meta Platforms, Inc. made productions to Defendant on August 24, 2026, and September 10, 2026, in response to requests Defendant made in the non-party subpoena under Rule 45 that it served on Meta Platforms.

3. On September 11, 2026, Defendant, in accordance with Central District of California's Local Rule 37-2, initiated the process of moving to compel production of documents from TikTok Inc., along with several other TikTok entities (collectively, the "Responding Entities"), by sending his portion of the Joint Stipulation to the Responding Entities. Defendant seeks transfer of the motion to compel to the Northern District of Florida.

4. The motion to compel against Snap Inc. remains pending.

5. Defendant continues to engage in discussions with counsel for the recipients of the third-party subpoenas in an effort to resolve disputes related to the third-party subpoenas.

Respectfully submitted,

JAMES UTHMEIER
*Attorney General of Florida*

*/s/ Anita J. Patel*
Anita J. Patel (FBN 0070214)
*Special Counsel*
Nicholas Cavallaro (FBN 104723)
*Senior Assistant Attorney General*

Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
(850)414-3300
Anita.Patel@myfloridalegal.com

*Counsel for Defendant*

*/s/ Douglas L. Kilby*
Douglas L. Kilby
Florida Bar No. 73407
Hannah E. Murphy
Florida Bar No. 1032756
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Highpoint Center
106 East College Avenue, Suite 700
Tallahassee, FL 32301
(850) 580-7200
dkilby@stearnsweaver.com

Paul D. Clement
Erin E. Murphy
James Y. Xi
Joseph J. DeMott
Kevin Wynosky
Mitchell K. Pallaki
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
joseph.demott@clementmurphy.com
kevin.wynosky@clementmurphy.com
mitchell.pallaki@clementmurphy.com

*Counsel for Plaintiffs CCIA and NetChoice*

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of September, 2026, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

/s/ *Anita Patel*
Anita Patel